Try Prime | All | flip belt

Departments | Your Amazon.com | Today's Deals | Gift Cards & Registry | Hello. Sign in Your Account | Try Prime | Lists | 0 Cart

Sports & Outdoors | Sports & Fitness | Outdoor Recreation | Sports Fan Shop | Sports Deals | Outdoor Deals

‹ Back to search results for "flip belt"

Click to open expanded view

# FlipBelt - USA Original Patent, USA Designed, USA Shipped, USA Warranty

by Level Terrain

3,254 customer reviews

| 409 answered questions

Price: $22.32 - $65.39

Sale: Lower price available on select options

Size:

Select

Color: **Black**

- Machine washable, and dry on tumble low or hang to air dry
- No fasteners that can cause uncomfortable chafing and the tubular, even design eliminates bouncing
- Polyester/Lycra fabric for moisture wicking, quick drying, stretch, and softness against your skin
- Four openings (two in the front and back) to easily slide in and access items throughout the belt
- Reflective 3M logo

Share

To buy, select **Size**

Choose from options to the left

Add to Cart

Add to List

Innoo Tech Bluetooth Headphones Wireless Stereo Bl

67

~~$59.99~~ $14.99

Ad feedback

## Customers Who Bought This Item Also Bought

Page 1 of 6

NEW! Buddy Pouch H2O - Magnetic, Personal Hydration Pouch. No Belt or Clip. (4"L x 4"W)

94

$14.99 - $17.99

FlipBelt Zipper - World's Best Running Belt & Fitness Workout Belt

38

$34.99

AYL Bluetooth Headphones V4.1 Wireless Sport Stereo In-Ear Noise Cancelling Sweatproof…

3,017

#1 Best Seller in Bluetooth Cell Phone Headsets

$27.99

Bluetooth Headphones TaoTronics Wireless Earphones for Running with Mic (Bluetooth 4.1,…

1,123

#1 Best Seller in Sports Fan Headphones

$25.99

GU Original Sports Nutrition Energy Gel, Assorted Flavors, 24-Count

1,995

#1 Best Seller in Sports Nutrition Endurance…

$26.99



    

FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible…
126
$14.95

Running Fitness Belt with Zipper Runner Waist Pack
217
$16.95

FITT Gear Running Belt with Extra Large Pocket for iPhone 5/5s, 6, and 6 Plus & Android Smartphones,…
654
$12.95

Elite Running Belt- Spandex Fitness Pouch - Comfortably Hold Your Things While You Run,…
116
$18.99

Foot Forward Sport Running Belt Flash
139
$16.95

Ad feedback

**Product Description**

The FlipBelt is a really simple but revolutionary product to go hands free. Made of machine-washable high tech Spandex-Lycra blend material with an internal pocket system accessible from four openings around the belts exterior. The four pockets lets you easily tuck in your phone, keys, gel packs, credit cards or whatever you may need for your workout. You then flip the belt inside out and everything gets locked in place. Because there are no clasps or buttons, you simply pull the belt on like a pair of pants and wear it wherever it feels most comfortable.

**Product Details**

**Shipping Information:** View shipping rates and policies
**Domestic Shipping:** Item can be shipped within U.S.
**International Shipping:** This item is not eligible for international shipping. Learn More
**ASIN:** B012CW3122
**Item model number:** FBA-P
**Average Customer Review:**     (3,254 customer reviews)
**Amazon Best Sellers Rank:** #14 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #1 in Sports & Outdoors > Sports & Fitness > Exercise & Fitness > Running > **Waist Packs**

**From the Manufacturer**





**Wave goodbye to Armbands and Fanny Packs**
*Introducing the FlipBelt!*

An active lifestyle is a healthy lifestyle; that's certain. These days, however, even the healthiest people are weighed down—and not by those few extra pounds you're trying to lose or those growing muscles, but by all the things they 'must' have with them: keys, phones, wallets, credit cards, ID cards, headphones. Most people use a variety of accessories while exercising in order to keep their stuff safe, not to mention secure. The armband and fanny pack used to be the standard. Not anymore. Why choose the FlipBelt?

- Extremely comfortable and versatile
- Phones are getting too large for Armbands
- No fasterners for a chafe free experience
- Bounce free and will not ride up
- Used for travel and hidden money belt
- Insulin pump, inhalers, EpiPens, and pills
- Fashionable! Fanny packs are not!



**In the Press**
The media hype is real!

- "The best most realistic solution for holding your iPhone 6 Plus" - Business Insider
- "We found the best gizmo." - Vogue
- "The Design is pretty genius" - People Magazine
- "FlipBelt is the coolest gear. Get rid of the

**Discover the FlipBelt Difference**









### Quality you can Count on

Quality control and quality materials insure that every one of our belts fits and performs perfectly, every time. FlipBelt stands by their product, thats why there's always a 100% satisfaction guarantee!

The difference is in the details! The FlipBelt features maximum stretch and recovery stitching, flat seam and piping, reinforced stitching, a 3M reflective logo, true active wear sizing, the highest quality Micropoly fabric, and double stitching.

### The Patented Original

Designed and shipped from the USA. We are the original manufacturers of the tubular belt.

FlipBelt Trademark Reg. No. 4,300,574 Issue Date: 3/12/2013 Product U.S. Pat. No. US D691,795 S Issue Date: 10/22/2013.

Be aware of copy cats! Knock-off FlipBelts ship from other countries and take weeks to arrive, stretch out, bleed onto clothing, only use single stitching and they don't allow exchanges. You will not experience this type of hassle when you purchase from FlipBelt, the original tubular belt.

### The most Versatile Solution

Workout armbands are often specifically made to fit a certain model of phone. While that keeps them secure, armbands often don't have enough room to fit other items, like keys or money; their sizes are also customized to fit only the newer models of phones, so finding one to fit the relatively old-school iPod Touch, Nano, or Shuffle could be difficult. And what about those regular phone upgrades? It's becoming more common to only go a year or two with the same phone—meaning you'll have to upgrade your armband, too.

**Simplify your Active Wear**

   

| Running | Travel | Fitness | Leisure |
|---|---|---|---|
| Whether you are a beginner who likes to walk and jog or a veteran marathon runner, the FlipBelt will help make your life easier. FlipBelt has been tried and tested for 30k, 25k, Half-marathon, 20k | FlipBelts are a widely used travel accessory for people looking to keep their passport and money safe while on the go and traveling abroad. Outsmart pickpockets and thieves by pulling your | The solution to keeping your phone close without bouncing or falling out of your pockets during exercise, crossfit, strength training, and lifting. Keep your gym key and membership cards in a | Taking a stroll down the beach, going to the park with your kids, and even trips to the mall just got easier with the FlipBelt. It is perfect a accessory for festivals, concerts, vacations, shopping, hiking, |

    

| Tested and | iPhone 6(s) Plus | Galaxy S6 and S5 | LG G4 | HTC One M9 | DROID Turbo |
|---|---|---|---|---|---|
| approved | iPhone 6(s) | Galaxy S4 and S3 | LG G3 | HTC One M8 | DROID MAXX |
| Phones | iPhone 5(s) | Galaxy Note 5, 4 | LG G Vista | HTC One Remix | DROID MINI |
|  | iPhone 4(s) | Galaxy Note 3, 2 | LG G Lancet | HTC One M7 |  |
|  | iPhone 3 and iPod | Galaxy Note Edge | LG Escape | HTC One Max |  |

**Sponsored Products Related To This Item**  (What's this?)   Page 1 of 8

   

| Running Belt iPhone 6/6Plus & Android Holder by One Planet (3-Pack) with Credit Card Knife… | Blue1one Unisex Fit Belt with Zipper Pocket | [#1 TOP RATED WAIST PACK], SANREN Waterproof Running Belt/Tactical Waist Pack… | OUTDOORCHASER Amy Molle Bag Military Small Nylon Pouch with a belt loop Utility Tactical Waist… | Ohuhu Running Belt / Workout Belt Waist Pack for Cycling, Hiking, Backpacking,… |
|---|---|---|---|---|
| 18 | 416 | 83 | $15.99 | 70 |
| $14.95 | $13.79 | $12.97 |  | $9.99 |

Ad feedback

**Customers Viewing This Page May Be Interested In These Sponsored Links**  (What's this?)

Amazon.com : FlipBelt - USA Original Patent, USA Designed, USA Shipped, USA Warr...   Page 5 of 9

- **Storage Belt Seen On TV**  -  Wallet For Your Waist! Carry Keys, Money, & Phone Around Your Waist.   www.get**go**belt.com/Buy1Get1
- **Weightlifting Belts**  -  Highest qualtiy & best prices - 25 years of experience as producer   www.mr**belt**.com/
- **FlipBelt at Brookstone**  -  Holds Essentials During Workout. Free Shipping on $99+. Code SHIP99   www.brookstone.com/**FlipBelt**

Ad feedback

## Customer Questions & Answers

Have a question? Search for answers

**9 votes**
**Question:** Does the pink belt reflect in the dark/at night?
**Answer:** I believe they all reflect the same regardless of color. It's just the thin silver trim on the top and bottom and the logo that reflect. It's not much so don't rely on on this alone to be seen at night.
Nonetheless, it works great. I kid you not I have left it on hours after I finish exercising forgetting I have it on… see more
By R.M. on August 13, 2014

See more answers (1)

**8 votes**
**Question:** Will an iPhone 6+ fit in this?
**Answer:** Yep, I have the plus and it fits snugly.
By Matthew Cooley on July 30, 2015

See more answers (5)

**5 votes**
**Question:** Does the FlipBelt fit the new iPhone 6? I do not have the iPhone 6+.
**Answer:** I tried 3 different sizes of the FlipBelt with my iPhone 6 + in a Mophie case. I couldn't get the phone into a Small (which fit my waist); I struggled to get it into a Medium; and also struggled to get it into a Large (which flopped around on my hips). The openings are not big enough. I like the design and wanted thi… see more
By Dr. G. Hartley Mellish on May 3, 2015

See more answers (7)

**5 votes**
**Question:** does the belt zip on or buckle?
**Answer:** Neither. You step into it and pull it up.
By Jean McGough on November 19, 2014

See more answers (8)

See more answered questions (405)

## Customer Reviews

3,254
4.4 out of 5 stars

| | | |
|---|---|---|
| 5 star | 71% | Share your thoughts with other customers |
| 4 star | 16% | |
| 3 star | 7% | Write a customer review |
| 2 star | 3% | |
| 1 star | 3% | |

See all 3,254 customer reviews

### Top Customer Reviews

Wrong size chart...
By Chad on January 9, 2015
**Verified Purchase**
The size chart is wrong on the selection. I've attached a photo so you can see what you really need. I'll have to return the one I ordered for a smaller one. the photo is the size chart that came with the belt.



See all customer images

### Most Recent Customer Reviews

Four Stars

Ad feedback

### Customer Images

| | | |
|---|---|---|
| 14 Comments | 3,810 people found this helpful. Was this review helpful to you? | Yes   No |
| Report abuse | | |

| | |
|---|---|
| Good | |
| Published 2 hours ago by mohd | |

### Doesn't Bounce Around At All!

By Debi @2014 & Beyond TOP 1000 REVIEWER on March 26, 2015

Size: X-Large/35"-38"   Color: Black   Verified Purchase

I recently saw this product on after having searched for an iPhone running case. It wasn't exactly what I was thinking at the time, but as it turns out, it's even better! After I read more about it, I searched to see if they had their own website, which they did. I then looked around their website to see if they had opportunities to test or review their product, which they did. In exchange for providing me with a FlipBelt of my very own, I agreed to write this review for Level Terrain Apparel. Let me start out by saying that while I was provided with the complimentary FlipBelt, it has no bearing on how I feel about the product itself.

I do not possess the standard "runner look." I do not (and cannot) tuck clothes in. BIG runs in my family, it's a genetic thing (thanks Mom and Dad). I'm an "up and down" dieter/runner who sometimes – or mostly - eats more than she runs. Therefore, the very last thing in the world I would want to wear while I'm out there running events with professional photographers taking action shots would be something gathering around my waist screaming "look here, look here". Those waist packs, sport belts, athletic pouches or whatever you might call them - fanny bags – those are like swear words in my book. I would prefer to stick pins in my nice tech shirts rather than wear a simple bib holder for the mere fact that it cinches around that area.

When this FlipBelt arrived, the first thing I noticed is that it looks just like the top of my favorite yoga pants – a nice, thick 3-inch band. It's not a pouch that attaches to a belt; basically the whole thing IS a pouch. There are no zippers, buttons, buckles, nothing. You either put it over your head, or you step into it and adjust it to your waist or your hips, whichever is your preference. Read more ›

#### she loves the fact that it is thinner than many belts out there and is...

A gift for my daughter. she loves the fact that it is thinner than many belts out there and is quite comfortable to run in.

Published 2 hours ago by Amazon Customer

#### Greay for running

I love this for running. I needed something to put my phone and keys in and this does the job. I have tried several armbands and all they did was irritate my arm and slide all... Read more

Published 2 hours ago by Amanda

#### Comfortable, effective, and long-lasting

I know there are cheaper knockoffs available, but I'm glad I went ahead and got the FlipBelt. It is very comfortable -- no sharp edges to poke into your skin. Read more

Published 4 hours ago by rgonzale

#### Five Stars

Just like advertised

Published 13 hours ago by army0808

#### Very comfortable and it's easy to slide my Samsung Galaxy in ...

I bought the extra small first, but decided it might be easier to use in the small. Just arrived today and I tried it out with my cell phone on the treadmill. Read more

Published 15 hours ago by R. Kirby



| | | |
|---|---|---|
| 7 Comments | 761 people found this helpful. Was this review helpful to you? | Yes   No   Report abuse |

### Good value

By Yoga Girl on December 28, 2015

**Update** I guess I bought too tight of a size because it stretched.. so I ended up switching to using the single zip pocket belt from Nuclear as you can completely adjust it...  Nuclear Strength Running and Fitness Workout Belt (Black)

1. I ordered this and received it within the week (under 5 days), which I thought was great.
2. The belt holds tight when worn outside of yoga pants (or jogging tights), but not so much if you wear it against your skin under your shirt.
3. The pockets hold your phone well tight against you, although I can't fit my keys in any of them (with the fobs).
4. Completely no bounce when running and/or jogging (but again haven't held key fobs in the pockets).
5. I like that it's machine washable (I sweat a lot and it helps to not have that stink going on during class).

#### Great product! Does what it says it will!

This product does everything it says it does! The belt held my phone, Gu, and chapstick while I ran a half marathon. I didn't even remember it was there! Read more

Published 18 hours ago by Ashley

#### Five Stars

Great!

Published 1 day ago by Xinyu

#### Four Stars

Love it!

Published 1 day ago by Tiffany McVay

#### This belt is perfect, for exercising and for being out and about

This belt is perfect, for exercising and for being out and about. Keeps my belongings tight against me and not loose so I do not have to worry about anything falling out while on... Read more

Published 1 day ago by Jerika

| | | |
|---|---|---|
| Comment | 346 people found this helpful. Was this review helpful to you? | Yes   No   Report abuse |

### Size chart in selection is now correct (3/9/15)

By Vlo on March 11, 2015

Size: Small/26"-29"   Color: Black   Verified Purchase

Just purchased the FlipBelt on 3/9/15 and received it in the mail today. The latest size chart in the selection seems to be correct. Check out the hangtag.



**Search Customer Reviews**

 Search

| | | |
|---|---|---|
| Comment | 403 people found this helpful. Was this review helpful to you? | Yes   No   Report abuse |

### Adore - but use some common sense, yeah?

By R. Goodman on August 27, 2014

Size: Large/32"-35"   Color: Carbon   Verified Purchase

On top of all the superlatives other reviewers have used to describe flip belt, I think there are some "best practices" worth mentioning, particularly if you're using it to run outside.

I used the belt for the first time today (at a gym, on the treadmill) and stowed my ID and money as far into the seam that I could on the front of my left hip (actually where the keys are supposed to go - see the little hook in the picture). When I returned home and flipped the belt so the openings were facing outward, my cards and money were hovering a little too close to that opening. One reviewer gave the belt one star (maybe two, can't remember) because he/she lost their ID/cards/money on a long distance run - and I'm guessing my experience was about to be similar. I'd argue both instances involve a bit of user error.

Larger items (i.e., a phone, keys) are going to withstand movement when the belt is flipped against your body. If you're not taking a jumble of keys, you may want to make sure to use the hook attached directly to the belt. Three of the pockets are comparatively shallower than the fourth, and are better suited for bulkier items (phone, keys, heck, even a small wallet). If you're ONLY putting a plastic card (e.g.,an ID or credit card) into the belt, there is a fourth pocket that's deeper than the other three that ends on the belt's seam. Put your cards THERE. If you're not going to put cards/money into any holder that will create friction, movement will cause those slippery plastic cards to move along the spandex material. Even better, make sure the pocket you insert them in rests somewhere on your front (put the logo on your back)- if they fall, they'll at least hit your leg. Or put your phone/keys to block them. Or....I could go on. Read more ›

2 Comments   474 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

### Great product with little care for larger devices

By KingNigel on March 17, 2015

Size: Large/32"-35"   Color: Black   Verified Purchase

I bought this belt so that I can go running with my Galaxy Note 4, Which is quite huge. In theory, it does fit fine. The fit is very discouraging, though, because as you slide it in you'll probably press every button on your device, including volume keys. That sucks because you have to adjust the volume after the device is inserted. Now through my experience, once everything is on, you are good to go. I used Runtastic during a run and tracking was fine. The belt stayed tight and at most times I didn't notice my keys & phones were on, let alone the belt. I had a Bluetooth headset connected to my device during the run which stayed paired under the material. As a guy, I felt funny putting it on (like underwear over your shorts), but it's discrete once you adjust it and have a shirt on. Fit was accurate according to sizing on Amazon. As far as sweat,the material handled it well and didn't aggravate my phone at all, though I do have a case on it. Speaking of which, fit may be a bit better without case, But I tried it with a case just to check. Probably wouldn't work with an otterbox or other bulky case. Honestly feel like there should be a bigger design or one slot that is more welcoming to larger devices. Great product overall and still highly recommended.

**UPDATE: Without a case, larger devices work quite nice. Changing review from 4 stars to 5.



Comment   104 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

See all 3,254 customer reviews (newest first)

Write a customer review

### Customers Who Viewed This Item Also Viewed





FlipBelt Zipper - World's Best Running Belt &
38
$34.99

Running Belt / Waist Pack Belt - No Uncomfortable
238
$12.99

Running Belt, Smartdoo Fitness Workout Belt, Waist
376
$14.99

FitBelt -Premium Running Belt & Fitness workout belt
462
$12.95 - $20.95

#1 Reflective Running Belt -Premium Runners Belt -
493
$13.24 - $19.19

Nuclear Strength Running and Fitness Workout Belt
43
$14.97

SpartanFive

Looking For Awesome Value In A Running Belt?

Running Belt By SpartanFive | All Weather Water Re
216
~~$39.95~~ $9.95
Add to Cart

Ad feedback

Back to top

Get to Know Us

- Careers
- About Amazon
- Investor Relations
- Amazon Devices

Make Money with Us

- Sell on Amazon
- Sell Your Services on Amazon
- Sell on Amazon Business
- Sell Your Apps on Amazon
- Become an Affiliate
- Advertise Your Products
- Self-Publish with Us
- Become an Amazon Vendor
- › See all

Amazon Payment Products

- Amazon.com Rewards Visa Card
- Amazon.com Store Card
- Amazon.com Corporate Credit Line
- Shop with Points
- Credit Card Marketplace
- Reload Your Balance
- Amazon Currency Converter

Let Us Help You

- Your Account
- Your Orders
- Shipping Rates & Policies
- Amazon Prime
- Returns & Replacements
- Manage Your Content and Devices
- Amazon Assistant
- Help

amazon.com

Australia Brazil Canada China France Germany India Italy Japan Mexico Netherlands Spain United Kingdom

6pm
Score deals on fashion brands

AbeBooks
Rare Books & Textbooks

ACX
Audiobook Publishing Made Easy

Alexa
Actionable Analytics for the Web

Amazon Business
Everything For Your Business

AmazonFresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Handpicked Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Download Audio Books

BeautyBar.com
Prestige Beauty Delivered

Book Depository
Books With Free Delivery Worldwide

Casa.com
Kitchen, Storage & Everything Home

ComiXology
Thousands of Digital Comics

CreateSpace
Indie Print Publishing Made Easy

Diapers.com
Everything But The Baby

DPReview
Digital Photography

East Dane
Designer Men's Fashion

Fabric
Sewing, Quilting & Knitting

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

| | | | | | | |
|---|---|---|---|---|---|---|
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet |
| Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates