

US00D691795S

(12) **United States Design Patent**

Do

(10) **Patent No.:** **US D691,795 S**

(45) **Date of Patent:** ** **Oct. 22, 2013**

(54) **WAIST BELT CARRIER**

(76) Inventor: **Mia Do**, Broomfield, CO (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/403,317**

(22) Filed: **Oct. 4, 2011**

(51) **LOC (9) Cl.** ................................... **03-01**

(52) **U.S. Cl.**
USPC ........................................... **D3/226**

(58) **Field of Classification Search**
USPC .......................... D3/224, 215, 221, 226, 228;
224/602–603, 587, 625, 219, 222, 267,
224/269, 660–661, 674, 676–677, 680,
224/682–683; D2/627–638; 383/6
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,977,452 A | * | 8/1976 | Wright | ............................. 383/6 |
| 4,416,404 A | | 11/1983 | Daniels | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 84-01790 A1 | 5/1984 |
| WO | 99-63855 A1 | 12/1999 |

OTHER PUBLICATIONS

Non-Final Office Action dated Feb. 28, 2013 issued on U.S. Appl. No. 13/598,337, filed Aug. 29, 2012 in the name of Mia Do, which is a continuation of U.S. Appl. No. 13,219,795, filed Aug. 29, 2011 in the name of Mia Do.

(Continued)

*Primary Examiner* — Catheri Oliver-Garcia

(74) *Attorney, Agent, or Firm* — Aileen Law Oppedahl Patent Law Firm LLC

(57) **CLAIM**

The ornamental design for a waist belt carrier, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of my waist belt carrier.
FIG. **2** is a top plan view of my waist belt carrier.
FIG. **3** is a bottom plan view of my waist belt carrier.
FIG. **4** is a front elevation view of my waist belt carrier.
FIG. **5** is a rear elevation view of my waist belt carrier.
FIG. **6** is a left side elevation view of my waist belt carrier.
FIG. **7** is a right side elevation view of my waist belt carrier.
FIG. **8** is an interior front elevation view of my waist belt carrier, wherein an interior rear elevation view is the same.
FIG. **9** is an interior right side elevation view of my waist belt carrier.
FIG. **10** is an interior left side elevation view of my waist belt carrier.
FIG. **11** is a top perspective view of a second embodiment of my waist belt carrier.
FIG. **12** is a top plan view of the second embodiment of my waist belt carrier.
FIG. **13** is a bottom plan view of the second embodiment of my waist belt carrier.
FIG. **14** is a front elevation view of the second embodiment of my waist belt carrier.
FIG. **15** is a rear elevation view of the second embodiment of my waist belt carrier.
FIG. **16** is a left side elevation view of the second embodiment of my waist belt carrier.
FIG. **17** is a right side elevation view of the second embodiment of my waist belt carrier.
FIG. **18** is an interior front elevation view of the second embodiment of my waist belt carrier, wherein an interior rear elevation view is the same.
FIG. **19** is an interior right side elevation view of the second embodiment waist belt carrier; and,
FIG. **20** is an interior left side elevation view of the second embodiment waist belt carrier.
The dash and dot broken lines indicating logo and carried items and/or use are for purposes of illustration only and form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



**EX. 3, p. 1**

**US D691,795 S**

Page 2

(56)           **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,461,030 | A | * | 7/1984 | Knudsen | 224/222 |
| 4,462,116 | A | | 7/1984 | Sanzone et al. | |
| 4,523,703 | A | * | 6/1985 | McKenna | 224/676 |
| 4,569,465 | A | | 2/1986 | O'Farrell | |
| 5,150,824 | A | | 9/1992 | Alvarez et al. | |
| D334,471 | S | | 4/1993 | Yerby et al. | |
| D347,733 | S | * | 6/1994 | Miller | D3/226 |
| 5,353,975 | A | | 10/1994 | Libertucci | |
| 5,413,126 | A | | 5/1995 | Revson | |
| 5,452,476 | A | | 9/1995 | Jenks | |
| 5,540,366 | A | * | 7/1996 | Coomber | 224/677 |
| 5,645,205 | A | | 7/1997 | Kennedy | |
| 5,967,391 | A | | 10/1999 | Hunt | |
| 6,698,636 | B2 | | 3/2004 | Angus et al. | |
| D610,799 | S | * | 3/2010 | Masse | D3/224 |
| 7,735,682 | B1 | | 6/2010 | Cassel et al. | |
| D655,496 | S | * | 3/2012 | Lamey et al. | D3/215 |
| D672,138 | S | * | 12/2012 | Hale | D3/215 |
| 2006/0196907 | A1 | | 9/2006 | Pruitt | |
| 2008/0217369 | A1 | | 9/2008 | Sloot | |
| 2013/0048687 | A1 | | 2/2013 | Do | |
| 2013/0048695 | A1 | | 2/2013 | Do | |

OTHER PUBLICATIONS

International PCT/US2012/052880, entitled "Bodyband Pouch", filed on Aug. 29, 2012 in the name of Mia Do, and published as Wo 2013/033226 claiming priority from U.S. Appl. No. 13,219,795, filed Aug. 29, 2011 in the name of Mia Do.

International Search Report and Written Opinion dated Feb. 1, 2013, issued on International PCT/US2012/052880, entitled "Bodyband Pouch", filed on Aug. 29, 2012 in the name of Mia Do.

Non-Final Office Action dated Oct. 10, 2012 issued on U.S. Appl. No. 13/219,795, filed Aug. 29, 2011 in the name of Mia Do, which is a parent of U.S. Appl. No. 13,598,337, filed Aug. 29, 2012 in the name of Mia Do.

"Fit Fanny Pack", http://www.fitfannypack.com/, screen shot downloaded Jun. 21, 2013.

http://hipssistercom/, website home page, downloaded Jun. 21, 2013, hipS-sister, Inc., 3111 E. Tahquitz Canyon Way, Palm Springs, CA 92262.

hipS-sister, Inc, shop, facebook, https://www.facebook.com/hips-sister/app_229725180402672, downloaded Jun. 24, 2013, hipS-sister, Inc, 3111 E. Tahquitz Canyon Way, Palm Springs, CA 92262.

hipS-sister, Inc., m.facebook.com, screen shot, downloaded May 27, 2013, hipS-sister, Inc., 3111 E. Tahquitz Canyon Way, Palm Springs, CA 92262.

* cited by examiner

**Fig. 1**



Fig 2

Fig 3



Fig 4

Fig 5

Fig 6

Fig 7



Fig 8



Fig 9



Fig 10



**Fig. 11**



Fig 12

Fig 13





Fig 14

Fig 15

Fig 16

Fig 17

EX. 3, p. 9

Fig 18



Fig 19



Fig 20

