**From:** Amazon.com <vfe-campaign-response@amazon.com>
**Subject: Reflective Running Belt flip belt...**
**Date:** November 30, 2015 at 5:51:57 AM MST
**To:**

CYBER MONDAY DEALS ARE HERE ›

amazon Your Amazon.com Today's Deals See All Departments

Based on your recent visit, we thought you might be interested in these items.

Reflective Running Belt flip belt - #1 Runners Belt - Running waist...
by SportifyMe

List Price: $37.99
Price: **$18.80**
You Save: $19.19 (51%)
Sold by SportifyMe and Fulfilled by Amazon.

Learn more
Add to Wish List

Reflective Running Belt flip belt - #1 Runners Belt - Running waist...
by SportifyMe

List Price: $37.99
Price: **$19.80**
You Save: $18.19 (48%)
Sold by SportifyMe and Fulfilled by Amazon.

Learn more
Add to Wish List

Milliard Heated Pet Cushion with Extra Soft Fleece Cover, 23 x 23"
by Milliard

List Price: $49.99
Price: **$44.99**
You Save: $5.00 (10%)
Sold by Nilmee and Fulfilled by Amazon.

Learn more
Add to Wish List

› See even more similar items



**Find Great Deals on Millions of Items Storewide**

| | | | |
|---|---|---|---|
| Books | Electronics | Toys & Games | Home, Kitchen & Dining |
| Movies & TV | Video Games | Baby | Office & School Supplies |
| Amazon Fire Phone | Cell Phones & Accessories | Clothing, Shoes & More | Home Improvement |
| Amazon Fire TV | Computers & Software | Health & Personal Care | Grocery |
| Kindle E-readers | Sports & Outdoors | Gift Cards | Patio, Lawn & Garden |
| Kindle Fire Tablets | Automotive | Fine Art | Amazon Mobile Apps |
| Instant Video | Industrial & Scientific | Beauty | Pet Supplies |
| CDs & Vinyl | Digital Music | Magazines | Musical Instruments |

We hope you found this message to be useful. However, if you'd rather not receive future e-mails of this sort from Amazon.com, please unsubscribe here

Please note that product prices and availability are subject to change. Prices and availability were accurate at the time this newsletter was sent; however, they may differ from those you see when you visit Amazon.com.

© 2015 Amazon.com, Inc. or its affiliates. All rights reserved. Amazon, Amazon.com, the Amazon.com logo and 1-Click are registered trademarks of Amazon.com, Inc. or its affiliates. Amazon.com, 410 Terry Avenue N., Seattle, WA 98109-5210.

Reference: 157940350

Please note that this message was sent to the following e-mail address: blieb@sheridanross.com