amazon Try Prime

All | flip belt

Mother's Day Sponsored by OtterBox

Departments | Your Amazon.com | Today's Deals | Gift Cards & Registry | Hello. Sign in Your Account | Try Prime | Lists | 0

1-16 of 333 results for **""flipbelt""**

Sort by Relevance

## Show results for

**Sports & Fitness ›**
- Running Waist Packs
- Running Hydration Packs
- Weight Lifting Belts

**Outdoor Recreation ›**
- Bike Pack Accessories
- Reflective Gear

**Cell Phones & Accessories ›**
- Cell Phone Armbands
- Cell Phone Cases

**Luggage & Travel Gear ›**
- Fashion Waist Packs

**Women's Fashion ›**
- Women's Running Shoes

**+ See All 12 Departments**

## Refine by

**Amazon Prime**
- Prime

**Eligible for Free Shipping**
- Free Shipping by Amazon

**Brand**
- Level Terrain
- FitBelt
- RooCoo Athletics
- Rise Up
- Revere Sport
- AMTOP
- Dark Iron Fitness

**Cell Phone Compatibility**
- iPhone 6/6S
- iPhone 6/6S Plus
- iPhone 5/5S/SE
- iPhone 5C
- iPhone 4/4S
- Samsung Galaxy S 7
- Samsung Galaxy S 7 Edge
- Samsung Galaxy S 6
- Samsung Galaxy S 6 Edge
- Samsung Galaxy S 5
- Samsung Galaxy S 4
- Samsung Galaxy Note 4
- LG G3

**Avg. Customer Review**

Related Searches: flip belt, flipbelt zipper.

### FlipBelt - USA Original Patent, USA Designed, USA Shipped, USA Warranty

by Level Terrain

**$22.32 - $65.39** Prime
Some sizes/colors are Prime eligible

More Buying Choices
**$28.99** new (25 offers)
**$24.64** used (7 offers)

3,254

FREE Shipping on eligible orders

**Product Description**
... Meet *FlipBelt*. The first of its kind. FlipBelt is completely ...

**Sports & Outdoors:**
See all 216 items

### FlipBelt Zipper - World's Best Running Belt & Fitness Workout Belt

by Level Terrain

**$34.99** Prime
Some sizes/colors are Prime eligible

38

FREE Shipping on eligible orders

**Product Description**
... The newest addition to the *FlipBelt* family has a secure zipper pocket ...

**Sports & Outdoors:**
See all 216 items

### FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple...

by FitBelt

**$12.95 - $20.95** Prime
Some sizes/colors are Prime eligible

More Buying Choices
**$16.96** used (2 offers)

462

FREE Shipping on eligible orders

**Sports & Outdoors:**
See all 216 items

### Running Belt Pouch - Best Fanny Pack Fitness Flipbelt - Waist Storage for Your Accessories - Packs Apple iphone...

by RooCoo Athletics

**$12.99 - $19.99** Prime
Some sizes/colors are Prime eligible

37

FREE Shipping on eligible orders

**Sports & Outdoors:**
See all 216 items

### Running Belt Waist Pack, MoKo Universal Outdoor Sports Waist Fanny Pack Belt /

Sponsored

FlipBelt Zipper Black Medium
**$34.99** Prime
37

Level Terrain FlipBelt Waist Pouch...
**$28.99** Prime
3,250

FitBelt - Running Belt with zipper...
**$14.95** ~~$49.99~~ Prime
126

Elite Running Belt- Spandex Fitness...
**$18.99** ~~$34.95~~ Prime
116



Amazon.com: "flipbelt"

★★★★☆ & Up
★★★☆☆ & Up
★★☆☆☆ & Up
★★☆☆☆ & Up

**International Shipping**
☐ AmazonGlobal Eligible

**Condition**
New
Used


**xfinity.**

See for yourself why XFINITY is better than ever

X1 Double Play
$69.99 a month / 12 months

With 2-year agreement

HBO® & Streampix® included for 12 months

1-800-XFINITY

Try us risk free ▸
with our 30-day money-back guarantee

Ad feedback


**Fitness Workout Belt / Waist Pouch...**
by MoKo
**$11.99 - $13.99**  *Prime*
Some sizes/colors are Prime eligible

★★★★☆ ▾ 46
FREE Shipping on eligible orders and 4 more promotions ▾

**Sports & Outdoors:**
See all 216 items


**FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible - 2-in...**
by http://fitbeltsports.com/
**$14.95 - $21.95** *Prime*
Some sizes/colors are Prime eligible

★★★★☆ ▾ 126
FREE Shipping on eligible orders

**Sports & Outdoors:**
See all 216 items


**YesBelt     Stylish Running Belt - Fitness Belt Better than Cell Phone Sports Armband / iPhone Armband - fits iPhone...**
by YesBelt
**$14.95 - $25.95** *Prime*
Some sizes/colors are Prime eligible

★★★★☆ ▾ 355
FREE Shipping on eligible orders

**Sports & Outdoors:**
See all 216 items


**Jogging Cycling Hiking Waist Pack Fitness Belt -Phone, Money, Card, Key**
by PM
**$9.99 - $11.99** *Prime*
Some sizes/colors are Prime eligible

More Buying Choices
**$9.99** new (2 offers)

★★★★☆ ▾ 26
FREE Shipping on eligible orders

**Sports & Outdoors:**
See all 216 items


**#1 Reflective Running Belt -Premium Runners Belt - Flip Band Workout Belt - ZIPPER option Fitness Belt Superior...**
by SportifyMe
**$13.24 - $19.19** *Prime*
Some sizes/colors are Prime eligible

★★★★☆ ▾ 494
FREE Shipping on eligible orders

**Sports & Outdoors:**
See all 216 items


**Flexibelt by Fitflexi - Best runner waist pack - the perfect fanny pack for exercise and fitness - this sports...**
by Flexibelt
**$9.99** *Prime*
Some sizes/colors are Prime eligible

★★★★☆  ▾ 63
FREE Shipping on eligible orders

Amazon.com: "flipbelt"



Sports & Outdoors:
See all 216 items



FuriousFitwear Sports Running Belt for Outdoor Activities - 2-in-1 Reversible, Adjustable, Fashionable & Reflective
by Furious Fitwear

$25.95 $49.95 
Some colors are Prime eligible

★★★★½ ▾ 27

FREE Shipping on eligible orders

Sports & Outdoors:
See all 216 items



#1 Premium Running Belt　Fitness Waist Pack　Best Fit for Large Phones including iPhone 6 + and Note 4　Perfect...
by FunFitness

$12.99 - $15.99 
Some sizes/colors are Prime eligible

★★★★☆ ▾ 161

FREE Shipping on eligible orders

Sports & Outdoors:
See all 216 items



Running Belt - Runner Waist Pack by Oz Fit - Money Belt with ZIPPER Pouch / Runners Belt / Zumba Fitness Belt
by Oz Fit

$16.95 $35.00 
Some sizes/colors are Prime eligible

★★★★½ ▾ 217

FREE Shipping on eligible orders

Sports & Outdoors:
See all 216 items



Aodor Benjz Running Belt Waist Pack - Reflective Strips - Cycling, Hiking, Walking, Running (4 color, 4 sizes)
by Aodor

$14.99 $49.99 Prime
Some sizes/colors are Prime eligible

★★★★½ ▾ 88

FREE Shipping on eligible orders

More Buying Choices
$12.74 used (1 offer)

Sports & Outdoors:
See all 216 items

Arctic Fish Sports Running Belt Waist Packs for Hiking Cycling Yoga Exercise Fitness Travel Secure Storage Your...
by ARCTIC

$6.99 - $12.99 Prime
Some sizes/colors are Prime eligible

★★★★½ ▾ 15

FREE Shipping on eligible orders and 1 more promotion ▾

**Sports & Outdoors:**
See all 216 items

Reversible MAPS Running Fitness Belt Phone Waist Pack Lifetime Warranty
by MAPS Group

**$10.99** ~~$39.99~~ Prime
Some sizes are Prime eligible

31

FREE Shipping on eligible orders

**Sports & Outdoors:**
See all 216 items

Sponsored

FlipBelt - USA Original Patent, USA Designed, USA Shipped, USA Warranty
by Level Terrain

**$28.99** Prime
Some sizes/colors are Prime eligible

3,254

FREE Shipping on eligible orders

Sponsored

FlipBelt Zipper - World's Best Running Belt & Fitness Workout Belt
by Level Terrain

**$34.99** Prime
Some sizes/colors are Prime eligible

38

FREE Shipping on eligible orders

**Product Description**
... The newest addition to the *FlipBelt* family has a secure zipper pocket ...

❮ Previous Page **1** 2 3 ... 20 **Next Page** ❯

**Sponsored Links** (What's this?)

1. **FlipBelt at Brookstone** Holds Essentials During Workout. Free Shipping on $99+. Code SHIP99 www.brookstone.com/**FlipBelt**

2. **Best Hydration Belt** New Belts, Best Quality, New Game. Fitletic® Worn by Runners Worldwide www.fitletic.com/

Ad feedback

Search Feedback

Did you find what you were looking for?

If you need help or have a question for Customer Service, please visit the Help Section.

Sponsored by
RunWrap USA

RunWrap Neoprene Belt with Rear Pocket, Black, Sma
14
$25.00
Prime
Add to Cart

Ad feedback

Search powered by A9

Amazon.com: "flipbelt"



Back to top

Get to Know Us
Careers
About Amazon
Investor Relations
Amazon Devices

Make Money with Us
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

Amazon Payment Products
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

ACX
Audiobook Publishing
Made Easy

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Casa.com
Kitchen, Storage
& Everything Home

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Woot!
Discounts and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates