5/2/2016   Amazon.com : Running Belt Pouch - Best Fanny Pack Fitness Flipbelt - Waist Storage for Your Accessories - Packs Apple iphone 5 and 6 Plus - Hiking - W...



EX. 6, p. 1

5/2/2016   Amazon.com : Running Belt Pouch - Best Fanny Pack Fitness Flipbelt - Waist Storage for Your Accessories - Packs Apple iphone 5 and 6 Plus - Hiking - W...



| Level Terrain FlipBelt Waist Pouch, Violet, Medium/29"-32" | FlipBelt Zipper Black Medium | FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible... | FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for... | #1 Reflective Running Belt -Premium Runners Belt - Flip Band Workout Belt - ZIPPER option Fitness... | E S C T |
|---|---|---|---|---|---|
| 3,254 | 37 | 126 | 462 | 493 | |
| $28.99 | $34.99 | $14.95 | $17.95 | $19.19 | $ |
| | | | | | Ad feedback |

## Special Offers and Product Promotions

**Other Product Promotions:**

- Save Big On Open-Box & Pre-owned: Buy "Running Belt Pouch - Best Fanny Pack Fitness Flipb..." from Amazon Warehouse Deals and save 57% off the $39.95 list price. Product is eligible for Amazon's 30-day returns policy and Prime or FREE Shipping. See all Open-Box & Pre-owned offers from Amazon Warehouse Deals.

## Product Description

**To people who want to look better, but don't know where to start...**
**Discover the secret to an easier, more fun workout!!!**
- Trendy and stylish workout accessory
- Perfect dimensions to fit all phone sizes
- Reflective strip on the top and bottom of the band for safe evening and night running.
- Reversible wear options.
- High quality flexible material made to fit all physical activities ranging from advanced to novice training.
- Comes in a fun bright color and a stealthy dark black tone.

**Tired of no place to store your personal items while working on your fitness? Well worry no more...**
**With these key design features, we guarantee a workout as comfortable as it can be!**
- Enclosed zipper pocket to protect all your valuables (e.g. ID, Cash & Credit Cards).
- Built in key hook (no more hiding or tucking it in your shoe).
- Easy to read sizing chart to ensure a great fit for every body type.
- Flexible openings for phones, hydrations packs, power bars and more.

**Guaranteed to create a more pleasant and comfortable fitness experience while looking stylish!**

**Click the "BUY NOW" button at the top to ensure a better path to a new and improved you!**

## Product Details

**Shipping Information:** View shipping rates and policies

**ASIN:** B015HQ85O4

**Average Customer Review:**   (37 customer reviews)

Amazon Best Sellers Rank: #25,280 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #136 in Sports & Outdoors > Sports & Fitness > Exercise & Fitness > Running > Waist Packs

**Product Warranty:** For warranty information about this product, please click here

## Sponsored Products Related To This Item (What's this?)



| New! FlipBelt Zipper - USA patent & warranty! | Level Terrain FlipBelt Waist Pouch, Aqua, Medium/29"-32" | FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for... | FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible... | Running Fitness Belt with Zipper Runner Waist Pack | # -I F Z |
|---|---|---|---|---|---|
| 37 | 3,254 | 462 | 126 | 217 | |
| $34.99 | $28.99 | $17.95 | $14.95 | $16.95 | $ |
| | | | | | Ad feedback |

**EX. 6, p. 2**

5/2/2016   Amazon.com : Running Belt Pouch - Best Fanny Pack Fitness Flipbelt - Waist Storage for Your Accessories - Packs Apple iphone 5 and 6 Plus - Hiking - W...

**Customers Viewing This Page May Be Interested In These Sponsored Links** (What's this?)

- **FlipBelt at Brookstone**  - Holds Essentials During Workout. Free Shipping on $99+. Code SHIP99    www.brookstone.com/FlipBe

- **Best Hydration Belt** - New Belts, Best Quality, New Game. Fitletic® Worn by Runners    www.fitletic.com/
Worldwide

Ad feedback

**Customer Questions & Answers**

See questions and answers

---

**Customer Reviews**

37

4.9 out of 5 stars

| | |
|---|---|
| 5 star | 89% |
| 4 star | 11% |
| 3 star | 0% |
| 2 star | 0% |
| 1 star | 0% |

Share your thoughts with other customers

Write a customer review

See all 37 customer reviews

**Top Customer Reviews**

**I absolutely love this baby blue color**

By Greenwald on November 29, 2015

Verified Purchase

I absolutely love this baby blue color, and I absolutely love my belt pouch! I not only use it working out but around the house when I'm cleaning and chatting on the phone! It stays put when I run and When I ride my bike. don't have to worry about my phone or keys anymore! Best purchase I've made for myself this year!

Comment    Was this review helpful to you?   Yes   No    Report abuse

**This belt is great. My Iphone6 plus fits perfectly**

By Judy Spiegel on January 17, 2016

Size: Medium/28"-31"    Color: Black    Verified Purchase

This belt is great. My Iphone6 plus fits perfectly. I not only wear it to workout but also around the house. I put my iPhone in it and wear Bluetooth headphones to listen to podcasts while cleaning and cooking!

Comment    One person found this helpful. Was this review helpful to you?   Yes   No    Report abuse

**The fanny pack is back and its slimmed and stylish!**

By Jayne on April 17, 2016

RFID Secure Money Belt

Advantage World Travel
Money Belt RFID Pouc...
37
$15.95 $10.95

Add to Cart

Ad feedback

**Customer Images**

See all customer images

**Most Recent Customer Reviews**

**Five Stars**
Worked great!
Published 13 days ago by Fr8dog

**Five Stars**
This was a gift
Published 2 months ago by Mike

**Five Stars**
Works great!
Published 3 months ago by Beth

EX. 6, p. 3

5/2/2016   Amazon.com : Running Belt Pouch - Best Fanny Pack Fitness Flipbelt - Waist Storage for Your Accessories - Packs Apple iphone 5 and 6 Plus - Hiking - W...

Size: Medium/28"-31"   Color: Blue   **Verified Purchase** 

This is awesome! Just slip it on, stick your phone in one of the slits with your headphones if you like, put your keys in the zipper pouch or attach them to the key ring and you're off!

I love that there is no wrong way to wear it. It's reversible and you can wear it with the zipper in the front or back. It's completely comfortable with no chafing.

I went on a 3 mile run and it stayed snugly in place, no riding up or falling down even with the weight of my phone and keys. I have a Samsung galaxy s6 active and it fit no problems!! I was never worried that my phone would slip or fly out on the run.

I am 5'3" and 135lbs I ordered the medium which fits snugly around my waist. I was worried at first that it would ride up but it stayed in place perfectly. I forgot it was there until my phone went off at my mile marker. I could have gotten the large and probably have been just as satisfied with it. I can see myself wearing this when we go to our city's festival this summer and I don't want to bring my purse!

Comment     Was this review helpful to you?   Yes   No   Report abuse

### Worth every penny!
By **Lisa Barrows** on October 31, 2015

Size: X-Large/34"-38"   Color: Black

What can I say. I love this product! I've always wanted one of these because when I run I want my hands free. I don't always want to carry in my hands the cell phone, the wallet, the ID, the front door keys, the pepper spray etc.. With this product there are plenty of places to put all of those things! I'm a size 14 and this fit very snug and I purchased the x-large black. The front of it has several small openings to put things in. I have a note 2 and this fit my phone perfectly. It also has a built in clip to attach keys. In the back there is a secured zipper pouch so that if you do not want to loose any items you can zip it up there. I did pare this with a hands free dog leash and I went running! The two worked well together. I would recommend this to my friends and family. I would even buy a second! I've included a few photos to show what awesome features are included with this product. The only down fall is I bought the black color and at night I could not find the small openings so that I could remove my phone and put it back when I didn't need it anymore. If the company could include maybe a small tab or piece of cloth that is added on to indicate where the openings are that would make this product even better!

I have received this product at a discounted rate for my honest feedback and review.



Comment     3 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

### The invisible fanny pack!
By **rachelle J Gilmore** on October 10, 2015

Size: X-Small/23"-25"   Color: Black   **Verified Purchase** 

I love this running pouch! I am tempted to wear it with leggings and cute boots. It the perfect accessory to use when you don't have pockets. I love the easy to get into pockets on the front. Once the item is in the front pocket, you are able to push it around to the back- so its very secure. The elastic on the inside clip gives just enough that I can unlock my front door with the key attached. I measure 37 around my hips and I ordered the large. The black part blends right into my running pants. Brilliantly, the silver is reflective around the top and bottom of the belt. I love it!!!!!

Comment     Was this review helpful to you?   Yes   No   Report abuse

### Winning Running Belt!
By **E. Blank** on November 14, 2015

Size: Medium/28"-31"   Color: Black

The fabric quality and design are both top-notch! I ordered a medium because I have a pretty small waist, but if I got another one I might get it a bit larger so I could wear it closer to my hips. Not a big deal because it is probably supposed to be worn around the waist ... just personal preference on my part.

I was surprised that they were able to fit so many roomy pockets in this belt. While I'm currently using the belt for running, it has such a slim silhouette that I could wear it under a sweatshirt or other top to protect valuables when travelling abroad. Very pleased with the RooCoo Athletics running belt and

### Running Belt Pouch
Received my pouch as promised. Exactly what I wanted fits great. Love it have recommended it to friends.
Published 3 months ago by Patricia A. Henderson

### Four Stars
Perfect for running or walking. It isn't invasive and stays in the same spot.
Published 3 months ago by hanelson310

### Five Stars
Great belt pouch. Thank you!
Published 3 months ago by Amazon Customer

### Five Stars
Very nice quality. This holds a lot

I received this product at a discount in exchange for my honest and unbiased feedback
Published 4 months ago by Adam G.

### Multi usage product! Great quality!
I absolutely love my new roocoo running pouch! It is the perfect solution to securing all personal items.
**Read more**
Published 4 months ago by ChelsieD

### This belt is the best one I have come across
This belt is the best one I have come across. I bought it to train for a marathon and it has been great.
**Read more**
Published 4 months ago by Sarah M Pigeon

**Search Customer Reviews**

 Search

5/2/2016   Amazon.com : Running Belt Pouch - Best Fanny Pack Fitness Flipbelt - Waist Storage for Your Accessories - Packs Apple iphone 5 and 6 Plus - Hiking - W...

considering giving several of these as Christmas gifts this year.

Comment     Was this review helpful to you?   Yes   No   Report abuse

**comfortable and great for working out as well as events where you don't want to carry a purse!**

By **Christy D** on December 5, 2015

Size: Large/31"-34"   Color: Black

I LOOOOVVVEE this. It is perfect for holding my car key, phone and money when we go to sporting events as well as when I go running. It stays in place so well and is not uncomfortable at all. It blends right in with my clothes as it is not overly bulky like I had worried about. I would highly recommend this product to others. I did receive this item at a discount in exchange for my honest review but that in no way swayed my opinion of this great product. I also want to note how wonderful the seller is, I contacted them with questions and they were more than accommodating.

Comment     Was this review helpful to you?   Yes   No   Report abuse

**Would definitely recommend this belt!**

By **Randi** on October 14, 2015

Size: Large/31"-34"   Color: Black

I was looking for something of this sort because I hate wearing arm bands for my phone, especially while lifting weights. Arm bands are restricting and get all sweaty.

So I was told about this running belt. The shipping was pretty reasonable. It came earlier than expected.

I used it for the first time today and I loved it! It is really comfortable, just feels like part of your pants. My phone fits well, even while lifting. I also like that there is a zipper pocket for more secure items.

Sizes are pretty true to actual size.

Loving my purchase!

Comment     Was this review helpful to you?   Yes   No   Report abuse

**See all 37 customer reviews (newest first)**

Write a customer review

---

## Customers Who Viewed This Item Also Viewed



**FlipBelt - USA Original Patent, USA Designed, USA Shipped, USA Warranty**
3,254
#1 Best Seller in Running Waist Packs
$22.32 - $65.39



**#1 Reflective Running Belt -Premium Runners Belt - Flip Band Workout Belt - ZIPPER option Fitness**
494
$13.24 - $19.19



**FlipBelt Zipper - World's Best Running Belt & Fitness Workout Belt**
40
$34.99



**Nonwe Outdoor Flexible Sports Running Belt Waist Packs**
78
$10.99 - $15.99



**Reversible MAPS Running Fitness Belt Phone Waist Pack Lifetime Warranty**



**Jogging Cycling Hiking Waist Pack Fitness Belt - Phone, Money, Card, Key**
26
$9.99

EX. 6, p. 5

5/2/2016  Amazon.com : Running Belt Pouch - Best Fanny Pack Fitness Flipbelt - Waist Storage for Your Accessories - Packs Apple iphone 5 and 6 Plus - Hiking - W...

31

$10.99

| | Fits iPhone 6 plus with the Otterbox defender case | | Lifetime Warranty - Running belt - Double pockets |
| goivo! | | | 274 |
| | | | ~~$39.99~~ $16.97   Add to Cart |

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| Epm Save deals on fashion brands | AbeBooks Rare Books & Textbooks | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web | Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally |
|---|---|---|---|---|---|---|
| Home Services Handpicked Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | Beauty Bar.com Prestige Beauty Delivered | Book Depository Books With Free Delivery Worldwide | Casa.com Kitchen, Storage & Everything Home | Comixology Thousands of Digital Comics |
| CreateSpace Indie Print Publishing Made Easy | Diapers.com Everything But The Baby | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities |
| Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy | MYHABIT Private Fashion Designer Sales | Shopbop Designer Fashion Brands | Soap.com Health, Beauty & Home Essentials | TenMarks.com Math Activities for Kids & Schools | Wag.com Everything For Your Pet |
| | Warehouse Deals Open-Box Discounts | Whispercast Discover & Distribute Digital Content | Woot! Discounts and Shenanigans | Toys.com A Happy Place To Shop For Toys | Zappos Shoes & Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

EX. 6, p. 6

5/2/2016   Amazon.com : Running Belt Pouch - Best Fanny Pack Fitness Flipbelt - Waist Storage for Your Accessories - Packs Apple iphone 5 and 6 Plus - Hiking - W...

EX. 6, p. 7



5/2/2016    Amazon.com : Running Belt - Travel and fuel belt - best quality on the marked - FIT BELT perfect for, Hiking, workout, Jogging, Bring Your Keys and money...



**FlipBelt Zipper Black Medium**

37

$34.99

**Level Terrain FlipBelt Waist Pouch, Violet, Medium/29"-32"**

3,254

$28.99

**FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible ...**

126

$14.95

**Foot Forward Sport Running Belt Flash**

139

$16.95

**FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for ...**

462

$17.95

F

s

C

F

$

Ad feedback

## Product Description

**The secret to a perfect work out is FIT BELT**

**The Best sports BELT to protect Your investment and values**

- A high quality spandex-lycra blend, and very lightweight, elegant looking and does not cause allergies.
- It fits firmly to your body for a stable hold and adjusts on the go thanks to its stretchable properties.
- If you only want the highest quality, running and fitness belt then there is absolutely no risk for you to purchase our FIT BELT

Exclusive Design. Each and every fitness running belt is backed by our 'Highest Quality Promise'. If you want to listen to music while you're exercising (which makes you feel motivated to do more), then just put your phone into the belt with our secure flip pockets and you're off! When you are exercising in a public place, have you ever wished you could hold all your personal belongings securely on you, instead of dropping them or having to hide them somewhere? Well, with our amazing FIT BELT you can attach your important items securely so you don't have to worry about losing your items again. ensures your fitness result is successful. This will in turn motivate you to do more to get in shape and be the healthy good-looking person with the great body you have always wanted

- **Fits any Phone you have.**
- **The BELT can strech so it fits up to one size bigger fx.(L=XL).**
- **Zipper Pocket is perfect and secure for coints, rings and any small items.**

**The ONLY male and female Running BELT sold with a Lifetime Money back Guarantee!**

## Product Details

**Shipping Weight:** 4 ounces (View shipping rates and policies)

**ASIN:** B00SUQH590

**Average Customer Review:**          (405 customer reviews)

**Amazon Best Sellers Rank:** #21,192 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #6477 in Sports & Outdoors > Sports & Fitness > **Exercise & Fitness**

**Product Warranty:** For warranty information about this product, please click here

## Sponsored Products Related To This Item (What's this?)



**Level Terrain FlipBelt Waist Pouch, Carbon, Small/26"-29"**

3,254

$28.95

**Runner Waist Pack, New 2016 Model with Zippered Pockets - Best Fitness Running Belt for ...**

64

$27.95

**FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible...**

126

$14.95

**Elite Running Belt- Spandex Fitness Pouch - Look Good While You Feel Good- Secure Your ...**

116

$18.99

**Running Fitness Belt with Zipper Runner Waist Pack**

217

$16.95

F

E

b

2

$

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

- **FlipBelt at Brookstone** 🔍  -  Holds Essentials During Workout. Free Shipping on $99+. Code SHIP99   www.brookstone.com/FlipBelt

**EX. 6, p. 9**

5/2/2016   Amazon.com : Running Belt - Travel and fuel belt - best quality on the marked - FIT BELT perfect for, Hiking, workout, Jogging, Bring Your Keys and money...

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer Reviews

405

4.5 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 69% |
| 4 star | | 21% |
| 3 star | | 6% |
| 2 star | | 1% |
| 1 star | | 3% |

Share your thoughts with other customers

Write a customer review

See all 405 customer reviews

## Top Customer Reviews

Ad feedback

**Cute, slender, but holds a bunch**

By Shandel Robinson on March 14, 2015

The Best Running Belt - FIT Belt is extremely cool for workouts. Looks are so deceiving with this. You wonder "where is it all going to go". Well, it has multiple areas to put your keys, money, id, and cell phone. If you have pets, this is great. It has a little clamp you can attach your dog's leash to it so you can exercise with your pet without having to hold their leash. I'm impressed my Samsung fit in there with no problems. I did receive this product at a discount, however, all opinions are my own and they reflect my honest and unbiased opinion.



Comment abuse   47 people found this helpful. Was this review helpful to you?   Yes   No   Report

**A compartment for everything you need to take along when working out or running**

By Mary T on March 3, 2015

Size: Large

The F.I.T. Belt is sturdy and well made. The fabric is high quality spandex and nylon, and is machine-washable. There's no need to worry where to put your keys, license and phone when you're running a 5k or half marathon because the FIT Belt has compartments for all the gear you need to take along. The pocket in the front is secured with a hidden zipper and two side pouches are deep. I don't think anything would accidentally fall out of them. One of the deep pouches has a hook which you can attach your keys. I am disappointed that I won't be able to use the belt. I ordered the size that would fit my waist, mistakenly assuming that the belt was stretch enough to get it on. So if you have "curves" or an hourglass figure, you'll want to be sure to order up a size, so you can get the belt on. I received this product at a discounted price for the purposes of a product review. All opinions are my

### Customer Images

See all customer images

### Most Recent Customer Reviews

**Five Stars**

Easy to use with the Buddy Pouch water bottle. Keeps keys and phone SNUG, safe, and easily accessible.

Published 2 days ago by Diana

**Five Stars**

LOVE IT!!

Published 5 days ago by Amazon Customer

**Exactly what a needed at a great price**

I only gave it four stars because I haven't used it yet. I bought it for a 5K I am doing on Sunday but it fits comfortably and hold everything that I needed it to.
Read more

Published 6 days ago by Ella

**Five Stars**

Very handy and better than the old school fanny

**EX. 6, p. 10**

5/2/2016   Amazon.com : Running Belt - Travel and fuel belt - best quality on the marked - FIT BELT perfect for, Hiking, workout, Jogging, Bring Your Keys and money...

own and they reflect my honest and unbiased opinion.

Comment   16 people found this helpful. Was this review helpful to you?      Report
abuse

### Price discrepancy between sizes is disappointing. Which is a shame since I like the belt but hate the price gouge.

By Amazon Customer on April 21, 2015

Size: Small   Verified Purchase

I have a level belt that I have owned for quite some time but wanted to get another similar style belt to have on hand, I don't like the ones with the one large zipper style pocket that have the expandable stretch waist band as they tend to not be as secure. What attracted me to this one, besides the great price (on the small) that it has some open slits for putting in your items, it also has a small zippered pocket which is awesome for my keys. The zipper pocket gives me a little extra sense of security that as I run, my key won't accidentally slip out of the holes (had that happen to me once!) and it also has a clip inside as well. I ended up ordering a small (I'm 5'1 and wear a size 26 or 27 in pants and do not have wide hips). but because of how I like to wear the belt, which is lower on the hips, it ended up feeling a bit too snug. I had a phone and my keys in the belt. If you like to wear it high up on the waist, it might be great for that but it just felt a tad too tight and uncomfortable sitting lower. It doesn't seem like it has enough stretch to fit one size bigger as indicated in the description.

So no big deal, I wasn't that worried because it is more a preference thing on my part and since I like the belt, I decided that I will just buy a medium as well. But I am sorely disappointed that I would have to pay $10 more for a medium over what I paid for on the small! The list price is the same for all sizes but the "sale" price different between the medium and large is only $1 so not sure why the gouge going from small to medium. (same seller for all sizes) So all this time, I will pass on buying an additional FIT Belt and continue to use my other one. If you don't mind being gouged in pricing difference between sizes, then the belt is great.

Comment   8 people found this helpful. Was this review helpful to you?      Report
abuse

### Also works to keep valuables safe while traveling!

By C'est La Vie TOP 500 REVIEWER on March 3, 2015

Size: Medium

I bought this fitbelt in a size medium during a promotional launch. Laying flat it is about 14" wide, and fit my son great ( he wears a size 32 jeans, but this is smaller than that since he wears it on his waist and not on his hips). I also tried it on and found it to be extremely comfortable. The pockets allow for easy storage of keys, credits cards and other essentials while running and does not inhibit movement. I am thinking this would also be great while traveling to securely store your credit cards while on subways, trains and airports. Your keys could also be clipped to the belt with the secure hook if you so prefer. It is washable and ok to put in the dryer which is great (and necessary) after exercising. Would highly recommend!



Comment   17 people found this helpful. Was this review helpful to you?      Report
abuse

### I so wanted to love it! And if the large size

By Kay on October 8, 2015

Verified Purchase

I so wanted to love it! And if the large size, was actually a Large, I might have! I wear Larges in men's clothing (and they are usually a little baggy, I like to be covered, and don't like skin tight clothing. The Large belt, is more like a medium, However, I do love the pockets, and the material, and if I had a correctly sized belt for me, then I think I might love it, it feels like it would not be bothersome while walking, as long as I had the right size of course. I did receive a discount for an honest review of this product.

Comment   2 people found this helpful. Was this review helpful to you?   Yes  No  Report
abuse

### Comfortable to wear but not very durable.

By Amazon Customer on November 26, 2015

Size: X-Large   Verified Purchase

Decent fitness belt, I use mine during exercise to carry my cell phone (Galaxy S5), an insulin pump, and various other necessities (energy gels, etc.). There is a zipper pouch and two additional openings that provide access to four storage areas. Unfortunately, the zipper pouch is just a bit too small for

---

packs
Published 7 days ago by Monica

### Nice compartment for money, cards or keys

I love the way they created colorful belts like this. It can hold cash or cards while at the gym. It is visible outside for running.
Published 7 days ago by MusicRules

### Nice belt. Comfortable

Really nice fitness belt. Had purchased a different one and it wasn't comfortable. Plenty of storage space. It actually looks like part of the running pant. Would buy again.
Published 9 days ago by Ronald Blanchi

### Five Stars

Great product, just as described
Published 10 days ago by Tommy Hill

### I tried it out this weekend and

LOVED it. I put my passport

I bought this for a cruise so I did not need to worry about carrying a purse. I tried it out this weekend and LOVED it. Read more
Published 19 days ago by Veronica Ortiz

### Five Stars

Wonderful. Fits great and is comfortable
Published 23 days ago by Heather Condie

### Five Stars

Works great!
Published 23 days ago by Gabriela Rodriguez Leal

**Search Customer Reviews**

[                    ]  [ Search ]

EX. 6, p. 11

5/2/2016   Amazon.com : Running Belt - Travel and fuel belt - best quality on the marked - FIT BELT perfect for, Hiking, workout, Jogging, Bring Your Keys and money...

my insulin pump, but it accommodates cash, credit cards, or ID just fine. I recently completed the
Richmond half marathon, and the belt easily accommodated my phone, my insulin pump,
ID/cash/credit cards/keys, four energy gel pouches, three Ziploc snack bags of raisins, two bags of
sport beans, and a tube of glucose tablets.

Pros:
- Belt is very comfortable to wear. I ordered a large, and it is just snug enough around my abdomen (I
wear 36-inch pants).
- My S5 phone fits very well in the pouch, and there is plenty of room for other items in the five total
"compartments".
- Polyester fabric dries quickly, and the color has not faded over the past several months.

Cons
- Not much friction inside the pockets, and no closure for the openings. When I run, I feel my phone &
insulin pump migrating towards the openings - a bit of a distraction, and I'm constantly adjusting my
items to make sure they don't fall out in the middle of a run. A zipper or Velcro closure would be
helpful to keep items more secure.
- It can be difficult locating the openings to retrieve items - missed a couple phone calls trying to
figure out how to get my phone out.
- Seams began to separate rather quickly - I've only owned the belt four months, yet I have had to
sew one of the seams closed & strengthen the stitches to prevent it from opening completely &
dumping my items along the running trail (However, I exercise twice a day, every day, so my belt may
be subjected to more wear & tear than yours may be). Still, it advertises a lifetime guarantee, so if
anyone has information about how to get a replacement, I'd love to hear from you.

Comment     4 people found this helpful. Was this review helpful to you?  [ Yes ] [ No ]   Report
abuse

**See all 405 customer reviews (newest first)**

[ Write a customer review ]

## Customers Who Viewed This Item Also Viewed











FitBelt -Premium Running
Belt & Fitness workout belt
for women and men - 2-IN-
1 colors flipbelt for your
462
$12.95 - $20.95

Runner Waist Pack, New
2016 Model with Zippered
Pockets - Best Fitness
Running Belt for Exercise,
64
$27.95

(Upgrade)Eazymate
Fashion Running Belt -
World's Best Stylish Travel
Money Belt - Two Security
301
$19.99

Running Belt - Runner
Waist Pack by Oz Fit -
Money Belt with ZIPPER
Pouch / Runners Belt /
217
$16.95

Running Belt by Respiro -
Best iPhone 6 Plus
Exercise Waist Pack -
Hidden Money Zipper
229
$14.90 - $19.90



Runner Waist Pack by
Gearproz - Voted "Best"
Sport Belt on the Market -
Fitness Running Fanny
117
$19.95

**EX. 6, p. 12**

5/2/2016   Amazon.com : Running Belt - Travel and fuel belt - best quality on the marked - FIT BELT perfect for, Hiking, workout, Jogging, Bring Your Keys and money…



 Tone, Tighten &
Strengthen your Abs.
FDA Cleared.

 **The Flex Belt Flex System Abdominal Toning Belt, B**

625

~~$189.99~~ $175.51    [ Add to Cart ]

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics |
| CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet |
| | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use    Privacy Notice    Interest-Based Ads    © 1996-2016, Amazon.com, Inc. or its affiliates

EX. 6, p. 13



**EX. 6, p. 14**

5/2/2016   Amazon.com : FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking,...



**Senbowe SBW Bluetooth 4.1 Sweatproof Wireless Headset with Microphone**
1,535
$16.99

**Sports Bluetooth Headphones,Sweatproof V4.1 Wireless In-ear Sports Earphones Headset ...**
3

**Premium Running Belt & Fitness workout belt for iPhone 6 / 6 Plus & Android Smartphones...**
224

**Microphones & More iPro-Max pro Lavalier Lapel Microphone Clip-on Directional Noise ...**
242

**Ultra Flex Athletics Knee Compression Sleeve Support for Running, Jogging, Sports, Joint...**
35

## Sponsored Products Related To This Item (What's this?)

Page 1 of 3






**FlipBelt Zipper Black Medium**
37
$34.99

**Level Terrain FlipBelt Waist Pouch, Violet, Medium/29"-32"**
3,254
$28.99

**FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible...**
126
$14.95

**FunBelt, Titanium, X-Large**
161
$12.99

**Foot Forward Sport Running Belt Flash**
139
$16.95

Ad feedback

### Special Offers and Product Promotions

Buy from FitBelt:

- Save 20% each on Qualifying items offered by FitBelt when you purchase 4 or more. Enter code 6VBELQ67 at checkout. Here's how (restrictions apply)
- Save 15% each on Qualifying items offered by FitBelt when you purchase 3 or more. Enter code D2WZURPL at checkout. Here's how (restrictions apply)
- Save 10% each on Qualifying items offered by FitBelt when you purchase 2 or more. Enter code YHG3S53A at checkout. Here's how (restrictions apply)

**Other Product Promotions:**

- Save Big On Open-Box & Pre-owned: Buy "FitBelt -Premium Running Belt & Fitness workout be..." from Amazon Warehouse Deals and save 75% off the $44.95 list price. Product is eligible for Amazon's 30-day returns policy and Prime or FREE Shipping. See all Open-Box & Pre-owned offers from Amazon Warehouse Deals.

### Product Description

**Premium Running Belt & Fitness workout belt for women and men, 2-IN-1 colors flipbelt.**

**FitBelt - this is more than a product, is a revolutionary accessory to go hands free in your outdoor or indoor activities.**

**Who said you can't look cool with a running belt getting all your stuff like your phone, keys and coins?**

**What you'll love about FitBelt:**

**- 2-IN-1 color belt-** a reversible flip belt design perfect matching with different outfits. You basically get two different durable Fitness belt for the price of one;

**- Very easy to use with the new zipper attached** and prolong the life of the product, after years of use will be like new;

- Have an internal pocket system accesible from **TWO openings** around the belts exterior for your phone/credit cards/music player **+ ONE special zipper pocket** separate, to lock your keys and coins securing your devices from scratching;

- Made of machine- washeble **Spandex-Lycra material, lightweight,** you barely feel you are wearing it. The design allows for **no bouncing, chafing or jiggling while exercising;**

- Great **for fitness, jogging, biking, hiking,travel or just walking the dog.**

Avaible in **5 convenient sizes:** X-Small, Small, Medium, Large, X-Large. Use our sizing chart above to select your size;

Get It Today And Try It! If You Don't Like It, Don't Keep It! **RISK FREE 60 DAYS 100% MONEY BACK GUARANTEE!.**

Looking for a **WIN-WIN!** Buy TWO and get FREE SHIPPING Everywhere and use one as a **PERFECT GIFT** for partener, family and friends.

Click the "Add to Cart" Button Now, and get the **Special Bonus Gifts** : Lock laces for your shoes to enjoy your workout (value 3.99 $) and

### Product Details

EX. 6, p. 15

5/2/2016   Amazon.com : FitBelt -Premium Running Belt & Fitness workout belt for women and men – 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking,…

**Shipping Information:** View shipping rates and policies

**ASIN:** B013TQFP0Q

**Average Customer Review:**     (462 customer reviews)

**Amazon Best Sellers Rank:** #2,139 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
     #17 in Sports & Outdoors > Sports & Fitness > Exercise & Fitness > Running > **Walst Packs**
     #45 in Sports & Outdoors > Outdoor Recreation > Cycling > **Accessories**

**Product Warranty:** For warranty information about this product, please click here

## Sponsored Products Related To This Item (What's this?)

Page 1 of 6

    

Level Terrain FlipBelt Waist Pouch, Carbon, Small/26"-29"
**3,254**
$28.95

FITT Gear Running Belt with Extra Large Pocket for iPhone 5/5s, 6, and 6 Plus & Android Smartphones, …
**654**
$12.95

Runner Waist Pack, New 2016 Model with Zippered Pockets - Best Fitness Running Belt for…
**64**
$27.95

Running Belt - Black - Medium - 4 Pockets
**238**
$12.99

FunBelt, Titanium, X-Large
**161**
$12.99

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

- **FlipBelt at Brookstone** ⊡
- **Best Hydration Belt** ⊡

- Holds Essentials During Workout. Free Shipping on $99+. Code SHIP99

- New Belts, Best Quality, New Game. Fitletic® Worn by Runners Worldwide

www.brookstone.com/FlipBe

www.fitletic.com/

Ad feedback

## Customer Questions & Answers

Have a question? Search for answers

| | | |
|---|---|---|
| 2 votes | **Question:** | Will an iphone 6 plus fit? |
| | **Answer:** | I don't have an iPhone 6 Plus, but the belt is pretty stretchy and I believe it would be wide enough to accommodate it. By C Godfrey on October 22, 2015 |
| | | See more answers (5) |
| 2 votes | **Question:** | does this fit an iphone 6 plus with otterbox case? |
| | **Answer:** | Yes By ~pinkness on December 6, 2015 |
| 1 vote | **Question:** | How do I use my headphones? Is there a hole to string the headphones up from the phone holder? |
| | **Answer:** | There is a side pocket for your phone which allows you to use your headphones. By CGS on December 20, 2015 |
| | | See more answers (2) |
| 1 vote | **Question:** | Will this fit something as large as a samsung galaxy note 4 with an otterbox defender case? |
| | **Answer:** | Yes, sure! By FitBelt on January 3, 2016 |
| | | See more answers (3) |

See more answered questions (37)

**EX. 6, p. 16**

5/2/2016   Amazon.com : FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking....

## Customer Reviews

462

4.2 out of 5 stars

| | |
|---|---|
| 5 star | 71% |
| 4 star | 18% |
| 3 star | 6% |
| 2 star | 2% |
| 1 star | 3% |

Share your thoughts with other customers

Write a customer review

See all 462 customer reviews



BOODUN Breathable Cycling Gloves with Foam Pad

BOODUN Cycling Gloves with Shock-absorbing F...
$12.88

Add to Cart

Ad feedback

### Top Customer Reviews

**Too big, but useful.**

By Rita on December 27, 2015

I bought the fitbelt a few months ago back in the fall. I wore it for a couple runs then I found that it felt a little bit like a cummerbund while running (which was a bit awkward). I then purchased a one pocket from Nuclear Strength Running and Fitness Workout Belt (Black) and I thought it was a lot lighter. I didn't feel like I had this spare tire around my waist. I ended up selling the fitbelt and kept the Nuclear belt. I'm giving a five star because it's subjective! If you don't mind having something large go around your waist than this belt will work, otherwise I'd go with a lighter style.

Comment     343 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

**Works great, until you inevitably lose the zipper.**

By Tim+Meghan G. on August 3, 2015

Verified Purchase

When I first received the the FitBelt, it worked pretty great for what I was looking for. I especially liked the ability to zip/unzip as compared to other similar belts which requires to pull on/off. Unfortunately the greatest feature also turned out to be it's greatest weakness. Because the belt is reversible, the manufacturer decided to make the zipper removable so it could be used in either orientation of the belt. The problem with this is the zipper comes off extremely easy - in the couple months and couple dozen times I used it, the zipper came off several times without intention. If they were to replace the zipper with a reversible one and make it permanently attached, this would be the perfect fitness belt.

Unfortunately, it was only a matter of time until the zipper came off without noticing and never seen again. Obviously without the zipper, the belt is completely useless. To make matters worse, the seller has seemingly removed any method of contacting them from this product page (if someone knows how to contact them, please let me know!), otherwise I would have reached out to request a replacement zipper.

Until they change the zipper design, I would highly recommend staying away from this product as you will inevitably end up losing it.

1 Comment     25 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

**Absolutely love this product! My new favorite exercise accessory!**

By Daniel Picard on June 6, 2015

Size: Medium     Color: Black and Green Neon

This is my newest favorite exercise item! First off I am a male who wears jeans between the sizes of 28 ad 31. I bought the medium and it fits me snuggly but in my opinion it's just the right size! I really love the design of this and all of the pockets. The front one with the zipper I use for my cash / keys and other smaller items that I may need.

The bigger pockets on the edges are made for your phone. I have the HTC One M8 and it easily fits into these slots. I use bluetooth headphones and it's great not having any cords and running freely!

Also I prefer this running belt over an armband because I move my arms while I run and I also just feel like a belt is more convenient than having your phone on your arm.

Either way I absolutely love this product and would recommend to anyone who wants to ditch an armband or just wants to try this product out! You have nothing to loose with the money back guarantee!

### Customer Images

See all customer images

### Most Recent Customer Reviews

**ready to go**

This is a great fitness belt. I have always been a fan of the fanny pack, even when it wasn't ok. I'm so glad the function of the fanny pack has been reinvented for the cool... Read more

Published 2 hours ago by Daniel Baker

**Fitbelt**

I ordered the Fitbelt because im a very active person always on the go and needed to have place to put my phone,credit card,and a few other things I use on a daily basis. Read more

Published 3 hours ago by Pamela Peters

**Four Stars**

Love it! but it seems to run a bit large.

Published 14 hours ago by Lilliana Viquez Murillo

**Fits loose with unimpressive features**

I followed the measurements and purchased a size small. It did not fit well and moved around a lot. The zippered pocket is a tight fit. Read more

Published 22 hours ago by Loqeth

**It was extremely annoying and inconvenient to mess with this whole...**

I bought a large at first, and it was too big leading my phone to bounce up and down in it when I ran. I returned it and got a medium. Read more

Published 1 day ago by Lindsay B. Durham

**Fashionable and multi-purpose**

This running belt is different from my 3 other running belts which sets it apart.

This has a zipper that makes it easier to wear on. Read more

Published 1 day ago by Lorie

**It's so nice, it keeps my hands free to hold her ...**

 Customer Video Review
Length: 1:02 Mins

Published 2 days ago by Erin M Ackley

EX. 6, p. 17

5/2/2016   Amazon.com : FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking,...



Comment | 28 people found this helpful. Was this review helpful to you?   Yes   No   Report
abuse

### Good idea and comfortable

By **Jason Stephens** on April 6, 2015

Size: Small   Color: Black and Green Neon

I just received my FitBelt today and was pleasantly surprised. The product looks exactly like it does in the pictures and the two tone material, green on one side black on the other, is really comfortable. I like the green color but it's nice having the option of going with a plain black belt when I don't want it to stand out. I was worried there might be issues with the product stretching over time but I don't think that's going to be a problem with this one because the zipper makes it so I don't have to pull it up over my hips. I thought the zipper might be a bit uncomfortable but when I put it on, I didn't even notice it was there. The idea of a belt to store all my stuff when I go for a run is a really good one and I my keys and my phone (Galaxy Note 4) all fit just fine.



Comment | 36 people found this helpful. Was this review helpful to you?   Yes   No   Report
abuse

### I wore it under my sweater and it was very comfortable. My phone is large it is the Samsung ...

By **Shalanda F. Jones** on November 27, 2015

**Verified Purchase**

I just received this item in time for shopping. I purchased it for the gym but I used it while shopping and it is flat and undetectable (not a fanny pack all). I wore it under my sweater and it was very comfortable. My phone is large it is the Samsung Galaxy Note 5 ( I did have to take it take it out of the hefty case) because I didn't want to break the stitching. My keys, phone, eppen, money and credit card were safe and comfortable. I purchased the XL and I am a plus size lady size 20 or so not heavy in the stomach area. I could have worn an Large. The way it is made it can be moved higher to accommodate a little tummy or lower. The shoe laces should have come with instructions because I have no idea how to use them.

Not Just For The GYM but for Shopping as well.

Comment | 2 people found this helpful. Was this review helpful to you?   Yes   No   Report
abuse

### Love

By **Anne** on August 26, 2015

Size: Medium   Color: Black and Green Neon   **Verified Purchase**

This is a great product especially if you want to be hands free while working out. I've tried other options for my phone like a arm band and that was awful, it constantly fell down my arm. I use this with my iPhone 6 and love the little zipper area for my Chapstick and Kleenex. It stays in place very well on my hips & waist. Also it doesn't add bulk like you would think so I don't feel self conscious when I have a long shirt or jacket on. I like the black side since most of my workout pants are black because it blends right in. The neon side is cute too if you want to add color to a all black outfit. All and all I would recommend.

Comment | One person found this helpful. Was this review helpful to you?   Yes   No   Report
abuse

### Perfect for Travel to and during Disney World

By **AUskier** on November 11, 2015

Size: Medium   Color: Black and Green Neon   **Verified Purchase**

I used this for our trip to Disney World. It was fantastic through the airport - the zipper a must so that I didn't have to step out of it during security. The two slip pockets were ideal for quickly accessing my iPhone 6 when I wanted to capture a picture. The zippered pocket kept my credit card securely in a

### Great Travel Belt

I don't do a lot of running, but I do a lot of traveling - and this really fits the bill for discreetly and securely carrying cash, credit cards and passports. Read more

Published 2 days ago by Karen B

### Comfortable and well made...

I purchased this FitBelt Premium Running Belt and Fitness Workout Belt primarily due to its style. It seemed like it would serve my purpose while remaining relatively hidden... Read more

Published 2 days ago by bminard

### Works well!

Love it, don't fell it while I'm running. Fits perfectly.

Published 2 days ago by Julio Rivera

**Search Customer Reviews**

[                    ]   Search

EX. 6, p. 18

5/2/2016    Amazon.com : FitBelt -Premium Running Belt & Fitness workout belt for women and men – 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking,...

separate pocket that I didn't access often, so as not to have it slip out when accessing other items. I even kept my sunglasses in the other slip pocket sometimes, when my bigger bag under the stroller wasn't accessible.

I wear a size 2 in women's jeans. I ordered a MEDIUM. I didn't want this thing anywhere near my waist, and I didn't want the zipper to rise above my pant waist to irritate my skin. The choice of size was perfect because I can wear over jeans or shorts on my hip, but still hidden by a normal shirt. Love this as a travel belt, as I couldn't find a "travel focused" belt that had a zipper pocket, a slip pocket, and a zipper for easy removal. I have not used it for exercising.

Comment abuse    2 people found this helpful. Was this review helpful to you?    Yes    No    Report

**See all 462 customer reviews (newest first)**

Write a customer review

---

### Customers Who Viewed This Item Also Viewed



**FlipBelt - USA Original Patent, USA Designed, USA Shipped, USA Warranty**
3,255
#1 Best Seller in Running Waist Packs
$22.32 - $65.39



**FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible -**
126
$14.95 - $21.95



**Nuclear Strength Running and Fitness Workout Belt**
43
$14.97



**Running Belt - Travel and fuel belt - best quality on the marked - FIT BELT perfect for, Hiking, workout,**
405
$13.79 - $19.79



**#1 Reflective Running Belt -Premium Runners Belt - Flip Band Workout Belt - ZIPPER option Fitness**
494
$13.24 - $19.19



**Nonwe Outdoor Flexible Sports Running Belt Waist Packs**
79
$10.99 - $15.99



5/2/2016   Amazon.com : FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking,...



**BOODUN Breathable Cycling Gloves with Foam Pad**



**BOODUN Cycling Gloves with Shock-absorbing Foam Pa**
$12.58

Add to Cart

Ad feedback

Back to top

## Get to Know Us

Careers
About Amazon
Investor Relations
Amazon Devices

## Make Money with Us

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

## Amazon Payment Products

Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

## Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics |
| CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Woot.com<br>Everything<br>For Your Pet |
| | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

**EX. 6, p. 20**



5/2/2016          Amazon.com : FunFitness Fun Belt Couple-2 Running Belts, Strawberry Small & Fluorescent Green Medium : Sports & Outdoors

## Product Description

Wider and bigger - can fit iPhone 6+ easily more secure - 2 back openings removed to avoid item dropping and 2 little cutest eyelets added for earphone input. Get This Best Workout and Fitness Waist Pack to Bring Along Your Personal Item Hand Free Today! Best fit. - Very comfortable for all types of indoor and outdoor activities. - No buckle, No chafing. - No annoying, geeky, bouncing fanny pack. User Friendly. - Easy to insert and take out personal items. - Turn over for double protection. Hottest trend: - Sold like hot cakes in many running events. - Help you stand out from those with boring black belts. Premium material & reusability: - 82% polyester + 18% spandex. - Machine washable

## Product Details

**Product Dimensions:** 3.5 x 25 x 0.5 inches

**Shipping Weight:** 5.6 ounces (View shipping rates and policies)

**Domestic Shipping:** Item can be shipped within U.S.

**International Shipping:** This item can be shipped to select countries outside of the U.S. Learn More

**Origin:** China

**ASIN:** B01E8DI5J2

**Item model number:** FunBelt Couple

**Average Customer Review:** Be the first to review this item

## Sponsored Products Related To This Item (What's this?)                                Page 1 of 9







| | | | | |
|---|---|---|---|---|
| Hydration Belt Waist Pack Water Bottle Holder with Dual Cell Phone and Accessory Pockets.... | RBX Fitness Running Dual Water Pack - Light Carrying Solution (Grey) (Available in more Colors) | Running Hydration Belt with Water Bottles (2x BPA Free 10oz), Fuel Belt Fits Iphone 6s Plus for... | Waterproof Outdoor Sports Backpack Dayback Shoulder Belt Bag For Biking Cycling Traveling... | Running Belt / Waist Pack Belt - No Uncomfortable Straps or Buckles Unlike Most Runners Belts,... |
| 42 | | 84 | | |
| $19.99 | $16.99 | $22.95 | $30.76 | $12.99 |

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

- **Best Running Belts** · **Run** With Your iPhone, Money & More. No Bounce Water Resistant Shop Now!     www.fitletic.com/Running-Belt

- **Kevlar V-Belts Online** · VbeltsOnline.com - Quality Vbelts Easy Online Ordering at Low Prices     www.vbeltsonline.com/

Ad feedback

## Customer Questions & Answers

Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer Reviews

There are no customer reviews yet.

| | Share your thoughts with other customers |
|---|---|
| 5 star | |
| 4 star | |
| 3 star | Write a customer review |
| 2 star | |

5/2/2016        Amazon.com : FunFitness Fun Belt Couple-2 Running Belts, Strawberry Small & Fluorescent Green Medium : Sports & Outdoors

1 star



## Set up an Amazon Giveaway



Amazon Giveaway allows you to run promotional giveaways in order to create buzz, reward your audience, and attract new followers and customers. Learn more

**This Item:** FunFitness Fun Belt Couple-2 Running Belts, Strawberry Small & Fluorescent Green Medium

Set up a giveaway





Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics |
| CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet |
| | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

EX. 6, p. 24