Amazon.com : Runner Fitness Belt Compatible for iPhone. Zipper Pocket To Keep Your ...   Page 1 of 7



Amazon.com : Runner Fitness Belt Compatible for iPhone. Zipper Pocket To Keep Your ...    Page 2 of 7



EX. 7, p. 2

Amazon.com : Runner Fitness Belt Compatible for iPhone. Zipper Pocket To Keep Your ...   Page 3 of 7



Level Terrain FlipBelt Waist Pouch, Carbon, Small/26"-29"
3,254
$28.95

RFID Blocking Sleeves (10 Credit Card & 2 Passport Protectors & FREE Luggage Tag) #1 Identity ...
36
$12.95

FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible ...
128
$14.95

(Upgrade)Eazymate Fashion Running Belt - Stylish Travel Money Belt with Zipper and ...
301
$19.99

FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for ...
462
$17.95

F
Z

s

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

- **Fitness Together**   -   Want Results? Try Personal Training Call For a Free **Fitness** Assessment!   www.fitnesstogether.com/personaltrain

- **Fitness Equipment Denver**   -   Exercise Bikes, Treadmills, Gyms Leader in **fitness** for over 10 years   www.coloradohomefitness.com/

Ad feedback

## Customer Questions & Answers

See questions and answers

## Customer Reviews

235

4.5 out of 5 stars

| | | |
|---|---|---|
| 5 star | 74% | Share your thoughts with other customers |
| 4 star | 16% | |
| 3 star | 3% | Write a customer review |
| 2 star | 4% | |
| 1 star | 3% | |

See all 235 customer reviews

## Top Customer Reviews

Ad feedback

**Great concept... needs bigger sizes.**

By Tizzy-Licious TOP 500 REVIEWER on November 24  2014

Size: Large  32-36 inches

I got this to test and review and give my honest opinion. I think it is a great concept. Once I start sweating. my arm band that I keep my phone in starts to irritating my arm. I have to have my phone when I work out because I put on Pandora and run my Sport Tracker app. The idea of just putting this over my waist trainer and sticking my phone inside was right up my alley. Unfortunately, even the

**Customer Images**

largest size is meant for skinny people I could not wear it at all But, I think if they made some larger sizes this product would really take off. Big people work out too and we want something convenient like this.

Comment abuse 44 people found this helpful. Was this review helpful to you? Yes No Report

Great Product
By Sarah J Bakker on March 13, 2015

Size: Medium 29-32 inches

Length: 1:59 Mins

Comment abuse 51 people found this helpful. Was this review helpful to you? Yes No Report

Convenient and Secure
By Sam S on December 8, 2014
Size: Large 32-35 inches
This is just what I needed! I often wear yoga pants, skorts or leggings that have no pockets during my workouts. But when I am at they gym, I need a place to keep my ID, phone, earbuds and keys. If I exercise outside, I need even more. I have used a fanny pack that is rather unflattering and causes "muffin top".

I was lucky to have the opportunity to try a competitors exercise belt and loved it. My only complaint was this other product was that it didn't have any zippers so my valuables were not secure. Not the case with this waist pack! One compartment has a zipper and is nice for securely keeping money or ID. The other opening is open for easy access which is nice for keeping my phone during my workout. I just wish this came in a range of fashionable colors.

I received this item for review.

2 Comments abuse 36 people found this helpful. Was this review helpful to you? Yes No Report

Well designed and comfortable
By jneutron on January 1, 2015
Verified Purchase
I ordered the Product Stop belt on Dec. 20 at the same time as a FlipBelt. The FlipBelt arrived in just 4 days and the Product Stop belt did not arrive until the 27th, after Christmas. The Product Stop belt did not offer an extra large size as did the FlipBelt, which also offered more color selection, but the FlipBelt cost $10 more. Both belts could fit my large cell phone, a Galaxy Note 3. The FlipBelt looks more durable because there is a strengthening cross stitch at each side of the pocket slits to help prevent unraveling and tearing of the pocket seam. The Product Stop belt lacks the pocket cross stitch and I predict the pocket seams will unravel over time from stretching over the large cell phone. Other than these points, the Fitness Belt by Product Stop is a good quality product and serves the essential purpose of carrying your (large) cell phone while exercising. The stretchable material and buckle-less design make it comfortable during running and hiking.

Comment abuse 28 people found this helpful. Was this review helpful to you? Yes No Report

Comfortable to wear
By Altair on December 8, 2014
Size: Medium 29-32 inches
I wanted a belt with two pockets to keep phone (Galaxy Note) and keys separate to prevent scratching. Luckily I've been supplied such product to me for review.
I have a Galaxy Note 3 phone and it is a snug fit in this belt. The belt is comfortable, stays in place and doesn't move when I run. It has 1 desecrate zipper for your keys or whatever you want to to keep safe while exercising. It is basically a tube with three pouches into which you put your phone or music player and whatever else you need. Once flipped over all the pouches are hidden and everything is

## Most Recent Customer Reviews

Not good, the zipper and iPhone pocket too small the ...
Not good , the zipper and iPhone pocket too small the size was way too big I had to take it to get altered!!)
Published 1 month ago by Amazon Customer

perfect solution
Works great. No more stuff bouncing around in my pockets. Don't even know it's there.
Published 1 month ago by mike a.

I like it very much
At the beginning it fits ok buy one or two months later it is a little bit loose, Take a lower size.
It dries faster than onthers in the market!
I like it very much!
Published 1 month ago by Hector Manuel Padilla Meye

Binding
While slim and not bulky it's more of a tube than a belt. You have to step into it or put it on over your head which is not always convenient. Read more
Published 1 month ago by CH

Oh My Goodness!
These are wonderful!! I got two of them when they appeared in the search results for products to hold my insulin pump during sleep, exercise, and daily life. Read more
Published 3 months ago by Greedy Reader

It seems secure and the fabric is comfortable. My only suggestion...
I use this to hold an insulin pump while I sleep. It seems secure and the fabric is comfortable. My only suggestion would be to somehow indicate where the opening is, since it's... Read more
Published 3 months ago by Jonathan Block

All around awesome!!
Fast shipping, amazing customer service! Great price! Fits to size as indicated.. Exactly what I was hoping for... Read more
Published 3 months ago by Amazon Customer

Five Stars
Great product !!
Published 3 months ago by Amazon Customer

Four Stars
Fit is very small around the waist. Iphone 6 barely fits inside pocket
Published 4 months ago by m.Em

Well made product
I've worn this belt for whole days under my shirt and against my stomach. It fits me perfectly. I haven't used the compartment with the zipper. Read more
Published 4 months ago by Kettering Student

Search Customer Reviews
Search



safe.

Overall: Good product. No feeling or movement from phone, keys or belt. I forgot I was wearing it almost immediately. Very good fit. I hope durability is good as well: time will tell.

Comment    29 people found this helpful. Was this review helpful to you?  [ Yes ] [ No ]    Report
abuse

**Works great**
By Ling Zhong on February 2, 2015
Verified Purchase
The belt works great, does not jiggle, stays put. My apple-shaped body usually wears a size 4-6. I ordered a medium, the belt fits nicely. I don't have anything else to compare to, but so far this product is great, and cheaper than the alternatives .

Comment    8 people found this helpful. Was this review helpful to you?  [ Yes ] [ No ]    Report abuse

**Running Waist Pack**
By Marla on November 29, 2014
Size: Medium, 29-32 inches
Didn't think that it would work at first. Ended up loving the product. Fits great around the waist. I can jog without carrying my keys in my pocket. I am able to fit my cell, money, and keys without any hassle. I could barely tell that I was wearing the belt. Definitely recommend for anyone that exercises.

Comment    8 people found this helpful. Was this review helpful to you?  [ Yes ] [ No ]    Report abuse

**Great Product!**
By macy's red star on March 2, 2015
Size: Medium: 29-32 inches    Verified Purchase
Ordered this so I could go on shorter runs without having to bring along a hydration belt. To be honest, I wasn't entirely sure my Samsung Galaxy s5 would be able to fit since most running products that claim they can fit a phone are really just meant for small iPhones. Fortunately this product came quickly because it's available on Prime and I was able to use it right away for a short 4 miler.

First off, when ordering things for running I look for comfort, and by that I mean, can I forget I have it on when I am moving around? The answer is yes. The belt is really comfy and moves with my body without being too tight or loose where it is constantly shifting around.

The second is, what can I take with me? This belt has a surprising amount of space for keys. I'd  and credit cards, gels or any other type of fuel for your runs, AND--very important for me--it easily fits my s5 so I feel safe when I run around the city

Would recommend to anyone!

Comment    3 people found this helpful. Was this review helpful to you?  [ Yes ] [ No ]    Report abuse

**See all 235 customer reviews (newest first)**

[ Write a customer review ]

**Customers Who Viewed This Item Also Viewed**

Running Belt, Smartdoo Fitness Workout Belt, Waist Pack Fit iphone6 6s 8 Plus, Runner Money Belt Waist
376
$14.99

Jogging Cycling Hiking Waist Pack Fitness Belt -Phone, Money, Card, Key
26
$9.99

Running Belt - Runner Waist Pack by Oz Fit - Money Belt with ZIPPER Pouch / Runners Belt /
217
$16.95

Running Belt - Travel and fuel belt - best quality on the market - FIT BELT perfect for, Hiking, workout,
405
$13.79 - $19.79

Nonwe Outdoor Flexible Sports Running Belt Waist Packs
79
$10.99 - $15.99

Amazon.com : Runner Fitness Belt Compatible for iPhone. Zipper Pocket To Keep Your ...    Page 6 of 7



**Kamor Waist Pack / Running Belt / Runners Belt / Race Belt - Suitable for all Cellphones, Fit**
68
$12.99 - $13.99





YOU ARE THE TECHNOLOGY.
SHOP NOW
Ad feedback

Pages with Related Products. See and discover other items. race bibs, running belt no buckle

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

## amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web | **Amazon Business** Everything For Your Business | **AmazonFresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally |
| **Home Services** Handpicked Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Casa.com** Kitchen. Storage & Everything Home | **ComiXology** Thousands of Digital Comics |
| **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities |
| **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | **Soap.com** Health, Beauty & Home Essentials | **TenMarks.com** Math Activities for Kids & Schools | **Wag.com** Everything For Your Pet |

Amazon.com : Runner Fitness Belt Compatible for iPhone. Zipper Pocket To Keep Your ...   Page 7 of 7

| Warehouse Deals | Whispercast | Woot! | Yoyo.com | Zappos |
|---|---|---|---|---|
| Open-Box Discounts | Discover & Distribute Digital Content | Discounts and More | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads © 1996-2016 Amazon.com, Inc. or its affiliates

Amazon.com : Running Belt - Jogging - Fitness Activities - Walking - Travel - Non Boun... Page 1 of 6



Other Product Promotions:
- Save Big On Open-Box & Pre-owned: Buy "Running Belt - Jogging - Fitness Activities - Walk..." from Amazon Warehouse Deals and save 58% off the $18 69 list price. Product is eligible for Amazon's 30-day returns policy and Prime or FREE Shipping. See all Open-Box & Pre-owned offers from Amazon Warehouse Deals.

## Product Description

Running Belt by Rise Up is the perfect product for you!

The Runners Belt contains 4 generously sized pockets which can easily store wallets, phones, Mp3 players, ID cards and other small items.

The flip side of the belt, contains reflective highlights and a reflective Rise Up logo which, when struck with a beam of light, reflects back, highlighting the wearer and alerting others to their presence, ideal for use when exercising in darkened areas.

The exercise belt is a basic black, and made from a 92% polyester/8% spandex blend, ensuring a snug, comfortable fit that won't restrict movement, yet will remain tight and secure when fully loaded. The waist pack can function with security in mind when you flip belt, ensuring that all contents and openings face inwards for maximum security, and is machine washable

## Product Details

Shipping Weight: 4 ounces (View shipping rates and policies)

ASIN: B00RYL0WTC

Average Customer Review:          (163 customer reviews)

Amazon Best Sellers Rank: #83,462 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#300 in Sports & Outdoors > Sports & Fitness > Exercise & Fitness > Running > Waist Packs

Product Warranty: For warranty information about this product, please click here

### Sponsored Products Related To This Item (What's this?)                    Page 1 of 6



| Level Terrain FlipBelt Waist Pouch, Hot Pink, Medium/28"-32" | Runner Waist Pack, New 2016 Model with Zippered Pockets - Best Fitness Running Belt for ... | Elite Running Belt-Spandex Fitness Pouch - Look Good While You Feel Good- Secure Your ... | FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible... | #1 Reflective Running Belt -Premium Runners Belt - Flip Band Workout Belt - ZIPPER option Fitness ... |
|---|---|---|---|---|
| 3,254 | 84 | 116 | 126 | 493 |
| $28.99 | $27.95 | $18.99 | $14.95 | $18.18 |

Ad feedback

### Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

- **Fitness Together**    -  Want Results? Try Personal Training Call For a Free Fitness Assessment!    www.fitnesstogether.com/personaltrai

- **Fitness Equipment Denver**    -  Exercise Bikes, Treadmills, Gyms Leader in fitness for over 10 years    www.coloradohomefitness com/

Ad feedback

## Customer Questions & Answers

Have a question? Search for answers

| 0 votes | Question: | Will this fit a Note 4 with a case and allow for wired headphones |
|---|---|---|
| | Answer: | Without case it will fit the note  That's what my wife has |
| | | By blue on June 22, 2015 |
| | | See more answers (1) |

| 0 votes | Question: | has anyone uses this for an insulin pump? |
|---|---|---|
| | Answer: | Yes it works well holding the insulin pump. I put the slit holding the pump close to my body |
| | | By Sharon Brousseau on August 18, 2015 |
| | | See more answers (1) |

EX. 7, p. 9

Amazon.com : Running Belt - Jogging - Fitness Activities - Walking - Travel - Non Boun...   Page 3 of 6



| | Question: | Will it hold a samsung galaxy 5 with otterbox case? I had a fit belt and the phone/case was too big and wouldn't fit |
|---|---|---|
| 0 votes | Answer: | Kristin - Thank you for your question. The belt will fit some of the larger smartphones ie iPhone 6 plus with a slim case. Shown in photos Yes, you must stretch the opening to get it into the flip belt but it will hold and protect it. |
| | | By John Faulkner on June 2, 2015 |
| | | See more answers (1) |

| | Question: | Will an iphone6 plus fit? |
|---|---|---|
| 0 votes | Answer: | Make sure you buy 1 or 2 sizes up because it runs small. |
| | | By Roberts on December 15, 2015 |
| | | See more answers (3) |

See more answered questions (7)

## Customer Reviews

163

4.0 out of 5 stars

| 5 star | 56% |
|---|---|
| 4 star | 21% |
| 3 star | 12% |
| 2 star | 4% |
| 1 star | 7% |

Share your thoughts with other customers

Write a customer review

See all 163 customer reviews

## Top Customer Reviews

**Runs bigger than the size measurements! But great product and excellent customer service**
By Blue on August 15, 2015

Verified Purchase

I know most reviews are saying that the belt runs small, and it does in terms of a traditional S/M/L guideline. But if you're using the measurements in the size chart, know that the belts run on the large size. I'm 5' and a size 4 at Lululemon, 26 inch waist, 31 inch hips. My waist size is a Medium on the RiseUp chart (26-27 inches), but they advise to order one size larger if you plan to wear it on your hips.

So I ordered a Large (28-31 inches) and I was swimming in it. Unstretched, the large measured 31 inches around, not 28 inches. It should be a few inches smaller than your hips (if you plan to wear it on your hips) so that the stretch will hold the belt and your items in place. The Large size would not stay up, and constantly rotated around my hips as I ran, so the items did not feel very secure.

Amazon wouldn't allow me to exchange it for a smaller size (only a refund) so I contacted RiseUp and they were amazing. In less than 24 hours I had the Medium size on my doorstep and took it out for a 9 mile run. This size was perfect! Even wearing it on my waist there was an inch of slack, so pulled down over my hips it was nice and snug. My items felt very secure, there was no bouncing around, and the belt stayed in place this time (see picture). For my inaugural 9 mile run I stashed in the belt, car key (clipped on the convenient cord), two doggie poop bags, two dog biscuits, smartphone, and three credit cards.

Some reviewers cautioned that credit cards will work their way out of the slots, so I did my test run with 3 expired credit cards. I'm happy to report that not a single one came out or was lost, but if I were to run with real cards I would probably use a small flat coin purse (as pictured) to stash them in. Read more ›

2 Comments   9 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

**Well made belt - but watch your sizing**
By Gadget Girl on June 30, 2015

Running belts are preferable to fanny packs because they allow you to distribute the weight close to your

Save up to 15% plus free delivery with Subscribe & Save

SmartyPants Kids Complete Gummy Vitamins Multivitamin + Omega 3 DHA / EPA Fish Oil
★ 787

Ad feedback

### Customer Images

See all customer images

### Most Recent Customer Reviews

**Works great! Fits my phone**
Works great! Fits my phone, key, and running snacks all comfortably. I wear a size 4 and purchased a medium, fits good, but I like to wear mine low on my hips
Published 11 days ago by Sasqueazn

**I wanted this so I could keep everything close without ...**
I wanted this so I could keep everything close without carrying a purse during a recent Keys and Kratas concert I went to. Danced so hard all night with no problems. Read more
Published 1 month ago by Jonathan B

**which I'm fine with, the belt does bunch up**
I have very large hips and significantly smaller waist. I find that the belt wouldn't sit on my hips and kept riding up to my waist, which I'm fine with, the belt does bunch up. Read more
Published 1 month ago by Christine

**Five Stars**
quick delivery great product
Published 1 month ago by Max Ralph

**Three Stars**
After about the thirds time wearing it the reflective coating has peeled off of the belt.
Published 2 months ago by Amazon Customer

**EX. 7, p. 10**

body. No more bumping of your phone against your body with every step. Although I do use armbands at times, I prefer a running belt when it gets warmer. It keeps sweaty neoprene off my bare arm. Also, you can put other items in a running belt besides your phone - like car keys & remote, which those key slots on armbands never hold.

Length: 2:23 Mins

That is a flip style belt - meaning you place items through the slits in the center seam (see viddeo). Then you can (if you wish, flip the slits toward your body for extra security.

As you can see from this video, this belt is well made.
▶ What I like
* Good weight stretchy spandex
* Reflective stripe running the length of the belt on top & bottom
* Key clip on elastic cord - so key doesn't slip out & get lost
* Customer service is 5 star ★ ★ ★ ★ ★. When they realized I had a sizing issue, they contacted me right away and made it right.

▶ So what about the sizing?
It's important to get it right. On the video I show you an XL belt - that measures 32 inches un-stretched (They say it fits waists 31"-35") I can get about 5-6 more inches more when I stretch it - And that is REALLY stretching it. Smaller sizes will have less inches of stretch. So, you need to consider where you want it to fit (hips or waist) and then whether you can get it on over your head or over your hips when stretched. So - be sure to measure the widest part of your body you need to get it over before ordering. Ladies - this is going to be more of an issue for you because we have wider hips - going over the head may work better for some people. It would be nice to know the un-stretched and stretched sizes for SM, Med, L, XL. Read more ›

2 Comments    14 people found this helpful. Was this review helpful to you?  Yes | No   Report abuse

**Great exercise belt!**
By carol nigsarian on January 28, 2015
Size: Medium   Verified Purchase
I love this belt! It's great for walking, the gym, and shopping. The built-in pockets make it easy to take all your "stuff" and be hands free, which is a great safety feature. My I-phone fits well! The sizing runs small so I would go one size up. The belt is super light and comfortable to wear

1 Comment    10 people found this helpful. Was this review helpful to you?  Yes | No   Report abuse

**I love how useful this product is**
By Bernie Bryant on February 9, 2015
Size: Medium
I love how useful this product is. It fits just tight enough so you do not feel as if you are wearing it, and it conceals perfectly underneath your clothes. I will we using this for more than when I work out. I will be using this anytime I don't want to use my purse. I am 5"8" and weigh 140lbs. I ordered a medium and it fits perfectly.

Comment    9 people found this helpful. Was this review helpful to you?  Yes | No   Report abuse

**Runs very very small but serves its purpose**
By eec on June 16, 2015
Size: Medium   Verified Purchase
This thing is quite small. I am a size 4 clothing size and I measured my hip size before ordering, ordered a medium and it was still too small. It fits snuggly around my waist, a little like a back brace would and putting it on is like squeezing into a pair of tight jeans. I only gave it 4 stars because my friend uses a $5 arm brace that holds her phone and it works just fine. This thing was cheaper than the other belts similar to it but still not cheap. I'm kind of concerned about having my cell phone on my stomach all that time cause of radiation and what not. Also when I sweat my phone gets damp since its on my body

On the plus side it doesn't fall or move when I'm working out, even when I'm jumping on a trampoline. So in my opinion it does what it sets out to do and if you don't mind paying more than an arm brace and the phone radiation then its worth it. I kinda wish I had bought the arm brace for chesper but I'm too lazy to return this and I'm going to use it cause I paid for it (radiation or not). Plus it does kinda feel good supporting my back since it fits so snug.

Size way up!
I really like that the belt sits flat, has lots of storage, is lightweight, and has reflective strips. My only problem is that the sizing is way off, it's way too small. Read more
Published 2 months ago by Ayla M. Amon

Pretty nice
It's okay. Little awkward to get things in and out but then again you don't want them falling out d running. Read more
Published 2 months ago by Susan Sterling

Five Stars
I really like this product. So comfortable to wear. Even my iPhone 6plus is fit on it.
Published 2 months ago by Amazon Customer

Over all good quality.
Serves its purpose but too small! I'm 5'1 118 pounds and barely fit in a Medium. I would suggest ordering 2 sizes bigger. I still wear mine, just around my naval area. Read more
Published 3 months ago by la miss guffen

Is an awesome way to use your bluetooth earphones
This fitness belt, is an awesome way to use your bluetooth earphones, while running. Even if you don't want to use it for running, it's much more attractive than a fanny pack. Read more
Published 3 months ago by Amanda Kang

Search Customer Reviews

[                    ]   Search

EX. 7, p. 11



Amazon.com : Running Belt - Jogging - Fitness Activities - Walking - Travel - Non Boun...   Page 5 of 6



1 Comment   5 people found this helpful   Was this review helpful to you?   Yes | No   Report abuse

See all 183 customer reviews (newest first)

Write a customer review

**Customers Who Viewed This Item Also Viewed**   Page 1 of 6

Nonwe Outdoor Flexible Sports Running Belt Waist Packs
79
$10.99 - $15.99

FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for...
462
$12.95 - $20.95

Running Belt, Smartdoo Fitness Workout Belt, Waist Pack Fit iPhone6 6s 6 Plus, Runner Money Belt...
376
$14.99

Nonwe Outdoor Sports Runners Waist Pack and Fitness Workout Running Belt
67
$11.99 - $12.99

Running Belt by Respiro - Best iPhone 6 Plus Exercise Waist Pack - Hidden Money Zipper...
229
$14.90 - $19.90

**Your Recently Viewed Items and Featured Recommendations**

Inspired by your browsing history   Page 1 of 5

FuriousFitwear Sports Running Belt for Outdoor Activities - 2-in-1 Reversible...
28
$25.95

Runner Waist Pack, New 2016 Model with Zippered Pockets - Best Fitness Running Belt for...
84
$27.95

Premium Running Belt & Fitness workout belt for iPhone 6 / 6 Plus & Android Smartphones...
228
$13.95 - $14.95

Running Belt Max - Mens Womens Fitness Belt - Fits iPhone 6 Plus & Android Cell Phones...
228
$24.96

Active Arlo Reflective High Visibility for Runs Cycling & Walking Sc
284
$12.95

You viewed

See personalized recommendations
View or edit your browsing history
Sign in
New customer? Start here

innoo   Bluetooth Headphones Half Price Lifetime Warranty

Bluetooth Headphones Innoo Tech QY10 Update QY9 V4
429
$18.99   Add to Cart

Ad feedback

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies

Amazon.com : Running Belt - Jogging - Fitness Activities - Walking - Travel - Non Boun...   Page 6 of 6

| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

## amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| 6pm Score deals on fashion brands | AbeBooks Rare Books & Textbooks | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web | Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally |
| Home Services Handpicked Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | BeautyBar.com Prestige Beauty Delivered | Book Depository Books With Free Delivery Worldwide | Casa.com Kitchen, Storage & Everything Home | ComiXology Thousands of Digital Comics |
| CreateSpace Indie Print Publishing Made Easy | Diapers.com Everything But The Baby | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities |
| Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy | MYHABIT Private Fashion Designer Sales | Shopbop Designer Fashion Brands | Soap.com Health, Beauty & Home Essentials | TenMarks.com Math Activities for Kids & Schools | Wag.com Everything For Your Pet |
| Warehouse Deals Open Box Discounts | | Whispercast Discover & Distribute Digital Content | Woot! Discounts and Shenanigans | Yoyo.com A Happy Place To Shop For Toys | Zappos Shoes & Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2016, Amazon.com, Inc. or its affiliates

http://www.amazon.com/Reflective-activities-Non-Bounce-experience-Traditional/dp/B00R...   5/2/2016

EX. 7, p. 13

Amazon.com : Running Belt - Travel and fuel belt - best quality on the marked - FIT BEL...   Page 1 of 6



Amazon.com : Running Belt - Travel and fuel belt - best quality on the marked - FIT BEL...   Page 2 of 6



## Product Description

The secret to a perfect work out is FIT BELT

**The Best sports BELT to protect Your investment and values**

- A high quality spandex lycra blend, and very lightweight, elegant looking and does not cause allergies.
- It fits firmly to your body for a stable hold and adjusts on the go thanks to its stretchable properties.
- If you only want the highest quality, running and fitness belt then there is absolutely no risk for you to purchase our FIT BELT

Exclusive Design. Each and every fitness running belt is backed by our 'Highest Quality Promise'. If you want to listen to music while you're exercising (which makes you feel motivated to do more), then just put your phone into the belt with our secure flip pockets and you're off! When you are exercising in a public place, have you ever wished you could hold all your personal belongings securely on you, instead of dropping them or having to hide them somewhere? Well, with our amazing FIT BELT you can attach your important items securely so you don't have to worry about losing your items again. ensures your fitness result is successful. This will in turn motivate you to do more to get in shape and be the healthy good-looking person with the great body you have always wanted

- Fits any Phone you have.
- The BELT can stretch so it fits up to one size bigger fx.(L=XL).
- Zipper Pocket is perfect and secure for coins, rings and any small items.

The ONLY male and female Running BELT sold with a Lifetime Money back Guarantee!

## Product Details

Shipping Weight: 4 ounces (View shipping rates and policies)

ASIN: B00SUQH5N0

Average Customer Review:    (405 customer reviews)

Amazon Best Sellers Rank: #13,546 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#4541 in Sports & Outdoors > Sports & Fitness > **Exercise & Fitness**

Product Warranty: For warranty information about this product, please click here

## Sponsored Products Related To This Item (What's this?)

| Level Terrain FlipBelt Waist Pouch, Carbon, Small/26"-29" | Runner Waist Pack, New 2016 Model with Zippered Pockets - Best Fitness Running Belt for Exercise. | FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible - | Elite Running Belt- Spandex Fitness Pouch - Look Good While You Feel Good- Secure Your Keys, | Running Fitness Belt with Zipper Runner Waist Pack | FitBelt Belt with belt for 2-IN-1 |
|---|---|---|---|---|---|
| $28.95 | 3,254 | 84 | 126 | 116 | |
| | $27.95 | $14.95 | $18.99 | $18.95    217 | $17.95 |

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

- **1-on-1 Personal Training** 🔲 - One Client. One Trainer. One Goal. Call For a Free Fitness Assessment!   www.fitnesstogether.com/personaltrai
- **Fitness Equipment Denver** 🔲 - Exercise Bikes, Treadmills, Gyms Leader in fitness for over 10 years   www.coloradohomefitness.com/

## Customer Questions & Answers

See questions and answers

**EX. 7, p. 15**

Amazon.com : Running Belt - Travel and fuel belt - best quality on the marked - FIT BEL... Page 3 of 6



## Customer Reviews

405

4 5 out of 5 stars

| | |
|---|---|
| 5 star | 69% |
| 4 star | 21% |
| 3 star | 5% |
| 2 star | 1% |
| 1 star | 3% |

Share your thoughts with other customers

Write a customer review

See all 405 customer reviews

### Top Customer Reviews

**Cute, slender, but holds a bunch**
By Shandel Robinson on March 14, 2015

The Best Running Belt - FIT Belt is extremely cool for workouts. Looks are so deceiving with this. You wonder "where is it all going to go". Well, it has multiple areas to put your keys, money, id, and cell phone. If you have pets, this is great. It has a little clamp you can attach your dog's leash to it so you can exercise with your pet without having to hold their leash. I'm impressed my Samsung fit in there with no problems. I did receive this product at a discount, however, all opinions are my own and they reflect my honest and unbiased opinion.

Comment   47 people found this helpful   Was this review helpful to you?   Yes   No   Report abuse

**A compartment for everything you need to take along when working out or running**
By Mary T on March 3, 2015

Size: Large

The F.I.T. Belt is sturdy and well made. The fabric is high quality spandex and nylon, and is machine-washable. There's no need to worry where to put your keys, license and phone when you're running a 5k or half marathon because the FIT Belt has compartments for all the gear you need to take along. The pocket in the front is secured with a hidden zipper and two side pouches are deep. I don't think anything would accidentally fall out of them. One of the deep pouches has a hook which you can attach your keys. I am disappointed that I won't be able to use the belt. I ordered the size that would fit my waist, mistakenly assuming that the belt was stretch enough to get it on. So if you have "curves" or an hourglass figure, you'll want to be sure to order up a size, so you can get the belt on. I received this product at a discounted price for the purposes of a product review. All opinions are my own and they reflect my honest and unbiased opinion.

Comment   15 people found this helpful   Was this review helpful to you?   Yes   No   Report abuse

**Price discrepancy between sizes is disappointing. Which is a shame since I like the belt but hate the price gouge.**
By Amazon Customer on April 21, 2018

Size: Small   Verified Purchase

I have a level belt that I have owned for quite some time but wanted to get another similar style belt to have on hand. I don't like the ones with the one large zipper style pocket that have the expandable stretch waist band as they tend to not be as secure. What attracted me to this one, besides the great price (on the small) that it has some open slits for putting in your items. It also has a small zippered pocket which is

### Customer Images

See all customer images

### Most Recent Customer Reviews

**Five Stars**
Easy to use with the Buddy Pouch water bottle. Keeps keys and phone SNUG, safe, and easily accessible.
Published 2 days ago by Diana

**Five Stars**
LOVE IT!!
Published 5 days ago by Amazon Customer

**Exactly what is needed at a great price**
I only gave it four stars because I haven't used it yet. I bought it for a 5K I am doing on Sunday but it fits comfortably and hold everything that I needed it to
Read more
Published 6 days ago by Ella

**Five Stars**
Very handy and better than the old school fanny packs
Published 7 days ago by Monica

**Nice compartment for money, cards or keys**
I love the way they created colorful belts like this. It can hold cash or cards while at the gym. It is visible outside for running
Published 7 days ago by MusclRbles

**Nice belt. Comfortable**
Really nice fitness belt. Had purchased a different one and it wasn't comfortable. Plenty of storage space. It

Amazon.com : Running Belt - Travel and fuel belt - best quality on the marked - FIT BEL...   Page 4 of 6

awesome for my keys. The zipper pocket gives me a little extra sense of security that as I run, my key won't accidentally slip out of the holes (had that happen to me once!) and it also has a clip inside as well. I ended up ordering a small (I'm 5'1 and wear a size 26 or 27 in pants and do not have wide hips)  but because of how I like to wear the belt, which is lower on the hips, it ended up feeling a bit too snug. I had a phone and my keys in the belt. If you like to wear it high up on the waist, it might be great for that but it just felt a tad too tight and uncomfortable sitting lower. It doesn't seem like it has enough stretch to fit one size bigger as indicated in the description

So no big deal, I wasn't that worried because it is more a preference thing on my part and since I like the belt, I decided that I will just buy a medium as well. But I am sorely disappointed that I would have to pay $10 more for a medium over what I paid for on the small? The list price is the same for all sizes but the "sale" price different between the medium and large is only $1 so not sure why the gouge going from small to medium. (same seller for all sizes) So at this time, I will pass on buying an additional FIT Belt and continue to use my other one  If you don't mind being gouged in pricing difference between sizes, then the belt is great.

Comment    8 people found this helpful  Was this review helpful to you?    Yes   No   Report abuse

**Also works to keep valuables safe while traveling!**
By C'est La Vie top 500 reviewer on March 3, 2015
Size Medium

I bought this fitbelt in a size medium during a promotional launch, Laying flat it is about 14" wide, and fit my son great ( he wears a size 32 jeans, but this is smaller than that since he wears it on his waist and not on his hips). I also tried it on and found it to be extremely comfortable. The pockets allow for easy storage of keys, credit cards and other essentials while running and does not inhibit movement. I am thinking this would also be great while traveling to securely store your credit cards while on subways, trains and airports. Your keys could also be clipped to the belt with the secure hook if you so prefer. It is washable and ok to put in the dryer which is great (and necessary) after exercising. Would highly recommend!

 

Comment    17 people found this helpful. Was this review helpful to you?    Yes   No   Report abuse

**I so wanted to love it! And if the large size**
By Kay on October 8, 2015
Verified Purchase

I so wanted to love it! And if the large size  was actually a Large. I might have! I wear Larges in men's clothing (and they are usually a little baggy. I like to be covered, and hate skin tight clothing. The Large belt, is more like a medium. However, I do love the pockets  and the material, and if I had a correctly sized belt for me, then I think I might love it, it feels like it would not be bothersome while walking, as long as I had the right size of course. I did receive a discount for an honest review of this product.

Comment    2 people found this helpful  Was this review helpful to you?    Yes   No   Report abuse

**Comfortable to wear but not very durable.**
By Amazon Customer on November 28, 2015
Size X-Large    Verified Purchase

Decent fitness belt. I use mine during exercise to carry my cell phone (Galaxy S5), an insulin pump, and various other necessities (energy gels, etc.) There is a zipper pouch and two additional openings that provide access to four storage areas. Unfortunately, the zipper pouch is just a bit too small for my insulin pump, but it accommodates cash, credit cards, or ID just fine. I recently completed the Richmond half marathon, and the belt easily accommodated my phone, my insulin pump, ID/cash/credit cards/keys, four energy gel pouches, three Ziploc snack bags of raisins, two bags of sport beans, and a tube of glucose tablets

Pros:
- Belt is very comfortable to wear. I ordered a large, and it is just snug enough around my abdomen (I wear 36-inch pants).
- My S5 phone fits very well in the pouch, and there is plenty of room for other items in the five total "compartments".
- Polyester fabric dries quickly  and the color has not faded over the past several months

Cons:
- Not much friction inside the pockets, and no closure for the openings. When I run, I feel my phone & insulin pump migrating towards the openings - a bit of a distraction, and I'm constantly adjusting my items to make sure they don't fall out in the middle of a run. A zipper or Velcro closure would be helpful to keep items more secure
- It can be difficult locating the openings to retrieve items - missed a couple phone calls trying to figure out how to get my phone out.
- Seams began to separate rather quickly - I've only owned the belt four months, yet I have had to sew one of the seams closed & strengthen the stitches to prevent it from opening completely & dumping my items along the running trail (However, I exercise twice a day, every day, so my belt may be subjected to

actually looks like part of the running pant. Would buy again
Published 9 days ago by Ronald Slaters

**Five Stars**
Great product, just as described
Published 10 days ago by Tammy Hill

**I tried it out this weekend and LOVED it. I put my passport**
I bought this for a cruise so I did not need to worry about carrying a purse. I tried it out this weekend and LOVED it. Read more
Published 19 days ago by Veppsca Ortiz

**Five Stars**
Wonderful. Fits great and is comfortable
Published 22 days ago by Heather Conde

**Five Stars**
Works great!
Published 23 days ago by Gabriela Rodriguez Leal

**Search Customer Reviews**

[                    ]    Search

EX. 7, p. 17

Amazon.com : Running Belt - Travel and fuel belt - best quality on the marked - FIT BEL...   Page 5 of 6

more wear & tear than yours may be). Still, it advertises a lifetime guarantee, so if anyone has information about how to get a replacement. I'd love to hear from you

Comment   4 people found this helpful   Was this review helpful to you?   Yes   No   Report abuse

**See all 405 customer reviews (newest first)**

Write a customer review

**Customers Who Viewed This Item Also Viewed**



FitBelt - Premium Running Belt & Fitness workout belt for women and men - 2 IN-1 colors tipbelt for your 462
$12 95 - $20 95

Runner Waist Pack, New 2016 Model with Zippered Pockets - Best Fitness Running Belt for Exercise 84
$27.95

(Upgrade)Eazymate Fashion Running Belt - World's Best Stylish Travel Money Belt - Two Security 301
$19.99

Running Belt - Runner Waist Pack by Oz Fit - Money Belt with ZIPPER Pouch / Runners Belt / 217
$16.95

Running Belt by Respiro - Best iPhone 6 Plus Exercise Waist Pack - Hidden Money Zipper 229
$14.90 - $19.90

Runner Waist Pack by Gearproz - Voted "Best" Sport Belt on the Market - Fitness Running Fanny 117
$19.95

Cut Weight Today With Our Innovative Sauna Shirts

Men's Neoprene Workout Sauna Shirt
951
$59.99   Add to Cart

Ad feedback

Back to top

Get to Know Us        Make Money with Us        Amazon Payment Products        Let Us Help You

Careers
About Amazon
Investor Relations
Amazon Devices

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm Score deals on fashion brands | AbeBooks Rare Books & Textbooks | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web | Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally |
| Home Services Handpicked Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | BeautyBar.com Prestige Beauty Delivered | Book Depository Books With Free Delivery Worldwide | Casa.com Kitchen, Storage & Everything Home | ComiXology Thousands of Digital Comics |
| CreateSpace Indie Print Publishing Made Easy | Diapers.com Everything But The Baby | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities |
| Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy | MYHABIT Private Fashion Designer Sales | Shopbop Designer Fashion Brands | Soap.com Health, Beauty & Home Essentials | TenMarks.com Math Activities for Kids & Schools | Wag.com Everything For Your Pet |
| | Warehouse Deals Open Box Discounts | Whispercast Discover & Distribute Digital Content | Wood Discounts and Shenanigans | Yoyo.com A Happy Place To Shop For Toys | Zappos Shoes & Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates



Amazon.com : Elite Running Belt- Spandex Fitness Pouch - Comfortably Hold Your Thi...   Page 2 of 6



**Special Offers and Product Promotions**

Other Product Promotions:
- Save Big On Open-Box & Pre-owned: Buy "Elite Running Belt- Spandex Fitness Pouch - Comfor..." from Amazon Warehouse Deals and save 51% off the $34.99 list price. Product is eligible for Amazon's 30-day returns policy and Prime or FREE Shipping. See all Open-Box & Pre-owned offers from Amazon Warehouse Deals.

**Product Description**

The Time Is Now to Up Your Fitness Game

Now You Can Protect Your Phone and Valuables and Focus on your Fitness

- The most comfortable belt on the market
- No buckles to give you unwanted chafing
- Won't ride up when you run like cheap imitators.
- Perfect fitness gear with sizes fro Men and Women

Focus on your workout, not on your keys or phone.

The Elite Running Belt is perfect for keeping your phone, ID, cash, and gel packs safe and secure while you run, walk, workout, hike, or just hang out.

The Elite Running Belt is sold exclusively by Lucid Fitness.

- 4 pockets for all of your personal items you need when you run.
- Key clip inside to hold your keys surely.
- Protect your items from sweat.
- No pockets? Use the Elite Running Belt when your pants dont have pockets.

We stand behind our product with a Lifetime free replacement guarantee.

Limited Time Discount Price to Celebrate the Launch. Order Before this Offer Ends!

**Product Details**

Shipping Information: View shipping rates and policies

ASIN: B00QR7HJDG

Average Customer Review:          (117 customer reviews)

Amazon Best Sellers Rank: #54,940 in Sports & Outdoors (See Top 100 in Sports & Outdoors)

Product Warranty: For warranty information about this product, please click here

**Sponsored Products Related To This Item** (What's this?)                Page 1 of 6

**Customers Viewing This Page May Be Interested In These Sponsored Links** (What's this?)

Amazon.com : Elite Running Belt- Spandex Fitness Pouch - Comfortably Hold Your Thi...      Page 3 of 6



**Customer Questions & Answers**

Have a question? Search for answers

| | | |
|---|---|---|
| 0 votes | Question: | Is it sweat proof? |
| | Answer: | I not sure what you mean by sweat proof, I wear it with my top underneath so it does not make contact with skin. It does not have a special coating on it and I've washed it so it can get wet...hope this helps you decide  I really like using it.<br>By C. R. on August 20, 2015<br>See more answers (1) |
| 0 votes | Question: | Will a Samsung Note 2 with a slim case fit? |
| | Answer: | I would think so, it will hold an iPhone 6 Plus in an Otter box.<br>By Luod Fitness on February 6, 2015<br>See more answers (1) |
| 0 votes | Question: | Do you step into it & pull up to put it on? Will it stretch enough to wear over light weight jacket as well as alone or under a jacket? |
| | Answer: | Yes you step into the belt,not it can stretch over your shoulders  It is stretchy enough to wear over a jacket, depending on how fitted the jacket is<br>By Emily McPhee on February 12, 2015<br>See more answers (1) |
| 0 votes | Question: | Does this band fit an iPhone 6? |
| | Answer: | Yes - But I was using an iPhone 6 Plus without the case which will stay in place more firm compared to the smaller iPhone<br>By Rae-Bo on October 28, 2015<br>See more answers (4) |

See more answered questions (19)

**Customer Reviews**

117

4.2 out of 5 stars

| | | |
|---|---|---|
| 5 star | | 66% |
| 4 star | | 19% |
| 3 star | | 4% |
| 2 star | | 7% |
| 1 star | | 4% |

See all 117 customer reviews

**Top Customer Reviews**

**It easily holds everything and I can wear it under my ...**
By Jeffrey Alvarado on January 19, 2015
Size  X-Large   Color  Black
This is one of the coolest things I've ever used while working out.  I no longer have to worry about leaving my wallet and keys in a locker or have to carry a bag around with me. It easily holds everything and I can wear it under my shirt where no one can see it. Honestly though I think the best part about it is that it will stretch enough to hold my phone  Why is this impressive? I have an iphone 6 plus and I keep it in an oterbox size case  I didnt think there would be any way it would fit but I was happily surprised  I highly recommend this for anyone that loves to workout. It has so many uses and you will use it everyday

Comment    25 people found this helpful. Was this review helpful to you?   [Yes] [No]   Report abuse

**Great For Running**
By Corey on December 22, 2014
Size  Large   Color  Black

Amazon.com
Gift Cards
Millions of items, no expiration
▶ Shop now
Ad feedback

**Most Recent Customer Reviews**

**It does the job, however, it was a ...**
It does the job, however, it was a snug fit with my iPhone 6+  Because of the Otter Box case material, it was very hard to slide it in, so I ended up using a zip lock bag, to get...   Read more
Published 2 hours ago by Norte Falgoust

**Great running belt that I use all the time...**
I was looking for a running belt at different stores but couldn't find the right one for me  I looked online and found this and I'm very happy with it.  Read more
Published 4 days ago by Amazon Customer

Amazon.com : Elite Running Belt- Spandex Fitness Pouch - Comfortably Hold Your Thi...    Page 4 of 6

Perfect for holding my phone and keys while I'm running. I can throw in my credit card and keys for holding my phone and keys while I'm running. I can throw in my credit card and keys safely stored instead of jangling around in my shorts
$12.99 - $18.99

The belt itself is stylish and functional, in terms of quality it is holding up great so far.

Comment    11 people found this helpful. Was this review helpful to you?   [ Yes ]  [ No ]   Report abuse

**Better than armband in cold weather**
By Lee Reichenberger on January 5, 2015
Size: Small   Color: Black
Works great when it's cold out when wearing a jacket or long sleeve shirt instead of using an armband that you can't access because it's covered and the earphone wires are flailing everywhere for your phone/music. Using the band you can simply reach down and access your phone/music while still keeping your earphone wires under your clothing

Comment    13 people found this helpful. Was this review helpful to you?   [ Yes ]  [ No ]   Report abuse

**I wear a size 10 in pants and to my surprise the belt fit comfortably. I went to exercise and put my keys ...**
By dale@uswest.net on August 10, 2015
Size: Large   Color: Black   Verified Purchase
When I first opened the package I was ready to send it back. I thought this is the silliest thing I have ever seen! I got it to be able to mainly put my car keys in it. I thought it is going to be uncomfortable and the keys will poke me and plus it looks big (I got a large). I wear a size 10 in pants and to my surprise the belt fit comfortably. I went to exercise and put my keys in the belt and it was very comfortable. I was very surprised! I would definitely recommend this product! You can put a lot in the belt and I think it's a great buy! If I could recommend an improvement it would be that the belt fastens because I don't like putting it over my head but it's a small price to pay!

Comment    5 people found this helpful. Was this review helpful to you?   [ Yes ]  [ No ]   Report abuse

**No more hiding keys! Yay!!!!**
By Quinton on December 30, 2014
Size: Large   Color: Black
I've always had to hide my keys or stuff them in my shoe whenever I went for a run or bike ride. I bought this hoping that it would solve this problem and it has done the trick so far! It's very well made and seems durable even when running.

Comment    5 people found this helpful. Was this review helpful to you?   [ Yes ]  [ No ]   Report abuse

**Pleased.**
By J Marshall on April 18, 2015
Verified Purchase
I was hesitant about this because I was afraid it would ride up and down during my run. I wore it for the first time last week for my 11 miler. It did not stay at my hips like I thought it would, but it did "ride up" to sit at my natural waist and did not move from there. I carried my iPhone, key and chap stick in it with no problem. I will be fine to wear this to my half marathon in May

Comment    4 people found this helpful. Was this review helpful to you?   [ Yes ]  [ No ]   Report abuse

**Good product for the price**
By Shelley Hooker on December 30, 2014
Size: Large   Color: Black
I use this belt when I go jogging. It keeps my phone and keys secure. Good product for the price

† Comment    7 people found this helpful. Was this review helpful to you?   [ Yes ]  [ No ]   Report abuse

**My bra killed my phone - Wish I had this belt then!**
By Savana on January 17, 2016
Size: Medium   Color: Pink   Verified Purchase
I killed my phone a few months back as I walk big miles daily and stuck the phone down the front of my bra so I wouldn't drop it..... little did I realize how much moisture I created and the cover on the phone and the additional cover on the phone had lots of moisture. Amazingly it worked for a few hours after I discovered it being wet....cleaned it off and was using it .... then it died and the phone people nor I could resurrect the phone and had to buy a new phone which I also lost all my contacts. A friend recommended this belt and it works perfectly!

Comment    One person found this helpful. Was this review helpful to you?   [ Yes ]  [ No ]   Report abuse

See all 117 customer reviews (newest first)

[ Write a customer review ]

I ordered the small (size 4/6) because I'm on the top of the belt sizing at my hipbone. My only complaint is that it rides up when I'm running so ends up being around... Read more
Published 5 days ago by Lucy

**Total waste of my money**
Product description did not mention that is was a sized item. Upon receipt I discovered it was an item which should have been ordered according to size. It is huge
Read more
Published 12 days ago by larry a smith

**Perfect for iPhone 6+**
Finally I found the perfect running belt! It fits my iPhone 6+ comfortably, keys, and my pepper spray, doesn't ride up or down or bounce when I run. Read more
Published 1 month ago by WhiteBlackfan

**Five Stars**
Love this!
Published 2 months ago by daisy4

**Comfortable and convenient**
Definitely a fan! I've been through some bulkier belts that hold water and whatnot for longer runs, but I wanted something smaller for quick morning jogs that could alleviate ... Read more
Published 3 months ago by kaming

**Clever design**
This thing has clever design. My only complaint is that, as someone with big hips and a small waist, it tends to slide up and ride higher than I want it to. Read more
Published 3 months ago by Kelsey

**This is my favorite piece of running gear after my shoes**
This is my favorite piece of running gear after my shoes. Love the hook for keys, and how well it can hold my phone with no bounce. Read more
Published 3 months ago by Bino

**What a disappointment when my wife opened this up on Christmas morning**
Item came smelling of Icy Hot and clearly had been used. Someone had cut openings in other areas of the belt, leaving exposed stitching in three different spots. Read more
Published 4 months ago by Kindle Customer

Search Customer Reviews

[                    ]  [ Search ]

EX. 7, p. 23

Amazon.com : Elite Running Belt- Spandex Fitness Pouch - Comfortably Hold Your Thi...    Page 5 of 6



**EX. 7, p. 24**

| Elite Running Belt- Spandex Fitness Pouch - Comfortably Hold Your Things While You Run, Walk, Hike, Lift Weights, or... | Select options to buy |
|---|---|
| $12.99 - $18.99 | |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
|---|---|---|---|---|---|---|
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics |
| CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet |
| | Warehouse Deals<br>Open Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Wood<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

EX. 7, p. 25

Amazon.com : Running waist pack for women, runners or fitness. Exercise belt for phone...   Page 1 of 5



Case 1:16-cv-01020-MJW   Document 1-7   Filed 05/04/16   USDC Colorado   Page 27 of 82

## Product Description

Black Spandex Running Belt : Highest Quality manufacturing for easy, convenient storage of your stuff

Do you love to be on the move whether at leisure, training or travelling ? Do you find yourself needing EXTRA POCKETS or a place to stash your stuff ? If you would like a SECURE, COMFORTABLE DEVICE to hold pretty much anything you would need on the move - look no further Soulunar Fitband will keep your things secure without risk of loss or damage.

The best quality Spandex/Polyester band has three generous pockets, one of which has an invisible Zipper for added security. Secure your smartphone, keys, wallets or ID cards.

Additional Benefits :

Better width than competitors allowing room for the larger phones. Zippered pockets to keep peace of mind during the toughest of workouts or busiest airport. Super comfortable but durable fabric, easy to wash and easy to wear PROVEN NO QUESTIONS ASKED MONEY BACK Guarantee and if you choose the wrong size we will ensure you receive a belt that fits you perfectly ! SCROLL UP AND CLICK THE "ADD TO CART" BUTTON NOW TO GET THIS UNIQUE RUNNING BELT!

Check our sizing chart. The success of the belt depends on the fit !
• Choose waist or hips • Find measurement range on our chart. • If lower side of the range order smaller. If higher side , order within that range.

## Product Details

Shipping Information: View shipping rates and policies

ASIN: B00OM434W6

Average Customer Review:          (77 customer reviews)

Amazon Best Sellers Rank: #119,601 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
  #359 in Sports & Outdoors > Sports & Fitness > Exercise & Fitness > Running > Waist Packs

Product Warranty: For warranty information about this product, please click here

Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

| • Fitness Together | Want Results? Try Personal Training Call For a Free Fitness Assessment! | www.fitnesstogether.com/personaltra |
| • Fitness Equipment Denver | Exercise Bikes, Treadmills, Gyms Leader in fitness for over 10 years | www.coloradohomefitness.com/ |

Ad feedback

## Customer Questions & Answers

Have a question? Search for answers

**1 vote**

Question: Hi. Do you wear it on your waist or hips and why? Thank you. :)

Answer: You can choose which is more comfortable for you, most tend to wear it at the hip. Those with a pronounced difference between the waist and hip measurement tend to get less movement in the belt at their waist. Please take full advantage of our money back guarantee, try a size - let us know how it works. We will make... see more
By Soulunar Solutions on June 6 2015
See more answers (3)

**0 votes**

Question: Two questions: (1) Is it adjustable? (2) Can you easily leave part of it unzipped to connect earbuds to an iphone? Thank you!

Answer: This band is AMAZING! While it isn't adjustable, it fits great. I went a size smaller than my pant size (wear a large in pants so I went with a Medium in the belt) and it stays in place without any slipping. I put my phone in the slot that doesn't zip because the iPhone 6 plus fits better in that pocket, and I can p... see more
By Jamelle K. on March 13, 2015
See more answers (1)

**0 votes**

Question: Is it one big pocket on the belt or is it different pockets?

Answer: It has one pocket, which fit my 5s iPhone perfectly...not much else and now my 6s iPhone barely fits but I make it work! Part of the problem is I'm not that big so the 6s is more awkward on my hip. But seriously had been such a great purchase especially with the 5s. I purchased it after my phone fell out of my pocket wh... see more
By Kristen Pyszka on April 15, 2016
See more answers (2)

**0 votes**

Question: what is the height from top to bottom

Answer: I purchased the medium size. Without measuring with a ruler I'd say it's between 2.5-3 inches  I'm not huge in the middle but I am very square in nature- this worked great and did fit my iPhone 6+ with some maneuvering. Hope this helps.
By Gloria Mejia on March 5  2015

Amazon.com : Running waist pack for women, runners or fitness. Exercise belt for phone...   Page 3 of 5



See more answered questions (10)

**Customer Reviews**

77

4.5 out of 5 stars

| 5 star | 71% |
|--------|-----|
| 4 star | 20% |
| 3 star | 4% |
| 2 star | 4% |
| 1 star | 1% |

Share your thoughts with other customers

Write a customer review

See all 77 customer reviews

**Top Customer Reviews**

**Fits a iPhone 6 Plus**
By TheLovelyLotus on March 31, 2015
Size: Small

I originally ordered this item to see if I could use it for my iPhone 6 Plus. I have a hard time finding a running item that I can use with my current phone especially since it is so big to carry. Running with it in my hand may be dangerous. As soon as it arrived I tried to place my phone in zipper pocket along the band. With some careful maneuvering I was able to fit my phone with in the belt. It does fit in the other storage spots as well but I wanted the security of the zipper. The only way it fits is with out a phone case The material seems to be quality material and strong enough to hold my phone in place and stretchy  I didn't not want to add any other items in the same pocket I am already using for my huge phone. The belt has three areas to put items in. One zippered and the other two just two inch openings  Keep it simple, keys, cards, or phone. It is a slim belt not a fanny pack. It is not too wide that it covers your stomach or falls below your waist. I ordered a size small which I thought would be a looser fit for me since they do offer xsmall  I had to return the small for a medium. I am a size 2 in pants  So if you order I would suggest thinking about ordering a size larger for a looser fit. I like the belt and will continue to use it for running

1 Comment     13 people found this helpful. Was this review helpful to you?  Yes | No | Report abuse

**Good quality, outstanding service**
By Justin M. Ma on April 9, 2015
Size: M    Verified Purchase

This is made of high quality materials. It has one zipper pouch, and another with a clip that is good for a key ring. The sellers provided great service - I bought the wrong size, and they did not hesitate to help me re-size.

A word on sizing - you'll want it around your waist for running  it's not going to stay on your hips  I have a 27" waist and the Small was the appropriate size

Comment     0 people found this helpful  Was this review helpful to you?  Yes | No | Report abuse

**Can't recommend it enough!**
By Heather on February 25, 2015
Size: Large

Full disclosure, I got this while it was on a promotion that made it only $1 out of pocket for me, before that I had not known that this particular product existed  That being said, this thing is AWESOME. I haven't yet invested in a nice fitness tracker  so my iphone is what keeps track of my daily steps, and now I can actually have it on me at all times without it being annoying  This band is discreet, when I wear it with my regular clothes you can't tell, so I can see myself using it on family vacations to amusement parks, etc, and when I run with it, it doesn't jiggle around one bit, even with my phone, keys and cards inside  It pairs perfectly with my bluetooth headphones, so I don't have to worry about either while I exercise. Glad as I am that I was able to get it for so cheap, it is WELL worth the original price, and I will definitely be recommending it to friends  Thanks!

3 Comments     11 people found this helpful  Was this review helpful to you?  Yes | No | Report abuse

**hardly moves at all and feels really comfortable. Good quality and looks great**
By Clare Cottreau on November 26, 2014
Size: M

I chose this product over other similar brands as it has an enclosed pocket and zipper for more security  The waistband works really well, hardly moves at all and feels really comfortable. Good quality and looks great!

1 Comment     11 people found this helpful  Was this review helpful to you?  Yes | No | Report abuse

**comfortable and convenient!**

---

Shopping for a trip to a National Park?

You can help them become zero landfill simply by looking for this seal.

See products

Ad feedback

**Most Recent Customer Reviews**

**Good product**
Fantastic buys keeps everything safe and from bouncing around
Published 1 month ago by Kristine McDermott

**Great waist pack!**
Works great for me! As others have mentioned, it runs small, so if you are in doubt, order a size up. Read more
Published 2 months ago by Amazon Customer

**Side pockets hard to access.**
Satisfaction may depend on activity for...
It is nice and slim, but the side pockets are a pain to access. It also gets wet with your sweat because it fits so tightly  I used it for biking  but switched to a waist pack  Read more
Published 2 months ago by MaaNYC

**Two Stars**
too small for my iPhone
Published 3 months ago by J. eckerd

**Works great**
I just used the belt today when running a turkey trot  Was able to put my car keys in the belt and love how it keeps them tight to my body and not bouncing around.
Read more
Published 5 months ago by Mrktkmarth

**Love it. I picked this product because it has ...**
Love it. I picked this product because it has the zipper pocket that was hard to find on similar products. My iPhone 6 easily fits in the primary pocket.
Published 5 months ago by T. Burse

**Five Stars**
Great customer service  The size was slightly small for me but I felt it was really comfortable!
Published 6 months ago by Shey D

**Great Waist Pack with a Large Zippered Pocket**
Great waist pack. The material is comfortable and the fact that it comes together with a large zippered pocket which provides greater security is an added bonus.
Read more
Published 6 months ago by York B

**small**
runs very small and does not hold new phones
Published 7 months ago by SOPHIE

**Five Stars**

---

Amazon.com : Running waist pack for women, runners or fitness. Exercise belt for phone...   Page 4 of 5

By Tina on April 6, 2015

Size X-Large

I have been trying to be more active, and as the weather warms up, I don't want to wear a jacket with zippered pockets like I do in cold weather. So when I was offered a good deal in exchange for an honest review, I jumped at the chance. I currently have a Samsung S3 phone, without a case I can maneuver my phone into the zippered compartment. Unfortunately, I will be getting a new phone in a few months, at which time I will likely be unable to use this anymore, which is a bummer because it's not bulky and comfortable to wear. I may still use it for keys, or money if we take a bike ride to brunch or something like that, but I don't think it will fit a larger phone, which is the trend these days. So if you don't plan to put a smart phone in it, or you have a smaller phone, this is a great product!

1 Comment     8 people found this helpful. Was this review helpful to you?   Yes   No    Report abuse

**Five Stars**

By MyReviews on June 18, 2015

Size Large    Verified Purchase

fits small for sure but it's a great runner belt and the zipper pocket is a great size

1 Comment     12 people found this helpful. Was this review helpful to you?   Yes   No    Report abuse

**friend loved it**

By Christina on March 27, 2015

Size X-Small

Great for runner. I gave it to a friend who likes to run. She was so excited and happy when I gave it to her. My friend later thanked me because she loves her new running belt. She stated the belt had a place for everything, her cellphone, keys, atm card.

1 Comment     8 people found this helpful. Was this review helpful to you?   Yes   No    Report abuse

**Works great for my iPhone 5s in it LifeProof case**

By L. Root on April 4, 2015

Size X-Small    Verified Purchase

Works great for my iPhone 5s in it LifeProof case. Little hard to get my head phone cord in, but it's doable. I'm 5'2", 116 pounds. 25 inch waist, 29 inch hips, size 00 to 0 depending on brands. Keeps everything in tight and puts a bit of compression on my hips that I like. Ordered an extra small.

1 Comment     5 people found this helpful. Was this review helpful to you?   Yes   No    Report abuse

See all 77 customer reviews (newest first)

Write a customer review

use for when running outside, or even to disneyland. The uses are unless
Published 7 months ago by Jennifer

**Search Customer Reviews**

[                    ]   Search

---

**Customers Who Viewed This Item Also Viewed**



(Upgrade)Easymate Fashion Running Belt - World's Best Stylish Travel Money Belt - Two Security
301
$19.99

BlashBandz® Sports Travel Money Belt | Unisex Fitness Fanny & Waist Pack | Extra-wide High
181
$18.99

Limber Stretch Hip Hug CLASSIC or PRO Running Fuel Belt available in PLUS SIZES
368
$10.99 - $29.99

Runner Waist Pack by Gearproz - Voted "Best" Sport Belt on the Market - Fitness Running Fanny
117
$19.95

Running Belt / Waist Pack Belt - No Uncomfortable Straps or Buckles Unlike Most Runners Belts,
238
$12.99

Running Belt - Runner Waist Pack by Oz Fit -

Amazon.com : Running waist pack for women, runners or fitness. Exercise belt for phone...   Page 5 of 5



Money Belt with ZIPPER
217
$18.95

Run On the Path to Enlightenment

GoMotion Reactor 2 Reflective LightVest.
Recharges
$84.95      Add to Cart

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

### amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| 6pm
Score deals
on fashion brands | AbeBooks
Rare Books
& Textbooks | ACX
Audiobook Publishing
Made Easy | Alexa
Actionable Analytics
for the Web | Amazon Business
Everything For
Your Business | AmazonFresh
Groceries & More
Right To Your Door | AmazonGlobal
Ship Orders
Internationally |
|---|---|---|---|---|---|---|
| Home Services
Handpicked Pros
Happiness Guarantee | Amazon Web Services
Scalable Cloud
Computing Services | Audible
Download
Audio Books | BeautyBar.com
Prestige Beauty
Delivered | Book Depository
Books With Free
Delivery Worldwide | Casa.com
Kitchen, Storage
& Everything Home | ComiXology
Thousands of
Digital Comics |
| CreateSpace
Indie Print Publishing
Made Easy | Diapers.com
Everything
But The Baby | DPReview
Digital
Photography | East Dane
Designer Men's
Fashion | Fabric
Sewing, Quilting
& Knitting | Goodreads
Book reviews
& recommendations | IMDb
Movies, TV
& Celebrities |
| Junglee.com
Shop Online
in India | Kindle Direct Publishing
Indie Digital Publishing
Made Easy | MYHABIT
Private Fashion
Designer Sales | Shopbop
Designer
Fashion Brands | Soap.com
Health, Beauty &
Home Essentials | TenMarks.com
Math Activities
for Kids & Schools | Wag.com
Everything
For Your Pet |
| | Warehouse Deals
Open Box
Discounts | Whispercast
Discover & Distribute
Digital Content | Woot!
Discounts and
Shenanigans | Yoyo.com
A Happy Place
To Shop For Toys | Zappos
Shoes &
Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

EX. 7, p. 30

Amazon.com : Runner Waist Pack by Gearproz - Voted "Best" Sport Belt on the Market -...   Page 1 of 6



Amazon.com : Runner Waist Pack by Gearproz - Voted "Best" Sport Belt on the Market -...   Page 2 of 6

## Product Description

**Runners Belt Fanny Pack - Just Step Into the Gearproz Runner Waist Pack, Pull It Up Over Your Hips, and Go!**

*No more bulky fanny pack!*

Our runners belt holds all your essentials and lets you exercise with confidence, knowing that you're not going to lose or drop any of your stuff. It even has a flattering, slimming effect, so you look great during your run or workout.

**Most common uses:**

- Running, Cycling, Hiking, Walking, Skiing
- Exercise and Fitness Workouts
- Gardening, Shopping, Dog Walking
- Traveling, Day Trips, Amusement Parks

**Carries all your essentials!**

- Holds an iPhone 6 easily. Also fits iPhone 6 Plus in thin case.
- Holds money, keys, earbuds, gel packs, pepper spray, CGM, etc.
- 3 easy access pockets, 1 with zipper

**Sizing Instructions:**

1. Choose where you'll wear it. If you intend to wear it around your hips, use your hip measurement (not waist).

2. Use the chart below:

X-SMALL = 25-27"
SMALL = 26-29"
MEDIUM = 28-31"
LARGE = 31-34"
X-LARGE = 34-38"

3. Material stretches to fit. But IF the size you get isn't just right, we will ENSURE IT GETS REPLACED WITH THE CORRECT SIZE! Just contact us via Amazon or by using the email shown on your package.

**Absolutely 100% RISK-FREE!**

Our amazing Gearproz support team is here for you. If you don't absolutely love your runners belt, you get your money back. ZERO RISK!

So... what are you waiting for? Discover the joy of being HANDS-FREE!

Click on Add to Cart to purchase yours today!

## Product Details

**Shipping Weight:** 9 ounces (View shipping rates and policies)

**ASIN:** B00S7LCT6C

**Average Customer Review:**   (117 customer reviews)

Amazon Best Sellers Rank: #33,179 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
   #163 in Sports & Outdoors > Sports & Fitness > Exercise & Fitness > Running > **Waist Packs**

Product Warranty: For warranty information about this product, please click here

## Sponsored Products Related To This Item (What's this?)



| Level Terrain FlipBelt Waist Pouch, Carbon, Small/26"-29" | FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible - | FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for | Runner Waist Pack, New 2016 Model with Zippered Pockets - Best Fitness Running Belt for Exercise, | Elite Running Belt- Spandex Fitness Pouch - Look Good While You Feel Good- Secure Your Keys, | FITT G with E iPhone & Andr |
|---|---|---|---|---|---|
| 3,254 | 126 | 462 | 84 | 116 | |
| $28.95 | $14.95 | $17.95 | $27.95 | $18.99 | $12.95 |
| | | | | | Ad feedback |

## Customer Questions & Answers

See questions and answers

Amazon.com : Runner Waist Pack by Gearproz - Voted "Best" Sport Belt on the Market -...   Page 3 of 6

## Customer Reviews

117

4.7 out of 5 stars

| | |
|---|---|
| 5 star | 82% |
| 4 star | 13% |
| 3 star | 3% |
| 2 star | 2% |
| 1 star | 0% |

Share your thoughts with other customers

Write a customer review

See all 117 customer reviews

### Top Customer Reviews

**Great sport/gym belt**
By Bostonita on May 18, 2015

Verified Purchase
This is a great belt! Comfy and I love that there is zip pocket for safety. I am a size 10/12 and got the large which fits comfortably over my clothes. OH, and the customer service is amazing! Above and beyond what you would expect.
I had a problem and they went out of their way to fix it and sent me a new belt! Very happy customer.

Comment   20 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

**Great product for runners**
By sam on July 19, 2015

Size: Large (31-34")   Verified Purchase
I love this. It is light weight, holds my Samsung Galaxy s5, with the otterbox, with ease. I dont struggle to getmy phone in or out of the pockets. My stuff doesn't bounce around during a run, so it doesn't rub against me. Since there are no buckles or velcro it doesn't irritate my skin. The sizing is accurate on the website, it doesn't stretch out after repeated uses. Great product for a good price. I haven't uses it for a day at the flea market, but since it sits perfectly under my clothes with little bulge. with my stuff in it, you'll have some bulge with a phone, I think it would be great

Comment   14 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

**Works great! Great buy!**
By SMW on April 21, 2015

Size: X-Small (25-27")   Verified Purchase
Purchased this as a gift for the wife since she is a fitness freak. She loved it! She hated using those iPhone arm bands so this was the perfect solution. It's great because she can also carry her ID, credit card and a key and go to the gym without having to bring her purse. She normally leaves her purse in the trunk but there have been a lot of car break-ins at the gym. This is perfect for the gym, hiking and even traveling. It's versatile and not bulky

Comment   12 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

**This fanny pack is very comfortable. I wear it while I run errands**
By j.s. on January 30  2015

Size: Large (31-34")
This fanny pack is very comfortable. I wear it while I run errands. My HTC one phone, keys, and credit cards fit well in the pockets. I wear a size 8 in pants and got the belt in a Large because I did not want it to be too snug over my clothes

Comment   11 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

**This belt is great!**
By Leann R. McKenna on September 25, 2015

---

LilGadgets CarBuddy
Universal Headrest Tablet

220

$19.95

Shop now

Ad feedback

### Most Recent Customer Reviews

**By far this is the best one. 3 zippered pockets securely hold my...**
By far this is the best one. 3 zippered pockets securely hold my Samsung Galaxy Note Edge, an iPod my passport, wallet, and keys. Great fit, snug, yet not too tight. Read more
Published 6 days ago by Amazon Customer

**Legit running belt**
When my crappy armband died (I should have fed it to my dog), I went looking for a "fanny pack" and ordered this. Read more
Published 11 days ago by hizpird

**Better than pockets.**
It fits well (I did size up knowing I'd wear it at hip level), not bulky, fabric feels nice, and my stuff fits in it. It actually looks pretty good on, too. Read more
Published 21 days ago by d Ryan

**Holds my iPhone 6 easily.**
Stays put. Holds my iPhone 6 easily.
Published 1 month ago by Lisa

**Highly recommend**
I just tried it on and am so excited to use it on my next run I fit it pretty true to size and holds my phone and key (using the hook or zipper pocket) securely.
Published 1 month ago by heather mcnally

**Five Stars**
It is awesome!
Published 1 month ago by Kraig Kohlmeier

**We both have the iPhone 6 Plus S and it's not easy to find a way to...**
Bought this as a Christmas present for my husband. We both have the iPhone 6 Plus S and it's not easy to find a way to run with them. Read more
Published 1 month ago by Meghan

**Perfect for working out with a large phone!**

Amazon.com : Runner Waist Pack by Gearproz - Voted "Best" Sport Belt on the Market -...   Page 4 of 6

Size: X-Large (34-38")   Verified Purchase

This waist pack is awesome. I ordered it to use on a trip I was taking to Europe instead of a money belt or waist pack. It fit nicely under my tops and you couldn't even tell it was there. I wore mine on my hips over my jeans/shorts rather than my waist. My husband wore his tucked under his jeans. Both ways worked great and it was very comfortable to wear. We used the zippered pocket for cash & credit cards, and I tucked my cell phone into the front of the belt so it was safe, but easily accessible. I put other small items that I needed throughout the day into the rest of the belt and everything stayed in with no problem. You do need to make sure the items are tucked away from the openings, though. Although nothing ever fell out of the belt, if I had something tucked close to the opening, it "felt" like it could fall out. At no point in time did I feel like a pickpocket could easily reach in and lift anything off of me.

Regarding sizing: I wear a size 6 pants or a medium in most clothing. I bought a size up based on other reviews and that was a mistake. The customer service to help me exchange the belt was EXCELLENT. In the end, I wore a medium as usual, so I'd suggest just going with the size you normally wear.

Regarding quality: I thought the quality of the belt was great. It didn't get overly stretched out with all the wear and held up great.

I would use this belt for running and travelling and I would certainly buy from this company again.

Comment   6 people found this helpful   Was this review helpful to you?   Yes  No   Report abuse

### This seemed the perfect solution. I received it today & tried it ...

By Terri on May 29, 2015

Size: Large (31-34")   Verified Purchase

I needed a fanny pack for walking to hold my keys & cell phone. I didn't want the bulk & buckle. This seemed the perfect solution. I received it today & tried it on. I ordered the large because I wanted it to ride around my hips & not my waist. I'm 5' 1" & 108 lbs. This is perfect, sits at hips & with everything in it doesn't feel too heavy! Very nice product, might even take it to Mexico to carry some essentials while sight seeing. 2 perforated pockets & one zippered pocket ... I worried about the perforated pocket being on the outside & items falling out, but it will easily flip the opening to inside for more protection.

Comment   13 people found this helpful   Was this review helpful to you?   Yes  No   Report abuse

### Great for traveling!

By Kim Morgan on June 20, 2015

Size: Medium (28-31")   Verified Purchase

It fits really nice on my hips! I really like it. I will be using this for traveling & it hides under my clothes really well.

Comment   11 people found this helpful   Was this review helpful to you?   Yes  No   Report abuse

### Five Stars

By Gail Lindley-Holmes on May 18, 2015

Verified Purchase

Great replacement for a fanny pack. Was able to tour around Disneyland without cumbersome backpacks etc. Fantastic!

Comment   11 people found this helpful   Was this review helpful to you?   Yes  No   Report abuse

**See all 117 customer reviews (newest first)**

Write a customer review

I have a large phone (iPhone 6S Plus) and I could not find a workout band/holder/case that would fit my phone.  Read more

Published 1 month ago by David Frisching

#### This is great! Love the zipper pocket to make sure my ...

This is great! Love the zipper pocket to make sure my ID and credit card don't fall out. Plenty of room for money, key, chapstick, phone  Everything I need.  Read more

Published 2 months ago by Julia

#### I love my Gearproz Sport Belt

I love my Gearproz Sport Belt! In today's world, girls workout pants don't have very large pockets and phones keep getting bigger, so being able to keep my phone on me to listen to  Read more

Published 2 months ago by Angela B.

**Search Customer Reviews**

[                    ]  Search

---

### Customers Who Viewed This Item Also Viewed



| | | | | |
|---|---|---|---|---|
| Runner Waist Pack, New 2016 Model with Zippered Pockets - Best Fitness Running Belt for Exercise, 64 | FlipBelt - USA Original Patent, USA Designed, USA Shipped, USA Warranty 3,238 | Running Belt - Travel and fuel belt - best quality on the market - FIT BELT perfect for, Hiking, workout, 405 | Running Belt - Runner Waist Pack by Oz Fit - Money Belt with ZIPPER Pouch / Runners Belt / 217 | Running Belt / Waist Pack Belt - No Uncomfortable Straps or Buckles Unlike Most Runners Belts, 238 |
| $27.95 | #1 Best Seller in Running Waist Packs $22.32 - $85.39 | $13.79 - $19.79 | $16.95 | $12.99 |

**EX. 7, p. 35**

Amazon.com : Runner Waist Pack by Gearproz - Voted "Best" Sport Belt on the Market -...   Page 5 of 6



Running waist pack for
women,runners or fitness.
Exercise belt for
phone,passport,keys,fuel
77

$9.99

Sponsored by
RunWrap USA

RunWrap Neoprene Belt with Rear Pocket,
Black, Sma                    14

$25.00                    Add to Cart

Ad feedback

Back to top

**Get to Know Us**

Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Rare Books<br>& Textbooks | **ACX**<br>Audiobook Publishing<br>Made Easy | **Alexa**<br>Actionable Analytics<br>for the Web | **Amazon Business**<br>Everything For<br>Your Business | **AmazonFresh**<br>Groceries & More<br>Right To Your Door | **AmazonGlobal**<br>Ship Orders<br>Internationally |
| **Home Services**<br>Handpicked Pros<br>Happiness Guarantee | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services | **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Casa.com**<br>Kitchen, Storage<br>& Everything Home | **ComiXology**<br>Thousands of<br>Digital Comics |
| **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography | **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>& recommendations | **IMDb**<br>Movies, TV<br>& Celebrities |
| **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands | **Soap.com**<br>Health, Beauty &<br>Home Essentials | **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **Wag.com**<br>Everything<br>For Your Pet |
| | **Warehouse Deals**<br>Open-Box<br>Discounts | **Whispercast**<br>Discover & Distribute<br>Digital Content | **Wood**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing | |

EX. 7, p. 36

Amazon.com : Runner Waist Pack by Gearproz - Voted "Best" Sport Belt on the Market -...   Page 6 of 6

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

Amazon.com : #1 Premium Running Belt ★ Fitness Waist Pack ★ Best Fit for Large Ph...   Page 1 of 6



Amazon.com : #1 Premium Running Belt ★ Fitness Waist Pack ★ Best Fit for Large Ph...   Page 2 of 6

## Product Description

**SPRING LIGHTNING DEAL - CRAZILY HUGE DISCOUNT FOR LIMITED TIME ONLY.**
**WIDER and BIGGER - can fit iPhone 6+ easily *Kindly order ONE SIZE UP to wear around your hips***
**MORE SECURE - 2 back openings removed to avoid item dropping and 2 little cutest eyelets added for earphone input.**

**GIVE BACK WITH FUNBELT - Every purchase will contribute 1.00 USD to Charity : Water organization.**

**Get This Best Workout and Fitness Waist Pack to Bring Along Your Personal Item Hand Free Today!**

**BEST FIT**
- Very comfortable for all types of indoor and outdoor activities.
- No buckle. No chafing.
- No annoying, geeky, bouncing fanny pack.

**USER FRIENDLY**
- Easy to insert and take out personal items.
- Turn over for double protection.

**HOTTEST TREND**
- Sold like hot cakes in many running events.
- Help you stand out from those with boring black belts.

**PREMIUM MATERIAL & REUSABILITY**
- 82% polyester + 18% spandex.
- Machine washable & dryable.

**VIP BONUS:** Free eBooks, Newsletters and Mobile Apps.

**LIFETIME GUARANTEE:** Full money back guarantee if you find your product does not function as listed here.

**Get FREE SHIPPING with orders over $49, so get one for you and a few for your friends.**

**Get this AMAZING fitness belt and start your healthy lifestyle NOW!**

**Scroll up, click Add to Cart button, to ORDER Now. 100% Money Back Guarantee. 100% Hassle Free and Risk Free.**

## Product Details

**Shipping Weight:** 3.5 ounces (View shipping rates and policies)

**ASIN:** B00QS87U06

**Average Customer Review:**          (161 customer reviews)

**Amazon Best Sellers Rank:** #17,022 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
          #107 in Sports & Outdoors > Sports & Fitness > Exercise & Fitness > Running > **Waist Packs**

**Product Warranty:** For warranty information about this product, please click here

## Sponsored Products Related To This Item (What's this?)



| Ipow Fully Adjustable Jumper's Knee Patellar Tendon Support Strap Band - Knee Support... | Running Fitness Belt with Zipper Runner Waist Pack | Running Belt - Black - Large - 4 Pockets | Yuness® Sports Fitness Band, Running Belt, Workout Waist Pack – Lycra Exercise Fanny... | Running Belt for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible... | [Voted Foot F iPhone Androi |
|---|---|---|---|---|---|
| 838 | 217 | 238 | 41 | 1,140 | |
| $12.58 | $16.95 | $12.99 | $8.95 | $12.95 | $18.95 |
| | | | | | Ad feedback |

## Customer Questions & Answers

See questions and answers

Amazon.com : #1 Premium Running Belt ★ Fitness Waist Pack ★ Best Fit for Large Ph...   Page 3 of 6

**Customer Reviews**

181

4.0 out of 5 stars

| | | |
|---|---|---|
| 5 star | 57% | Share your thoughts with other customers |
| 4 star | 26% | |
| 3 star | 9% | White a customer review |
| 2 star | 4% | |
| 1 star | 4% | |

See all 181 customer reviews

**Top Customer Reviews**

I love how my large phone fits well and doesn't feel bulky while running
By Aundrea TOP 100 REVIEWER on March 17, 2015

I love running and working out and am always looking for ways to make my workouts better and more convenient. I used to carry an MP3 player that fit in the lower back zip pocket of my Lululemon running shorts and capris. Now I use my smart phone for my music and to track my run, so I've had a difficult time finding a comfortable way to carry my S4 and my keys. I've been using an armband case to carry my phone with me, but it doesn't fit my keys and is bulky on my arm. This product is a good alternative to that. After using it for a bit here's what I like and don't like about this belt:

Likes :

-Comfort: This is by far the most comfortable way I've found to carry my phone. I have a Samsung S4, which is a larger phone. Realistically, it's difficult to find a comfortable way to carry a phone that big on a run. The arm case does the job, but it feels bulky on my arm. Not to mention that it can only carry a phone, no keys or anything else. With the belt I prefer putting my phone in the band and then turning it so my phone sits on my lower back. After a minute I forget it's there. If it weren't for the music and the reminders from my running app I would worry that I dropped it, that is how comfortable it is! I also thread my headphones under my shirt/jacket and up. This keeps them from bouncing around and if I take them off for a minute they don't fall to the ground.
-Versatile: I use this running mostly, but I've also used it while doing yard work to keep my phone close and listen to music.
-Storage: This little thing can fit a lot of stuff! Although it looks small when pulling it out of the box, my phone easily fits in it. I also fit my house key or key fob, an energy gel pack (or small bar) and my ID/ credit card  Read more )



2 Comments    27 people found this helpful. Was this review helpful to you?  Yes  No   Report abuse

**Great for any activity!**
By Briana Dee on August 22  2015

The problem when I take my morning walks is that none of my comfy workout clothes have pockets. It's a good idea to bring at least your cell phone and keys with while walking in case of an emergency. I've been tucking them into the waistband of my fitness pants, but my keys usually fall out at least once on my walk. This fitness belt solved the problem!! I just pull it on and put my keys and phone into it, flip it over, and I'm good to go. I think it's a lot more stylish than those old school "fanny packs" and it doesn't bounce around or chafe. I used the FunBelt when I was out running errands and I forgot I was even wearing it.

There were two openings to put your stuff in, and one had a keychain attached to it in case you're just bringing one key  I was surprised that my phone fit in the pocket- but it did! The openings were very flexible. I was able to fit my wallet, cell phone, and key ring in it without any problems, and I probably could have put an iPod/headphones in there too.

My only tip is to order one size larger than you normally would. I usually wear a medium/large (5'7" 150 lbs), but after checking out their sizing chart and measuring I decided on an XL just in case and was glad I did-it fit perfectly without being too snug or too wiggly. I don't wear an XL in anything else so I wouldn't

LilGadgets CarBuddy
Universal Headrest Tablet

220

$19.95

**Shop now**

Ad feedback

**Customer Images**

See all customer images

**Most Recent Customer Reviews**

**Yes it did, I thought it rode on hips ...**
Yes it did. I thought it rode on hips more . And I guess I should have gotten a larger sz, it rides up high ,hard to keep where I want it. Read more
Published 2 days ago by Amazon Customer

**Four Stars**
Runs small.
Published 7 days ago by Larissa

**This is a great belt that I found works great for running**
This is a great belt that I found works great for running. Though it doesn't come with instructions, you can figure it out pretty easily  Read more
Published 9 days ago by AJBestWishes

**I love this belt**
I love this belt! No need to keep the house key and phone in my sports bra anymore with this roomie guy  Read more
Published 12 days ago by Mama Saru Life

**No iPhone Bouncing Out!!**
I always hate when I go out for a run and can't figure out a safe place for my phone. My favorite exercise lightweight jacket has shallow pockets and I am always afraid my phone ...  Read more
Published 14 days ago by Audree

**good**
1  I ordered this and received it within the week (under 3 days), which I thought was great.
2   Read more
Published 14 days ago by Parker

**Great running belt**
I like how simple and straight forward this belt is, I'm very much a fan of what you see is what you get  Read more
Published 14 days ago by Audree

EX. 7, p. 40

Amazon.com : #1 Premium Running Belt ★ Fitness Waist Pack ★ Best Fit for Large Ph...   Page 4 of 6

have guessed to pick that size if I hadn't measured. I received this complimentary product in exchange for writing an honest, unbiased review.



Comment | 22 people found this helpful. Was this review helpful to you? [Yes] [No] | Report abuse

**There's no way my iPhone is going in there...**
By Claran TOP 500 REVIEWER on March 11, 2015

I was so skeptical when I pulled the FunBelt out of the box (supplied by the manufacturer as a review sample for an unbiased opinion) – I thought, there's no way I'm trusting that with my newly-acquired iPhone, and I'm bound to end up at home with my keys somewhere on the sidewalk a few kilometers back.

Oh boy, I was wrong. Both my girlfriend and I requested large belts, as recommended by the manufacturer. I wear a 33" waisted jeans, and she's pretty close to that too. The large fits perfectly - snug enough to not have to worry about it falling off, but not too tight as to be uncomfortable. The material/fabric seems to be of high quality, and the green color is (in my opinion) gender neutral. It's also brightly-colored, which is perfect since when I jog, it's early morning or in the evening.

Going back to my introduction, I was definitely skeptical about putting my iphone and keys in this thing, but it's actually designed exceedingly well. Not only does the material have enough elasticity that by the time you fit your phone in, it closes back up to give a relatively safe enclosure, but you can then fold the whole thing over, meaning the opening is held even more securely closed by being pressed against your waist. With the opening, headphone cables are not a concern (I use bluetooth headphones, but still). On the other pocket is a loop for your keys - a mini carabiner will be an excellent addition to the FunBelt and I would highly suggest for the manufacturer to include one!

After several strong running sessions, I am absolutely pleased with the FunBelt. My phone has never given a hint of coming out of the belt, and my keys stay put (and don't bounce around due to the design and fabric used). This, coupled with the quality materials and manufacturing mean that I have no problem recommending this product. I look forward to seeing more colors come soon!

Comment | 20 people found this helpful. Was this review helpful to you? [Yes] [No] | Report abuse

**Easy to use and holds a lot of stuff.**
By Spoiled Rott'n on August 31, 2015

Size: Small 25"-35"   Color: Fluorescent Green

I am a curvy woman. Size 14 to be exact. This does fit when I put it on but because I am not a skinny person, this belt rolls. It is not flattering on my body at all so it makes me self conscious to wear. I love that there are no zippers or Velcro to keep this closed. By folding the belt over, you "lock" your items in place. I have an iphone 6 plus and it fit easily inside. You have a lot of real estate in this belt. The entire length of the belt is one huge pocket. There is also a clip on a garter for attaching keys. Obviously if you're a school janitor and have 100 keys (I'm exaggerating) on your keychain, this won't work. But for clipping a house or car key will work just fine.

Unlike the photos on the box, I have to wear this under my clothes so you can't see the many "curves" of my figure. This belt cuts into the lumps and bumps. I don't recommend this for the heavier set folks because of the rolling this belt does on your body. If you have the belt loaded with a bunch of stuff, it won't roll as much because there are products inside to help it stay "wide" on your body. But if you're like me and only need to carry a key, phone, and a little money (for emergencies), then this may roll and scrunch up in the areas that have nothing inside.

I was provided a sample for my honest review.

Comment | 9 people found this helpful. Was this review helpful to you? [Yes] [No] | Report abuse

**See all 181 customer reviews (newest first)**

[ Write a customer review ]

**elegant belt for workout**
hi friends today I am reviewing about my funbelt .vibrant orange .I got this product for free in exchange of my honest and unbiased review. Read more
Published 16 days ago by Rakash Manzha

**Great for any outdoor activities**
The "FunBelt" is really great for just about everything. I ordered the Vibrant Orange color and wear it because I run and ride my bike a lot, and this is a great color ...
Read more
Published 17 days ago by CareBear

**secure for phones , keys, money....great idea!**
This is the greatest invention since sandwiches!! When I work outside gardening I am constantly up and down so phones and all my stuff falls out of my pockets or gets banged up if... Read more
Published 17 days ago by Susanne K.

**Search Customer Reviews**

[_____] [ Search ]

**Customers Who Viewed This Item Also Viewed**



EX. 7, p. 42

| 6pm | AbeBooks | ACX | Alexa | Amazon Business | AmazonFresh | AmazonGlobal |
|---|---|---|---|---|---|---|
| Score deals on fashion brands | Rare Books & Textbooks | Audiobook Publishing Made Easy | Actionable Analytics for the Web | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally |
| Home Services Handpicked Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | BeautyBar.com Prestige Beauty Delivered | Book Depository Books With Free Delivery Worldwide | Case.com Kitchen, Storage & Everything Home | ComiXology Thousands of Digital Comics |
| CreateSpace Indie Print Publishing Made Easy | Diapers.com Everything But The Baby | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities |
| Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy | MYHABIT Private Fashion Designer Sales | Shopbop Designer Fashion Brands | Soap.com Health, Beauty & Home Essentials | TenMarks.com Math Activities for Kids & Schools | Wag.com Everything For Your Pet |
| | Warehouse Deals Open-Box Discounts | Whispercast Discover & Distribute Digital Content | Woot! Discounts and Shenanigans | Yoyo.com A Happy Place To Shop For Toys | Zappos Shoes & Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates



Amazon.com : Running Belt & Fitness Workout, Yoga & Travel Belt By Stealth - Like a ...   Page 2 of 6



## Sponsored Products Related To This Item (What's this?)

| Running Belt for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible | Level Terrain FlipBelt Pouch, Neon Punch, Small/26"-29" | Waist Pack, Alofa Sport Fitness Phone Waist Bag Running Belt for iPhone 6s 6 plus Galaxy Note 5 4 ... | Running Belt, Snugg&#8482; 6" Inch Jogging Belt Waist Pack With Dual Storage | Pros Doubled Lifts No Pain Deadlifts Dead Lift Great Result Heavy Duty Knee Patella Support Brace ... |
|---|---|---|---|---|
| 1,137 | 3,254 | 26 | 10 | 197 |
| $12.95 | $28.99 | $10.99 | $19.99 | $23.95 |

Ad feedback

## Product Description

**Finally... a non-bounce, stylish running belt...**
The Stealth Tech Running Belt is the last running belt you will need to store all of your miscellaneous items when you are out and about. This pockets free storage facilitation system allows the fitness enthusiast to store keys, phones and wallets safely, snuggly and securely in a discreet manner when pockets are not an option.

**Key Running Belt Features!**
* Flexible material fits all sizes of mobile devices, (iPhone6 Plus) credit cards and cash
* Secure key clip feature for extra security
* Bounce-free snug form fitting
* Chafe-Free zipper-less/buckle-less innovative material design
* Hands-Free
* Worry-Free! Don't Wait, CLICK the "ADD to CART" Button and order your Stealth Tech Running belt today and don't forget to enhance your running experience and performance with our other innovative Stealth Tech running products!

**Our 100% Runner's Guarantee**
If you are not happy with your purchase in any way, let us know and we will make it right immediately by refunding or replacing your order. Make your next run a smooth and hassle-free run. Click The Yellow "Add To Cart" Button At The Top Of The Page To Get Our Stealth Running Belt today!

## Product Details

Shipping Information: View shipping rates and policies

ASIN: B00XAGT62E

Average Customer Review:        (50 customer reviews)

Amazon Best Sellers Rank: #43,696 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #199 in Sports & Outdoors > Sports & Fitness > Exercise & Fitness > Running > **Waist Packs**

Product Warranty: For warranty information about this product, please click here

## Sponsored Products Related To This Item (What's this?)

| Waist Trimmer Belt For Men & Women – More Fully Adjustable Than Other Waist Slimming ... | @BeFit24 - (Size 6) Medical Abdominal Binder - Post Operative & Postpartum Belt - Postnatal Belly ... | Running Belt for iPhone 8 / 6 Plus & Android Smartphones + Touchscreen Compatible ... | $BeFit24 - (Size 3) Medical Lumbar Back Brace - Made in Europe - 5 Year Warranty |
|---|---|---|---|
| 804 | 105 | 1,137 | 92 |
| $16.97 | $44.99 | $12.95 | $43.99 |

Ad feedback

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

**EX. 7, p. 45**

Amazon.com : Running Belt & Fitness Workout, Yoga & Travel Belt By Stealth - Like a ...   Page 3 of 6



- **Fitness Together** ⊡     Want Results? Try Personal Training Call For a Free **Fitness**     www.fitnesstogether.com/personaltrai
                             Assessment!

- **Fitness Equipment Denver**   Exercise Bikes, Treadmills, Gyms Leader in **fitness** for over 10   www.coloradohomefitness.com/
  ⊡                          years

Ad feedback

## Customer Questions & Answers

Have a question? Search for answers

|  | Question: | Would a passport fit in the pockets |
| --- | --- | --- |
| 1 vote | Answer: | Yes, a passport will fit in the pockets. Interestingly, it's best to put the belt on first and then push the passport inside. I actually just tried it because of your question, and with it just in my hand I thought "no way", but I slipped it on and that made the difference. |
|  |  | By Gayle Schmidt on July 15, 2015 |
|  |  | See more answers (1) |

|  | Question: | Stealth+Tech Running Belt, is thus big enough to fit a iPhone 6+with an otter box defender? |
| --- | --- | --- |
| 0 votes | Answer: | That's a really good question. I'm going to say no because I think the iPhone 6 plus is very large device I have an iPod 5 it's small and thin. I hope this helps |
|  |  | By Nikki blu on July 31, 2015 |

|  | Question: | I dont see a sizing chart anywhere on amazon - I have a 34 waist - what size do I need? |
| --- | --- | --- |
| 0 votes | Answer: | I would suggest a Large. |
|  |  | By Melissa on June 6, 2015 |
|  |  | See more answers (2) |

|  | Question: | does it move up and down when you are running? I have pretty wide hips and things that usually stay on my hips tend to move up and down while running |
| --- | --- | --- |
| 0 votes | Answer: | I can't say for a woman's body, but for me 5'8" 175 lb male, it does not move even when I sprint. I stick my phone and keys in it |
|  |  | By William Yeung on December 4, 2015 |

## Customer Reviews

**50**

3.5 out of 5 stars

| 5 star | 44% |
| --- | --- |
| 4 star | 28% |
| 3 star | 12% |
| 2 star | 12% |
| 1 star | 4% |

Share your thoughts with other customers

[ Write a customer review ]

See all 50 customer reviews

## Top Customer Reviews

**Snug and secure, my keys aren't going anywhere!**

By Liz H on May 30, 2015

Size: Medium

I, like many runners, have always run while carrying my keys out of necessity. Sure, I could tuck them in that annoying inner shorts pocket and have them dig into my hip, but I'd always find myself focusing on gripping the keys, and not the relaxing run. I prefer to run with as little distraction as possible, so this belt is a home run for me. Now, not only do I not have to focus on holding on to my keys, I can also rest assured that they're clipped in to the key clip INSIDE this Running Belt, and they aren't going anywhere. This product has rugged construction of a thick stretchy (but not too stretchy that things move around) fabric with small slits on the inside where you can stash keys (there's a clip for them!), cash, a phone, or those little sugary carb packets for long-haul runners. The options are really endless when you think of this as a modern fanny pack. Use for festivals, days at theme parks, and anytime you need your hands free and valuables close. The belt is such that everything is very snug against the body (see size chart), so it doesn't show through as lumpy through clothing

I would highly recommend this to anyone who does outdoor sport, hiking, really anything as this is one of the most versatile accessories out there. I received this product to test for my honest opinion, and have been blown away by how well this belt works. Such a change to be able to relax my hands and focus on the run! Great Running Belt!

**4 Packing Cubes /Bags - Amazing Gift on Sale Now**

DenadaLite Packing Cubes Set of 4
10
$19.99

[ Add to Cart ]

Ad feedback

**Customer Images**

See all customer images

**Most Recent Customer Reviews**

**Runs small (no pun intended!)**

Good quality- well made. But it runs small- and the space provided for storage is not large enough for my smart phone. Sent it back for a quick and easy return.

Published 15 days ago by Christine Anne Fekete

**The idea of this is pretty neat but it didn't meet my expectations**

Amazon.com : Running Belt & Fitness Workout, Yoga & Travel Belt By Stealth – Like a ...   Page 4 of 6



1 Comment    18 people found this helpful Was this review helpful to you?  Yes  No  Report abuse

**Because the Stealth Running Belt is so discreet, you can wear it to the mall or grocery shopping ...**
By Debi @2014 & Beyond TOP 1000 REVIEWER on June 18, 2015

While I personally prefer my Running Buddy to any other running belt out there, I always try to stay aware of the other products out there that are available for runners to carry their things with them while running, and I'm always willing to give them a try. Today I'm going to share with you the Stealth belt. The Stealth belt is made for working out, cycling, running, jogging, yoga, rock climbing, travelling, hiking, working out or any other awesome outdoor activity, or even just for traveling. It's sleek and stylish (and really reminds me of a Flip Belt).

There are no buckles or zippers on this Stealth belt helping make it lighter for less bounce and maximum comfort. The phones listed by the manufacturer that will fit in the Stealth belt are: "Apple iPhone 5, iPhone 6, iPhone 6 Plus, Samsung Galaxy, Nokia, Android". The Stealth belt ships to you with a free "bonus" drawstring carry-all pouch that you can keep the bag in when you are packing your running accessories for out of town races.

The Stealth belt is a simple design consisting of stretchy cloth designed to fit snugly around the waist with strategically placed cutouts in the fabric allowing you to store your items using the slits. A very simple idea that serves a great purpose. I once owned another fitness belt that had the same type of openings to insert your belongings into the belt, and unfortunately, one of my prized possessions fell out of one of the slits during a half marathon. (Please note: it was NOT this belt, but one very similarly made.)

I generally wear a size 12 to size 14, but because the largest size available was large, I selected that size (which is intended to fit sizes 10 to 12). Read more ›

1 Comment    4 people found this helpful Was this review helpful to you?  Yes  No  Report abuse

**Great Design**
By Tiffypixie on June 2, 2015

This running belt allows you to carry your belongings with you around your waist with a low profile design. The biggest selling point for me is that you don't have any straps, hooks, buckles, zippers, velcro,.... none of it. The product is a really simple design. It's basically stretchy cloth designed in a way that it fits you snugly around the waist with strategically placed cutouts in the fabric that you can store your stuff in. It's so simple but ingenious.

First may I say that I wear a size 12 to a 14 and the largest size option they had was a Large which is meant for size 10 to 12. The fit is so snug that it rides up to my upper waist instead of around my hips where I'd imagined having it. For my size, an XL would have probably been best, but I am rolling with it. It does fit, just a little higher up

The design has these cutouts in the fabric that you can slide your ID, money, snacks, phone, vitamins etc into. There is a little clip built into one of the pockets that you can secure your key to. My phone (BLU Studio Energy) fits great without the case, but my case is a rubbery material and won't go into the slot with the case on.

This is a great running belt and you can wear it just about anywhere you want to be hands free. I received this product for free in exchange for my honest and unbiased review.



Comment    5 people found this helpful Was this review helpful to you?  Yes  No  Report abuse

**Great belt, good price.**
By Bekkies on March 1, 2016
Size: X-Large   Verified Purchase

This belt is great. I've ordered 4 so far. The XL in this particular brand fits snugly on a 34 inch waist -- I would say it's about a size too small. If you wear a large pant, you may want to buy an XL belt. I love how this works. I can cram all kinds of stuff in here! It has a clip inside that you can hook your key to, and I can fit my Note 5 in there securely! (I remove the case just so that the phone will slip in and out more easily.) I

---

The idea of this is pretty neat but it didn't meet my expectations. There isn't enough stretch to it, so it starts to ride up from my hips when I run. Read more
Published 3 months ago by ying w e II

**Runs small!**
This belt runs very small. I did have to send it back, unfortunately
Published 3 months ago by golfpointprincess

**Now I can run with my phablet!**
Works as advertised. I can fit my Galaxy Note 5 in it without issue. Has multiple pockets for other stuff as well. Read more
Published 4 months ago by Flip

**Don't know how I ever exercised without it!**
Stays in Place. Stretches to fit. Holds all my things. Perfect for running
Published 5 months ago by Skye smfs

**Two Stars**
Uncomfortable
Published 5 months ago by atnl

**keeps everything in place perfectly. It is snug though ...**
keeps everything in place perfectly. it is snug though, although I don't know if it will still perform so well if I had ordered one size larger
Published 5 months ago by William Yeung

**perfect.**
Works great  Hold a large Samsung Note with no problem. I use it for jogging
Published 7 months ago by Scott Light

**Function like FlepBelt but the build quality is so much different**
Function like FlepBelt but the build quality is so much different. It's not as flexible making it very difficult to wear them.
Published 7 months ago by Tung hung Tsa

**Fun and effective alternative to a "fanny pack"**
Fun and effective alternative to a "fanny pack." This is super easy to slip on and go! "I was given this product at a reduced or free price in exchange for an honest... Read more
Published 7 months ago by Katherine U

**Search Customer Reviews**
[_____]  [ Search ]

---

**EX. 7, p. 47**

Amazon.com : Running Belt & Fitness Workout, Yoga & Travel Belt By Stealth - Like a ...   Page 5 of 6

never worry about the contents falling out or bouncing around. I usually walk, or use the elliptical with it on and it works great! Love it and will buy it again when our waists start to shrink! :)

Comment   Was this review helpful to you?  Yes  No   Report abuse

**See all 50 customer reviews (newest first)**

Write a customer review

**Customers Who Viewed This Item Also Viewed**

Running Belt - Runner Waist Pack by Oz Fit - Money Belt with ZIPPER Pouch / Runners Belt / 217 $16.95

Running Belt - Travel and fuel belt - best quality on the market - FIT BELT perfect for, Hiking, workout, 405 $13.79 - $19.70

Runner Waist Pack by Gearproz - Voted "Best" Sport Belt on the Market - Fitness Running Fanny 117 $19.95

Elite Running Belt - Spandex Fitness Pouch - Comfortably Hold Your Things While You Run, 117 $12.99 - $18.99

#1 Reflective Running Belt - Premium Runners Belt - Flip Band Workout Belt - ZIPPER option Fitness Belt 494 $13.24 - $19.19

SNOWHALE Running Belt&Fitness Workout Belt Runner Waist Pack Running Fanny Pack for 40 $12.99

4 Packing Cubes /Bags - Amazing Gift on Sale Now

Denadalife Packing Cubes Set of 4 10 $19.99   Add to Cart

Ad feedback

Back to top

Get to Know Us     Make Money with Us     Amazon Payment Products     Let Us Help You

| | | | |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | |
|---|---|---|---|---|---|
| 6pm Score deals on fashion brands | AbeBooks Rare Books & Textbooks | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web | Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally |
| Home Services Handpicked Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | BeautyBar.com Prestige Beauty Delivered | Book Depository Books With Free Delivery Worldwide | Casa.com Kitchen, Storage & Everything Home | ComiXology Thousands of Digital Comics |
| CreateSpace Indie Print Publishing Made Easy | Diapers.com Everything But The Baby | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities |
| Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy | MYHABIT Private Fashion Designer Sales | Shopbop Designer Fashion Brands | Soap.com Health, Beauty & Home Essentials | TenMarks.com Math Activities for Kids & Schools | Wag.com Everything For Your Pet |
| | Warehouse Deals Open Box Discounts | Whispercast Discover & Distribute Digital Content | Woot! Discounts and Shenanigans | Yoyo.com A Happy Place To Shop For Toys | Zappos Shoes & Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

Amazon.com : C4wrd T4 Belt + Perfect Fanny Pack to carry iPhone Hands-free and Bou...   Page 1 of 6





Amazon.com : C4wrd T4 Belt + Perfect Fanny Pack to carry iPhone Hands-free and Bou...    Page 2 of 6



**Special Offers and Product Promotions**

Buy from C4wrd
• Purchase 2 T4 Sport and Travel Belt offered by C4wrd and get one Belt for free. Enter code CB9ED6P2 at checkout. Here's how (restrictions apply). Enter code CB9ED6P2 at checkout. Here's how (restrictions apply)

Other Product Promotions:
• Save Big On Open-Box & Used Products: Buy "C4wrd T4 Belt + Perfect Fanny Pack to carry iPhone..." from Amazon Open-Box & Used and save 78% off the $38.99 list price. Product is eligible for Amazon's 30-day returns policy and Prime or FREE Shipping. See all offers from Amazon Open-Box & Used

**Product Description**

**The T4 Sport and Running Belt holds everything you need when you are on the go.**

The T4 Sport and Travel Belt is perfect to store your iPhone and wallet content
• Step in, pull it up, load it, turn and ready to go
• Comfortable snug fit, no cramming, no bouncing
• Optimal space and width to carry your possessions
• High quality, super light and ultra-elastic Tech Poly-Spandex fabric

**Tuck, turn, train and travel**

Are you frustrated of bouncing fanny packs or not having enough space in your pockets that fits items during workout?

**The Sport and Travel Belt solves this problem.**
Get outside, break a sweat and still look fabulous. Bulky arm bands and baggy fanny bags are history. With the T4 Sport and Travel Belt, you can carry your essentials and move hands-free without worrying about your valuables. It suits all kinds of activities from dog walking, running, hiking and cycling without feeling uncomfortable. The belt is light so you would not even notice it wearing one.

The Waist Belt fits everyone and all cell phones. It is smooth so you can even wear under your clothes. It is made of poly-spandex-blend that sleeks right on and sits snug on your hips. The 4 pocket pouch provides storage for your passport while traveling, cash, credit card for your shopping and big night out clubbing. Some customers with diabetes use the T4 to keep their insulin pump enclosed without struggling to keep the needle attached.

Try it today! If You Don't like it send it back! Friendly 30 DAYS MONEY BACK GUARANTEE!

**Product Details**

Shipping Information: View shipping rates and policies

ASIN: B00R17MU2G

Average Customer Review:    (58 customer reviews)

Amazon Best Sellers Rank: #72,924 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #267 in Sports & Outdoors > Sports & Fitness > Exercise & Fitness > Running > **Waist Packs**

Product Warranty: For warranty information about this product, please click here

**Customers Viewing This Page May Be Interested In These Sponsored Links** (What's this?)

• **Fitness Together** 🔲    – Want Results? Try Personal Training Call For a Free **Fitness**    www.fitnesstogether.com/personaltrai
                                Assessment!

• **Fitness Equipment Denver** 🔲    – Exercise Bikes, Treadmills, Gyms Leader in **fitness** for over 10    www.coloradohomefitness.com/
                                years

**Customer Questions & Answers**



Amazon.com : C4wrd T4 Belt + Perfect Fanny Pack to carry iPhone Hands-free and Bou...   Page 3 of 6

Have a question? Search for answers

| | Question: | How do you zip it up? I don't see a zipper. |
|---|---|---|
| 0 votes | Answer: | There's no zipper, which makes it much more comfortable against your body (no scratching or chafing). There are 4 pouches. You simply step into the belt inside-out, pull it up, put your stuff in the pouches, then flip it over. I hope that makes sense. I find it very comfortable - and no items have ever slipped out. |
| | | By Rev. Dr. Cyn on April 23, 2015 |
| | | See more answers (2) |

| | Question: | Can this fit an iPhone 6+? |
|---|---|---|
| 0 votes | Answer: | Yes the iPhone 6 plus fits. Belt is 3.4 inch and phone is 3.0 inch. Be careful not to bend your iPhone. Btw read the customer questions & answers below the listing before you the same questions over and over again. |
| | | By Code on March 12, 2016 |
| | | See more answers (2) |

| | Question: | Any advice about the size? I wear a size 4 but think I will order a medium anyway. |
|---|---|---|
| 0 votes | Answer: | It depends on your application. If you need to have the T4 fit snug on you to prevent bouncing I would go for small. For shopping and walking so non high active activities I would go for medium. After wearing it a few times the belt becomes wider. I don't mean a lot but a bit so. Don't be irritated if it is tied in the ... see more |
| | | By Code on April 30, 2015 |
| | | See more answers (2) |

## Customer Reviews

58

4.1 out of 5 stars

| 5 star | 52% |
|---|---|
| 4 star | 27% |
| 3 star | 10% |
| 2 star | 9% |
| 1 star | 2% |

Share your thoughts with other customers

Write a customer review

See all 58 customer reviews

## Top Customer Reviews

**Very comfortable belt, I work in a busy warehouse**
By Jennifer Thompkins on March 26, 2015
Size: Large 32   Verified Purchase
Very comfortable belt. I work in a busy warehouse.. So while I work I need my keys and phone to stay near me at all times. The belt makes that very easy to do. I wear pants without pockets to work in. I love it. People I work with always ask me where did I purchase it. It is so comfortable I forget that I am wearing it. Easy care . Just a great idea and a great way to keep your keys and phone with you.

Comment   8 people found this helpful. Was this review helpful to you?   [Yes]  [No]   Report abuse

**Best activity belt ever - T4 Sport and Travel Belt**
By Code on January 21, 2015
The purchase of the T4 belt is one of the best I have done for a long time. Finally, I can go for a run and bring along all my personal stuff like phone, keys and cash. Absolutely hands-free. Even the latest iPhone6 fits. I like the design too. It even reminds me to engage my core while exciting. It is a snug, fit but it has to be. Once I tuck all my belongings in, I flip it and lock all opening towards my body. So nothing can fall out. I have also used it to travel abroad. It feels good to have my passport and phone and credit card on me when I am flying overseas. I just don't like putting my bag in the overhead locker. The applications for this belt are endless. A friend of mine who introduced me to this belt uses the belt at work. She is a nurse at the local hospital. She says she never worries about losing her wedding ring anymore as she needs to take all jewellery off when being an air lock zone. Well, I can highly recommend getting one yourself. You won't regret it.

Thanks C4ward awesome product and excellent service 5 stars from me!

1 Comment   11 people found this helpful. Was this review helpful to you?   [Yes]  [No]   Report abuse

**No Muffin Top and it holds A LOT of stuff!**
By Rev. Dr. Cyn on May 15, 2015
Size: Medium 25   Verified Purchase

C7DAЛICL
THE FASHION FUND
AN AMAZON UNSCRIPTED SERIES
New episodes Thursdays
Free with ads
Watch now     amazon
Ad feedback

**Customer Images**

See all customer images

## Most Recent Customer Reviews

**Functional and versatile!**
This belt was highly functional, in that it held my keys, phone, etc. quite well. However I used it for everyday use - running errands, playing with my child, etc. Read more
Published 12 hours ago by Michael M.

**Love the way it fits. Tough to hold my iPhone6 Plus.**
I like the snugness of the belt and the little compartments it offers. It's perfect for my hikes without having to worry about my keys, money, etc. Read more
Published 1 day ago by NapaMom

**Great belt, smaller than I expected**
There was some confusion with my order initially and once I contacted the seller about it they were wonderful and sent a new belt out to me quickly with no questions asked. Read more
Published 1 day ago by Daniel S. Price

**EX. 7, p. 52**

Amazon.com : C4wrd T4 Belt + Perfect Fanny Pack to carry iPhone Hands-free and Bou...   Page 4 of 6

This belt is amazing! I cannot believe how much it holds -- and how comfortable it is!

Here's what I fit in mine: house key, 2 nitrile gloves and 2 plastic bags for dog clean up, and my iPhone 6 Plus -- yes, PLUS!

This fitness belt is very comfortable and extremely well made. A couple of mornings it has been cool enough to wear a hoodie, and the belt did not bulk up underneath.

Okay, I was not going to mention this, but it may be important to some of you. I was afraid the belt might create "Muffin Top" (in this case, belly fat hanging over the top), but that did not happen! The fit is nice and smooth, and it is easy to put on and take off (basically, you step in and pull up to put on and push down and step out to take off)

I want to make sure I include a note about the size: I wear a size 4 skirt/pants. In leggings and yoga pants, I wear an x-small. I bought the medium T4 Sports Belt, and it fits snugly, which is great for working out. If I were to buy another for leisure walks or travel, I would order a large.

I highly recommend this item to anyone considering buying a sports belt for running or any kind of fitness activity.

Comment    2 people found this helpful. Was this review helpful to you?  Yes   No   Report abuse

#### Order 1 or 2 sizes larger for a more comfortable fit

By Jk on April 30, 2016

"Size: Larger 32   Verified Purchase
I think I like it!

The material is made out of 85% polyester and 5% spandex, which is typical of workout clothing. The fabric was thick and I felt like the construction of the C4wrd T4 Belt was good. Stitching of the C4wrd T4 Belt was double lined nicely and the piping detail was a nice touch.

The item description says that there are four pockets. However, there are four nearly equidistant slots cut in the middle

longitudinal design of one side of the belt, which is the front side. The flip side of the belt is solid and has a small size tag and the words written "TUCK, TURN, TRAIN, OR TRAVEL". The inside of the belt is completely hollow with the exception of where the sewing stops to form a barrier. So, the product doesn't actually have four separate individual pockets, but four slots or access points/ slots to a hollow "pocket", where you can maneuver your products to slide in various directions. I feel like that one of the slots of the C4wrd T4 Belt had a clip to clip in my keys into.

I had the C4wrd T4 Belt on the whole day to do errands and shopping. I didn't want to carry a purse so I traveled with this on and stuffed the C4wrd T4 Belt with the following: iPhone 6 without my wallet case, cards, car remote key. My iPhone 6 wallet possibly could have fit in all the way but it got stuck in the middle and I didn't want to keep squishing it inside the belt. I drove with this belt on, sorted out various items while shopping with it on, took out my iPhone 6 multiple times to take text messages, and again to pay for items. I did pretty much all of this with ease. I did feel a little bit embarrassed for some reason that I had to keep reaching for items inside my stomach area. Read more ›



Comment    Was this review helpful to you?  Yes   No   Report abuse

#### this is brilliant!!

By julz mcgaw on February 10, 2015

this is brilliant!! I work in an operating theatre and i have one for work and one for home. I wear scrubs all day and now I do not have to deal with everything falling out of the pockets whenever I bend over. It fits everything in it and has a key holder for my swipe cards instead of having my swipe cards around my neck. It is tight and snug. I actually dont feel it. The home one means i dont have to take a handbag to the store so im hands free and dont leave my handbag on the trolley... LOVE IT!!!!

Comment    8 people found this helpful. Was this review helpful to you?  Yes   No   Report abuse

#### Large fit like a small

By WhippetMom on March 25, 2016

I have very mixed reviews about this item and plan to upload a video showing what I mean... Upon opening, I was really excited about the "hand" of the material. Yeah, it's spandex but I guess it's nice to feel it on a practical accessory. Before trying to put it on, I was trying to figure out the "4" pockets. There is one continuous pocket all the way around, but there are 4 openings to access it. I put my iPhone 6 Plus (with Otter box) in there and it was a struggle, but a snug fit you need. From there, I didn't want to put more items in until it was on, but no way was this Large going to fit me!! It says it fits a women's waist 32-

### You're gonna like this!

Let me first disclose that I received this product at a discount in exchange for my honest review. That being said, I would be willing to pay full price for this. Read more

Published 1 day ago by DeAutz

### Looks sleek, but it's COMPLETELY IMPRACTICAL, Not made for the average...

My husband started running recently and has been complaining about how heavy his Iphone is when utilizing the traditional arm band. Read more

Published 2 days ago by Stacy C

### Two Stars

Thought it is flimsy. Luckily with the discount I got I did not pay too much

Published 2 days ago by sandy levd

### Great product for running!

I purchased the c4wrd T4 Sport and Travel Belt for my husband who is currently training for a marathon. Read more

Published 2 days ago by Kentucky Lea

### Very useful! Not only for sports

Very useful! Not only for sports! Also when I'm home using headphones to talk to mom or friends and not wearing something with pockets! Read more

Published 3 days ago by yaya

### It makes is super easy to not have to worry about anything but ...

I use this when I'm going for a walk with my dogs. It makes is super easy to not have to worry about anything but holding their leashes - it makes it so much more enjoyable! Read more

Published 3 days ago by Jules

### Order two sizes up.

I was really excited for this belt! I wanted to use if for Stand Up Paddle Boarding this summer. I measure for a size medium but read others comments about the sizing being off so .. Read more

Published 3 days ago by Jessica

**Search Customer Reviews**

[                    ]   Search

Amazon.com : C4wrd T4 Belt + Perfect Fanny Pack to carry iPhone Hands-free and Bou...   Page 5 of 6

38" and sized for women's 10/12. My daughter is a size 4 and anyone bigger than her, I think, would really struggle getting it on! None of us could figure out the "turn and lock" instructions- it's more like "hold and pull". I like the idea, but it isn't sized appropriately.

I purchased this at a discount for my honest and unbiased review. I hope you found it helpful

Comment   2 people found this helpful. Was this review helpful to you?   Yes   No   Report abuse

**See all 58 customer reviews (newest first)**

Write a customer review

## Customers Who Viewed This Item Also Viewed

Running Belt - Travel and fuel belt - best quality on the market - FIT BELT perfect for. Hiking, workout.
405
$13.79 - $19.79

Running Belt / Waist Pack Belt - No Uncomfortable Straps or Buckles Unlike Most Runners Belts.
238
$12.99

RUNNING BELT - FANNY PACK Designed For Men and Women - Iphone 8 Plus and Android Approved
47
$12.95 - $15.95

Yuness® Sports Fitness Band, Running Belt, Workout Waist Pack - Lycra Exercise Fanny
41
$9.95

Runner Waist Pack, New 2016 Model with Zippered Pockets - Best Fitness Running Belt for Exercise,
64
$27.95

FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors fitbelt for your
462
$12.95 - $20.95

334

Excellent value, this one's a shoe-in.
" Another AmazonBasics homerun, in my opinion. I needed a small to medium size shoe rack that was open, so shoes would drain well ... "

Ad feedback

Back to top

Amazon.com : C4wrd T4 Belt + Perfect Fanny Pack to carry iPhone Hands-free and Bou...   Page 6 of 6

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

### amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **ACX** Audiobook Publishing Made Easy | **Alexa** Actionable Analytics for the Web | **Amazon Business** Everything For Your Business | **AmazonFresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally |
| **Home Services** Handpicked Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Casa.com** Kitchen, Storage & Everything Home | **ComiXology** Thousands of Digital Comics |
| **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities |
| **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | **Soap.com** Health, Beauty & Home Essentials | **TenMarks.com** Math Activities for Kids & Schools | **Wag.com** Everything For Your Pet |
| | **Warehouse Deals** Open-Box Discounts | **Whispercast** Discover & Distribute Digital Content | **Woot!** Discounts and Shenanigans | **Yoyo.com** A Happy Place To Shop For Toys | **Zappos** Shoes & Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads © 1996-2016  Amazon.com, Inc. or its affiliates

Amazon.com : Adjustable Fitness Storage Running Belt for Men/Women*Hands Free W...    Page 1 of 6





**Customers Who Viewed This Item Also Viewed**                                    Page 1 of 5

FlipBelt - USA Original Patent, USA Designed, USA Shipped, USA Warranty
3,256
#1 Best Seller in Running Waist Packs
$22.32 - $65.39

StashBandz® Sports Travel Money Belt | Unisex Fitness Fanny & Waist Pack | Extra-wide High
161
$18.99

Limber Stretch Hip Hug CLASSIC or PRO Running Fuel Belt available in PLUS SIZES
369
$10.99 - $26.99

(Upgrade) Eazymate Fashion Running Belt - World's Best Stylish Travel Money Belt - Two Security
301
$19.99

[Voted #1 Exercise Belt] Running Belt Flash for iPhone 6, 6 Plus. Zero Bounce, Adjustable, Water
139
$16.95

Ya
Be
the
An

$1

**Sponsored Products Related To This Item** (What's this?)                        Page 1 of 8

Weightlifting Belt Workout Clothes for Bodybuilder, Powerlifter or Weightlifter - Keep Your Core
5
$44.95

Running Belt Fitness Belt UltraSlim Workout Sport Waist Pack 2 Pockets Expandable iPhone 6S
9
$10.99

AKTIVX SPORTS® Fitness Equipment Belt, Health and Fitness Training. Runners Belt, Yoga Belt - a
94
$29.99

Level Terrain FlipBelt Waist Pouch, Violet, Medium/29"-32"
3,254
$26.99

Running Belt, TaoTronics Fitness Waist Pack With Touch Screen Accessible Universal Smartphone
57
$9.99

W
Ca
Be

$2

Ad feedback

## Special Offers and Product Promotions

- Your cost could be $0.00 instead of $23.99! Get the Amazon.com Rewards Visa card and you'll automatically get $50.00 off instantly as a gift card. Apply now.

## Product Description

**ARE YOU SICK AND TIRED OF PULLING YOUR RUNNING BELT OVER YOUR HEAD OR TRYING TO STEP INTO IT EVERY TIME? WE HAVE LISTENED.... OUR NEWLY DESIGNED ADJUSTABLE FITNESS BELT IS THE NEW WITY INVENTION ON THE MARKET.**

**At Last, a Revolutionary Solution to a Hands-Free Workout**

- The Fit-Flux Running Belt is so Simple and Practical for all active types: runners, bikers, hikers,travelers, etc.
- It is so Sleek and Stylish that you can even Wear It Under your Clothes instead of a Wallet or a Purse.
- Made from High Tech Top Quality Machine Washable/ Machine Dryable Spandex

**New & Improved! NO MORE PULLING THE BELT OVER YOUR HEAD OR STEPPING INTO IT.** Simply place the belt on your Hips or Waist and Securely Fasten It with a High Quality Durable Velcro Strap. EASILY ADJUSTS TO FIT WAIST SIZES X-SMALL TO X-LARGE OR UP TO 42 INCH WAISTLINE;.

**TWO Pockets lets you easily tuck away your Phone, Keys, Cash, Credit Cards or Whatever you may need during your Workout. It doesn't Move, Jiggle, Bounce or Chafe and You will Easily Forget it's even There.**

- Weighs a mere 3 ounces, so you will Hardly Notice it's Even there
- Fits Larger Size Phones like I-Phone 6 Plus and Samsung Galaxy
- Will Not Ride UP or Move

The only Fitness Belt in the marketplace backed by our 100% Satisfaction Guarantee.

## Product Details

**Shipping Weight:** 2.4 ounces (View shipping rates and policies)

**ASIN:** B00PO77IOO

**Average Customer Review:**        (20 customer reviews)

**Amazon Best Sellers Rank:** #399,758 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #805 in Sports & Outdoors > Sports & Fitness > Exercise & Fitness > Running > **Waist Packs**



**Important Information**

Seller Warranty Description
100% Satisfaction and Money Back Guarantee

**Sponsored Products Related To This Item** (What's this?)                                         Page 1 of 7

| FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible ... | Best RFID Travel Money Belt with 8 Pockets, Extra Long Adjustable Belt and Bonus Lock | Copper United Knee Brace, High Quality Compression Fit Support - GUARANTEED... | HemingWeigh 1/2-Inch Extra Thick High Density Exercise Yoga Mat with Carrying Strap (Green) | EzyFit Adjustable Waist Trimmer Belt - Stomach Body Wrap & Back Lumbar Support -Trim Curves... | Rt P/ an Pk |
|---|---|---|---|---|---|
| 126 | 80 | 888 | 574 | 1,855 | |
| $14.95 | $20.87 | $25.95 | $17.99 | $17.00 | $1 |

Ad feedback

**Customers Viewing This Page May Be Interested In These Sponsored Links** (What's this?)

- **Fitness Together** · Want Results? Try Personal Training Call For a Free Fitness Assessment!  www.fitnesstogether.com/personaltrai
- **Fitness Equipment Denver** · Exercise Bikes, Treadmills, Gyms Leader in fitness for over 10 years  www.coloradohomefitness.com/

Ad feedback

## Customer Questions & Answers

Have a question? Search for answers

0 votes  Question: How to I specify what size I need when I order this?
Answer: There is a size chart in the photo section. As I recall its based on your waist measurement. I wear a small and waist is 26". Hope this helps!
By Cleartronics on March 5, 2015

## Customer Reviews

20
3.4 out of 5 stars

5 star  55%
4 star  10%
3 star  5%
2 star  10%
1 star  20%

Share your thoughts with other customers
Write a customer review

See all 20 customer reviews

## Top Customer Reviews

**better than flipbelt!!**
By TamiKakes on May 29, 2015
Love love love this running belt. Very light weight and stays put, which I believe are the 2 biggest factors in choosing a running belt. There are no zippers or closures, but my galaxy note 4 fits securely inside and doesn't move around. Has one large "pocket" where the opening is sewn together in the middle for added protection. This is great for putting your phone in the one side and having your headphones come out the other. I only used it for a 2 mile quick run, but it stayed put, was light weight and I didn't even realize I had it on, just as good. If not better than a flipbelt. I received this product at a reduced rate for my honest and unbiased review
Comment  3 people found this helpful. Was this review helpful to you?  Yes  No  Report abuse

**Whoops**
By Dizmmie on June 19, 2015

**Customer Images**

See all customer images

**Most Recent Customer Reviews**

**Five Stars**
great
Published 3 months ago by SF Native

Amazon.com : Adjustable Fitness Storage Running Belt for Men/Women*Hands Free W...   Page 4 of 6

Verified Purchase

I love the concept of this but the execution falls short. The belt has opened up twice already and I have used it a handful of times. If my phone wasn't in a heavy duty case it would have likely broke. Most of my activity is hiking so I don't even have the jarring motion of running. I would question how it would do if you are a runner. I'm outside of the time-frame so I can't return it.

Comment   Was this review helpful to you?  [Yes] [No]  Report abuse

Hot and sweaty; phone falls out regularly

By Ann on October 23, 2015

Verified Purchase

I have to strap this pretty tight around my waist for it not to flop around; I can't wear it around my hips like the photos shows. It's wide all the way around, so it doesn't flip my phone like my other running belt, but it's hot to wear. Also, because the openings don't close all the way, the key clasp falls out its pocket and about 50% of the time my phone goes flying when I'm out for a run, unless I have the belt cinched so tight nothing can move. I appreciate this only because my phone doesn't flip up while I'm running. Otherwise, I prefer my other running belt.

Comment   Was this review helpful to you?  [Yes] [No]  Report abuse

It's a great active belt from FitFlux

By debbie on June 8, 2016

I gave this adjustable fitness storage running belt to my sister, she's a runner. She loves it. It's a great active belt from FitFlux . She has been walking more and working out to improve her health and this active belt really makes working out hands free a lot easier. It has several openings to insert your phone and personal items in. It even has a hook for your keys which I love love how it is adjustable and closes with Velcro so easy to open and close. The slots for the phone are a good size and I am able to put my iPhone 6 in it. I received this product for testing in exchange for my honest and unbiased opinion and this is solely mine.

Comment   One person found this helpful. Was this review helpful to you?  [Yes] [No]  Report abuse

Practical and Stylish!!!

By J Brown on January 3, 2015

This belt is very practical and stylish at the same time. Sometimes I forget to take it off after the workouts and wear it while I am running errands. Having small kids, you need as many empty hands as possible. I love the zipper pocket in the front, as it does secure my items better than the open pockets. The material is very nice and feels like good quality. It even blends in well with my Lululemon activewear.

Comment   One person found this helpful. Was this review helpful to you?  [Yes] [No]  Report abuse

Great for running/walking while wearing yoga pants or shorts!

By Di Hickman on July 5, 2015

I got this belt as I recently upgraded to an iPhone 6 and my phone no longer fit in my old running belt. I'd been using an arm band but they can get a little sticky in the heat and as summer is here it was time to upgrade!

The belt is fully and easily adjustable to fit around your waist and very comfortable. The pack itself is one long pocket with two openings. I found I could easily fit in my iPhone 6, keys, and a couple of dog poop bags for when I took my dog with me. One side of the pack has a little elasticated security clasp for your keys so they won't bounce out. I honestly didn't

Length: 4.26 Mins

discover this until about a week after I'd be using it. never had an issue. My keys stayed put but this would be great if you had ONE or two loose keys.

I wore this belt with my running shorts, and with yoga pants when walking my dog and it worked great!

Definitely recommend! Two thumbs up. 5/5!

Disclosure: I received this product for free in exchange for a fair and honest review, all opinions are my own. If you have any questions please ask. I pride myself in my review, please leave feedback if you find this review useful. Thanks!

Comment   Was this review helpful to you?  [Yes] [No]  Report abuse

This is a great running belt

By Umme TOP 1000 REVIEWER on June 24, 2015

This is a great running belt. My husband needing something for when he was jogging so things would stop coming out of his pockets. I think we have found a winner. This belt is nice it isn't to bulky but it holds a

Velcro

I like the concept but I have only used this about 5 times and the velcro barely works for not having or using that much yet. I keep it together with a binder clip
Published 5 months ago by Chrise

This is a pretty handy gadget to have

This is a pretty handy gadget to have. I use it daily only wish it was just a bit wider so my phone would slide in easier.
Published 7 months ago by Marjone Carri

Four Stars

Adjusted to any size hips
Published 8 months ago by Susie Johnson

Would not stay in place while running

The stretchy material was quality and I was excited about the Velcro, I wore it for a 20mile run and ditched it after 5 frustrating miles. The belt would not stay in place. Read more
Published 8 months ago by ELLE IRVING

Not good for iPhone 6 plus

Its too tight for the iPhone 6 plus, takes about 5 min to get the phone in and out, stitching is strained and it looks like it will rip eventually
Published 9 months ago by Julia A

Not fot One Sized fits all,

It is not a one sized fits all belt. It slides up and does not stay in place if you try to do more than casual walking
Published 9 months ago by Kwati.2317

Ok

Good, however I think I would like if it had a zipper or bottom... I was kind of afraid my credit card may slip and fall every time I took out my phone
Published 9 months ago by Annepp

I love this belt

I love this belt. It is perfect for doing exercises, walk and go to the gym. I carry my cell phone, keys, money and ID with any problem. I highly recommend you to buy it Read more
Published 10 months ago by Onarla Caroleja

Love it great for workouts

Love it great for workouts. I really like the Velcro on and off so u don't have to step in it like others
Published 10 months ago by James

Search Customer Reviews

[                    ]  [Search]

Amazon.com : Adjustable Fitness Storage Running Belt for Men/Women*Hands Free W...   Page 5 of 6

good amount. It zippers shut and stays shut until He opens it. It's light weight so it isn't cumbersome while
he is jogging. He doesn't mind wearing it whenever he is out for a run. This has lots of pockets to give him
room for whatever he needs or have with him at the moment.
I purchased this product for a reduced price for an honest and unbiased review.

Comment    Was this review helpful to you?  | Yes |  | No |   Report abuse

**Adjustable and fits comfortably**
By dani in hawaii on June 1, 2015
Verified Purchase
I am loving this belt and my workouts just got better. I do own one of those arm bands but the problem I
had was where to put the car keys. I ordered this belt through a special deal to give it a try and share my
honest and unbiased opinion. First of all I love how it is adjustable and closes with Velcro so easy on and
easy off. I am a plus size (16) and does fit me well and comfortably and does not roll on my waist. sits
perfectly. The slots for the phone are a good size and I am able to put my iPhone 6 in it with ease. Now
my favorite part is the clasp clip where I can hang my car keys and place it inside the belt as well. This is
the greatest idea and I absolutely like this item, to me superstar!



Comment    Was this review helpful to you?  | Yes |  | No |   Report abuse

See all 28 customer reviews (newest first)

| Write a customer review |

AmazonBasics Portable Bluetooth Speaker - Black
$39.99                                         1,953
Choose a product
| AmazonBasics Portable Bluetooth Speaker - I |   | Add to List |
                                                      Ad feedback

Pages with Related Products. See and discover other items: stretch money belt, 6 pack fitness bag

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
|  | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
|  | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
|  | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
|  | Become an Amazon Vendor |  | Help |
|  | › See all |  |  |

**amazon**.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | |
|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | CamXology<br>Thousands of<br>Digital Comics |
| CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>In India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet |
| | Warehouse Deals<br>Open-Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016  Amazon.com, Inc. or its affiliates

EX. 7, p. 61

Amazon.com : Xcellent Global Running Belt Runner Waist Pack and Fitness Hip Belt Ly...   Page 1 of 4



Shipping Information: View shipping rates and policies

ASIN: B00YRKLT54

**Average Customer Review:**          (4 customer reviews)

**Amazon Best Sellers Rank:** #372,004 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#766 in Sports & Outdoors > Sports & Fitness > Exercise & Fitness > Running > Waist Packs

**Product Warranty:** For warranty information about this product, please click here

---

**Customers Viewing This Page May Be Interested In These Sponsored Links** (What's this?)

- **Global Fitness - Official** · Buy Used Fitness Equipment & Save. Online Orders Ship Within   www.globalfitness.com/
  48Hrs!

- **Fitness Equipment Denver** · Exercise Bikes, Treadmills, Gyms Leader in fitness for over 10   www.coloradohomefitness.com/
  years

Ad feedback

## Customer Questions & Answers

| Have a question? Search for answers |
|---|

Typical questions asked about products
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

---

## Customer Reviews

4
4.5 out of 5 stars

| | | |
|---|---|---|
| 5 star | 75% | Share your thoughts with other customers |
| 4 star | 0% | |
| 3 star | 0% | Write a customer review |
| 2 star | 25% | |
| 1 star | 0% | |

See all 4 customer reviews

### Top Customer Reviews

**Nice**
By Amazon Customer on September 17, 2015
Size: Large   Color: Yellow   Verified Purchase
I use this for my insulin pump

Comment   Was this review helpful to you?   [Yes] [No]   Report abuse

**Five Stars**
By Jay H. on October 12, 2015
Size: Large   Color: Yellow   Verified Purchase
this works really well for an insulin pump and cost a 1/3 or everyone else

Comment   Was this review helpful to you?   [Yes] [No]   Report abuse

**Two Stars**
By Mallory on July 3, 2015
Size: Large   Color: Yellow   Verified Purchase
Quality is not that great. The thread is already unraveling

Comment   Was this review helpful to you?   [Yes] [No]   Report abuse

**Great for Diabetics!!!!!!**
By Angela Salyer on August 24  2015
Size: Small   Color: Yellow   Verified Purchase

XFINITY Triple Play TV / Internet / Voice
Choose a product
[XFINITY Triple Play]   [Shop now]

Ad feedback

Search Customer Reviews
[                    ]   [Search]

Amazon.com : Xcellent Global Running Belt Runner Waist Pack and Fitness Hip Belt Ly...   Page 3 of 4

Fantastic for those with an insulin pump. Hides discreetly under your clothing. I just wish there were more color options. This item is part of my daily wardrobe. It is perfect for storing my insulin pump and CGM receiver

**Comment**   One person found this helpful. Was this review helpful to you?   [ Yes ] [ No ]   **Report abuse**

**See all 4 customer reviews (newest first)**

[ Write a customer review ]



amazon launchpad

Today's brightest startups, now on Amazon
› Shop now

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| 6pm Score deals on fashion brands | AbeBooks Rare Books & Textbooks | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web | Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally |
|---|---|---|---|---|---|---|
| Home Services Handpicked Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | BeautyBar.com Prestige Beauty Delivered | Book Depository Books With Free Delivery Worldwide | Casa.com Kitchen, Storage & Everything Home | ComiXology Thousands of Digital Comics |
| CreateSpace Indie Print Publishing Made Easy | Diapers.com Everything But The Baby | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities |
| Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy | MYHABIT Private Fashion Designer Sales | Shopbop Designer Fashion Brands | Soap.com Health, Beauty & Home Essentials | TenMarks.com Math Activities for Kids & Schools | Wag.com Everything For Your Pet |
| | Warehouse Deals Open Box Discounts | Whispercast Discover & Distribute Digital Content | Woot! Discounts and Shenanigans | Yoyo.com A Happy Place To Shop For Toys | Zappos Shoes & Clothing | |

**EX. 7, p. 64**

Amazon.com : Xcellent Global Running Belt Runner Waist Pack and Fitness Hip Belt Ly...    Page 4 of 4

Conditions of Use    Privacy Notice    Interest-Based Ads © 1996-2016, Amazon.com, Inc. or its affiliates



Amazon.com : Running Belt - Fitness Workout Cycling Belt, Yoga & Travel Belt By Ste...   Page 2 of 5



**Weightlifting Belt Workout Clothes for Bodybuilder, Powerlifter or Weightlifter - Keep Your Core ...**
5
$44.95

**Running Belt Fitness Belt UltraSlim Workout Sport Waist Pack 2 Pockets Expandable iPhone 6S ...**
9
$10.99

**Running Fitness Belt with Zipper Runner Waist Pack**
217
$16.95

**Terra® Outdoor Flexible Running Fuel Belt & Fitness Workout Belt for Women and Men - Best..**
34
$21.00

**FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible ...**
126
$14.95

Ad feedback

## Product Details

Shipping Information: View shipping rates and policies

ASIN: B00YU8WLPA

Average Customer Review:          (11 customer reviews)

Amazon Best Sellers Rank: #347,363 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#734 in Sports & Outdoors > Sports & Fitness > Exercise & Fitness > Running > Waist Packs

Product Warranty: For warranty information about this product, please click here

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

- **Fitness Together** — Want Results? Try Personal Training Call For a Free Fitness Assessment!     www.fitnesstogether.com/personaltrai

- **Fitness Equipment Denver** — Exercise Bikes, Treadmills, Gyms Leader in fitness for over 10 years     www.coloradohomefitness.com/

Ad feedback

## Customer Questions & Answers

Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer Reviews

11

4.6 out of 5 stars

| | | |
|---|---|---|
| 5 star | 73% | Share your thoughts with other customers |
| 4 star | 9% | |
| 3 star | 9% | Write a customer review |
| 2 star | 9% | |
| 1 star | 0% | |

See all 11 customer reviews

### Top Customer Reviews

**Love it!**
By Kristen Hillyer on August 11, 2015
Size: Medium 29"-31"   Color: Blue   Verified Purchase
I had been carrying my cell phone in my hand for weeks during my daily runs. This was not ideal, but I wanted to track my runs. This belt is super comfy, and fits my iphone6 with a wallet case with no

Customer Images

Amazon.com : Running Belt - Fitness Workout Cycling Belt, Yoga & Travel Belt By Ste...   Page 3 of 5

problem. I don't even notice the phone being there. The phone does not bounce. Using headphones is also not a problem because of the way it is designed. Great product!

Comment   One person found this helpful   Was this review helpful to you?   [ Yes ] [ No ]   Report abuse

### too many slits
By vintod on February 2, 2016

Size: Large 32"-34"   Color: Black   Verified Purchase

Items will shift and slide in the pouch and eventually fly out of the other slits, especially something like a phone. Might be better for things like a subway card, license, credit card, etc. But I had to twist it up to prevent my phone from sliding out, and even that was a horrible work-around, as it would untwist from bouncing up and down while running. Perhaps if this had just 1 slit it would work better, but there are slits every 6 inches or so. I considered sewing them shut, but instead I went with a clip-on and zip-up belt. Haven't touched this one since.

Comment   Was this review helpful to you?   [ Yes ] [ No ]   Report abuse

### Comfortable, and holds phones great.
By lyn on June 25, 2015

For starters the green is more of a florescent yellow. The belt itself is very comfortable, fit was true to size. It did stretch, but not a whole lot. So, that's good to know. There is a little slot to insert your phone, keys etc. They don't move around, nor fall out. Which I really liked. My S4 fit in it just fine. I do wish the opening wasn't so seamless though. Im afraid the fabric might start threading after some use. Machine washes just fine with no color fading. It is quite bright

Sample Provided

Comment   2 people found this helpful   Was this review helpful to you?   [ Yes ] [ No ]   Report abuse

### best. thing. ever.
By Reba M. Tucker on June 28, 2015

Verified Purchase

I live right in front of a park and I love to go walking or running sometimes but I hate having to carry my cell phone and keys. I thought about getting one of those straps that goes around my arm for my phone but then I thought I might get a weird tan if I was outside for awhile. This also didn't solve my problem for storing my keys. I thought the price was a little steep for this but since I really wanted something I decided to give it a try. I totally love this flipbelt! All my things stay in place and it is very comfortable. I had read reviews about the sizing issues and I just followed the measurements on amazon. I ended up getting an x-small and it fits perfectly

Comment   Was this review helpful to you?   [ Yes ] [ No ]   Report abuse

### Work Out band.
By ♥ Princess JA ♥ on August 25, 2015

Being a mother of two children, I workout when I can and it's usually on the run. This workout belt holds everything I need. I put my phone in and my earphones when I'm not using them. It's made of some sort of stretchy material. I love how smooth it feels against my skin. I don't have to worry about anything falling out or shifting while I'm working out. Another great part — Machine washable. Frankly when you workout you sweat — and sweat stinks. I'm glad I have something that I can wash. Also, if you are just running out and you don't have any pockets - this works great to wrap about you to carry your phone.

I received this belt at a discount for my honest review



Comment   Was this review helpful to you?   [ Yes ] [ No ]   Report abuse

### I can carry my keys and cellphone during workouts
By Michelle T on August 27, 2015

Size: Medium 29"-31"   Color: Black

Before I got this Running Belt I didn't have a good place to my keys, phone and cash. This belt fits my Galaxy S5 phone, cash and the clip keeps my keys in place. I did measure my waist to get the correct

See all customer images

## Most Recent Customer Reviews

**Five Stars**

Great for the price, I love using it while I work out - good deal :)
Published 2 months ago by This Farm Chick

**Works great.**

Love the belt. Works great. Holds everything snug against my waist. I packed in an iPhone, keys, money, identification card without a problem... Read more
Published 5 months ago by Potter9

**Three Stars**

A little tight.
Published 7 months ago by Judy A Couch

**I love this running belt**

I love this running belt, it keeps everything in place without bouncing around. Perfect especially with wireless bluetooth headphones. It feels like you are running without... Read more
Published 8 months ago by Victoria L. Smith

**Awesome product. Now there is never a single reason ...**

Awesome product. Now there is never a single reason the planet anyone would ever need to wear one of those God forsake fanny packs again!
Published 8 months ago by Crystal M. Moody

## Search Customer Reviews

[                    ]   [ Search ]

EX. 7, p. 68

Amazon.com : Running Belt - Fitness Workout Cycling Belt, Yoga & Travel Belt By Ste...   Page 4 of 5

size of belt. It does stretch slightly to go over my hips  I used this belt during some cardio, walking and
also running on a treadmill. Everything stayed in the belt. I like the black belt so it will go with any of my
workout clothes
I received the product above in exchange for my unbiased review. Regardless, I only recommend
products I personally have used.



Comment    Was this review helpful to you?   [ Yes ]  [ No ]   Report abuse

**See all 11 customer reviews (newest first)**

[ Write a customer review ]

**Customers Who Viewed This Item Also Viewed**                                    Page 1 of 2

FlipBelt - USA Original
Patent, USA Designed,
USA Shipped, USA
Warranty
3,256
#1 Best Seller in Running
Waist Packs
$22.32 - $65.39

SNOWHALE Running
Belt&Fitness Workout Belt
Runner Waist Pack
Running Fanny Pack for...
40
$12.99

Running Belt - Travel and
fuel belt - best quality on
the market - FIT BELT
perfect for. Hiking,...
405
$13.79 - $19.79

Running Belt & Fitness
Workout, Yoga & Travel
Belt By Stealth - Like a
Fanny Pack or Waist...
50
$18.00

Running Belt, Smartdoo
Fitness Workout Belt, Waist
Pack Fit Iphone6 6s 6 Plus,
Runner Money Belt...
376
$14.99

Your Recently Viewed Items and Featured Recommendations

Inspired by your browsing history                                                 Page 1 of 5

Furious Fitwear Sports
Running Belt for Outdoor
Activities - 2-In-1
Reversible...
28
$25.95

Running Belt, Smartdoo
Fitness Workout Belt, Waist
Pack Fit Iphone6 6s 6 Plus,
Runner...
376
$14.99

Running Belt - Runner
Waist Pack by Oz Fit -
Money Belt with ZIPPER
Pouch / Runners Belt...
217
$16.95

OM Yoga Mat Bags - Full
Zipper Cargo Tote - with
Shoulder Straps - 4
Pockets to hold your...
212
$9.95

StashBandz® Sports
Travel Money Belt | U
Fitness Fanny & Wais
Pack...
181
$18.99

See personalized recommendations

View or edit
your browsing
history

Sign in

New customer? Start here

For Everything
**Mom Wants**
a
Amazon Gift Cards
› Shop now

Amazon.com : Running Belt - Fitness Workout Cycling Belt, Yoga & Travel Belt By Ste...   Page 5 of 5

Ad feedback

Back to top

**Get to Know Us**

Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally |
| Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home | ComiXology<br>Thousands of<br>Digital Comics |
| CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations | IMDb<br>Movies, TV<br>& Celebrities |
| Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials | TenMarks.com<br>Math Activities<br>for Kids & Schools | Wag.com<br>Everything<br>For Your Pet |
| | Warehouse Deals<br>Open Box<br>Discounts | Whispercast<br>Discover & Distribute<br>Digital Content | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing | |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

Amazon.com : SNOWHALE Running Belt&Fitness Workout Belt Runner Waist Pack Ru...   Page 1 of 6



Amazon.com : SNOWHALE Running Belt&Fitness Workout Belt Runner Waist Pack Ru...   Page 2 of 6



**Product Description**

**Product Features:**
HAS A SLIMMING EFFECT: No bounce,No ride up.Say Goodbye to that annoying bouncing you can't stand as you run! That bouncing waist pack that rides up. Or the irritable bounce with your phone in your pants or jacket pocket. The SNOWHALE Belt has been designed to evenly hug your body and grip it to keep the items locked in place preventing bouncing and ride-ups!
PULLS ON LIKE PANTS, NO ZIPPERS: It's made of that same stretchy material as your run wear (or gym wear), enhancing comfort and movement you won't even know you're wearing it. You can easily pull this over your head or up your legs and position it on your waist or hips, fitting nice and snug, without uncomfortable chafing.
LISTEN TO YOUR MUSIC HANDS-FREE, HOLDS ALL YOUR STUFF: Listen to your favorite tunes without needing to hold your phone, or dealing with annoying bouncing as you run with your phone and cards in your pocket.4 openings to hold your phone, money, keys, pepper spray, gel packs; items slide right in and stay there,tight during your exercise - whether you are running, working out at the gym, biking, walking your dog or even attending a yoga class.
BEST RUNNING BELT:Made of durable stretch fabric (95% polyester/5% spandex). Machine washable & Machine Dryable. No buckles to cause uncomfortable chafing.One year full warranty,Money-back guarantee (no questions asked)

Sizing Instructions:
1. Choose where you'll wear it. Around your waist or your hip? (Most people prefer hip)
2. Use the chart below:
SMALL = 26-28"

**Product Details**

Shipping Weight: 5.6 ounces (View shipping rates and policies)

ASIN: B00Y7YHNS2

Average Customer Review:          (40 customer reviews)

Amazon Best Sellers Rank: #173,216 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
    #446 in Sports & Outdoors > Sports & Fitness > Exercise & Fitness > Running > **Waist Packs**

Product Warranty: For warranty information about this product, please click here

**Sponsored Products Related To This Item** (What's this?)

**Customers Viewing This Page May Be Interested In These Sponsored Links** (What's this?)

- **Fitness Together** 🖥    -  Want Results? Try Personal Training Call For a Free Fitness          www.fitnesstogether.com/personaltrai
                                  Assessment!

- **Fitness Equipment Denver**    -  Exercise Bikes, Treadmils, Gyms Leader in **fitness** for over 10   www.coloradohomefitness.com/
  🖥                               years

                                                                                    Ad feedback

**Customer Questions & Answers**

See questions and answers

## Customer Reviews

40

4.2 out of 5 stars

| | |
|---|---|
| 5 star | 55% |
| 4 star | 28% |
| 3 star | 10% |
| 2 star | 2% |
| 1 star | 5% |

Share your thoughts with other customers

Write a customer review

See all 40 customer reviews

THINK OUTSIDE THE BOX. RECYCLE.
KEEP AMERICA BEAUTIFUL
amazon
Ad feedback

## Top Customer Reviews

**bought to replace purse while traveling**
By Kati S. Wight on August 19, 2015
Size: X-Large Color: Black Verified Purchase
I'm usually a size 16-18 in women's clothing. I bought the xl. This fits my waist, with a little extra room, it's not tight, and it has alot of stretch. The band fits my galaxy 3 with an otter box, keys, and wallet. Although it's heavy around my waist worth all the contents, it stays up because of my hips
Comment 8 people found this helpful. Was this review helpful to you? Yes No Report abuse

**Met my expectations**
By Kaylin Voss on September 28, 2015
Size: Large Color: Black Verified Purchase
I used this as my purse for a 1000 mile motorcycle trip this weekend. It worked wonders. It fit my waist how I expected and held cash, cards, a pack of gum, Chapstick, and my phone with plenty more space for other things. I got the black one and the only complaint I have is that it turned my fingers blackish. I'll try soaking or washing it before the next use.
Comment 3 people found this helpful. Was this review helpful to you? Yes No Report abuse

**Great belt, but it's NOT for wearing at the ...**
By Susan on November 11, 2015
Size: X-Small Color: Black Verified Purchase
Great belt, but it's NOT for wearing at the waist, hip only. I bought this one as it was advertised as wearable at waist or hip. I was doubtful, so I ordered an extra small just to be safe. Nope. It was much much too big, and I am about a 4 in standard sizing, not really an XS. Great belt if you're looking for a hip belt, but not if you want a waist belt.
Comment Was this review helpful to you? Yes No Report abuse

**Pleased**
By White Male '70 on April 21, 2016
Size: Large Color: Black Verified Purchase
It's OK. It's hard to find the openings. I feel the edge of the openings should have a slight edge of heavier material. I don't know why I thought I ordered the one with the zipper in the front. Overall I'm pleased. It's extremely useful
Comment Was this review helpful to you? Yes No Report abuse

## Customer Images

## Most Recent Customer Reviews

**Five Stars**
Great price for a great product!
Published 2 months ago by Amazon Customer

**Exactly what I needed.**
I wanted something that's big enough to go around me and my clothes + stretchy enough to hold my phone (Samsung Galaxy Note 4). This is perfect. Read more
Published 2 months ago by Christina L. Fletcher

**Works as described and it's very comfortable. Holds my iPhone 6 no...**
Works as described and it's very comfortable. Holds my iPhone 6 no problem and I use wireless ear buds so no wires in the way
Published 3 months ago by Michelle G

**Three Stars**
Looks great on
Published 3 months ago by Amazon Customer

**Five Stars**
Works perfectly. Fits well and hold just everything I need for my jogs
Published 4 months ago by Peri Name

**Works!**
This works really well for my Galaxy S5 phone and stays in place. I would recommend it for others.
Published 4 months ago by Aurbe Bod

Amazon.com : SNOWHALE Running Belt&Fitness Workout Belt Runner Waist Pack Ru...   Page 4 of 6

Nice quality for the price and basics running/walking. A few things could make it more versatile.
By Regina Suydam on October 8, 2015
Size: Medium  Color: Back  Verified Purchase
Good it doesn't move much. Great for a basic belt for walking and running. I think id preferr a thicker style, I'd also preffer to have a horizontal pocket for phone/ ipod it would be easier to answer phone or use headphones. A small zipper pouch for loose change would be nice as well. It would make it more versatile. It would nicer for shopping at the farmers market or to take to amusement parks/boardwalk/concerts where purses are an annoyance

Comment    3 people found this helpful. Was this review helpful to you?  [ Yes ] [ No ]   Report abuse

Fits my things but it doesn't stay on my hips ...
By btweennumber1 on September 16, 2015
Size: Large  Color: Back  Verified Purchase
Fits my things but it doesn't stay on my hips. It comes up around my waist where it bounces and shifts because it doesn't fit snuggly. Maybe some rubber strips to hold it in place? Also, It loses its shape. When I tether my keys to the clip, they fall out of the hole and hang to the side, which drives me nuts. That can be avoided by flipping the belt around, but just a side note.

Comment    Was this review helpful to you?  [ Yes ] [ No ]   Report abuse

Don't Waste Your Money!
By Jonathan kamp on March 19, 2016
Size: X-Large  Color: Back  Verified Purchase
This is the biggest rip off I have ever purchase. It does not look anything like the picture. It is a cloth tube with little slits in it. I am surprised it received postive reviews.
It is not worth the price. You could make the same thing for $2.00 or at the most $3.00.

Comment    One person found this helpful. Was this review helpful to you?  [ Yes ] [ No ]   Report abuse

I'D BUY THIS OVER A FLIPBELT ANY DAY!
By Regina & Jon on December 17, 2015
Size: X-Large  Color: Back  Verified Purchase
Great quality for the price I paid. I was really impressed by the quality of the material. I've been using it for a few weeks now and it still fits like the first time even from taking it off and on over and over. If you don't want to spend $30 or more on a Flipbelt, this is your hoyl grail. True to sizes. I got a small and I'm 5'3 125lbs, and it fit perfect on me. Great tool for going on runs! Armbands are so uncomfortable compared to this!!

Comment    Was this review helpful to you?  [ Yes ] [ No ]   Report abuse

See all 40 customer reviews (newest first)

[ Write a customer review ]

One Star
Horrible! I'm a zero and the small couldn't fit if my life depended on it!
Published 4 months ago by Online Quality Shopper

I like the product and the idea but I would advise ...
I like the product and the idea but I would advise you to measure twice, buy once. There is very little stretch and once you put items into it to store it can become tight very... Read more
Published 4 months ago by Amazon Customer

Three Stars
It's practical to carry stuff when you a re working out and have no pocket
Published 5 months ago by Pedro

Very handly little invention. Great place to store my items while I'm...
works great at the gym - girl athletic shorts rarely have pockets! The sizes run a little smaller than I would expect and would recommend it you are between a small and medium - go... Read more
Published 5 months ago by guerdurangal

Search Customer Reviews
[              ] [ Search ]

Customers Who Viewed This Item Also Viewed

Running Belt Waist Pack, MoKo Universal Outdoor Sports Waist Fanny Pack Belt / Fitness Workout
46
$11.99 - $13.99

Flexibelt by FitSexl - Best runner waist pack - the perfect fanny pack for exercise and fitness - the
63
$9.99

Jogging Cycling Hiking Waist Pack Fitness Belt -Phone, Money, Card, Key
26
$9.99

Nonwe Outdoor Sports Runners Waist Pack and Fitness Workout Running Belt
67
$11.99 - $12.99

#1 Premium Running Belt ★ Fitness Waist Pack ★ Best Fit for Large Phones including iPhone 6 + and
161
$12.99 - $15.99

Amazon.com : SNOWHALE Running Belt&Fitness Workout Belt Runner Waist Pack Ru...   Page 5 of 6



FitBelt - Running Belt with
zipper for iPhone 6 / 6 Plus
& Android Smartphones +
Touchscreen Compatible -
126
$14.95 - $21.95





Save Big on Amazon
Open-Box & Used                    ›Learn more

Ad feedback

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Reload Your Balance | Manage Your Content and Devices |
| | Self-Publish with Us | Amazon Currency Converter | Amazon Assistant |
| | Become an Amazon Vendor | | Help |
| | › See all | | |

**amazon**.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | |
|---|---|---|---|---|---|
| 6pm Score deals on fashion brands | AbeBooks Rare Books & Textbooks | ACX Audiobook Publishing Made Easy | Alexa Actionable Analytics for the Web | Amazon Business Everything For Your Business | AmazonFresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally |
| Home Services Handpicked Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Download Audio Books | BeautyBar.com Prestige Beauty Delivered | Book Depository Books With Free Delivery Worldwide | Casa.com Kitchen, Storage & Everything Home | ComiXology Thousands of Digital Comics |
| CreateSpace Indie Print Publishing Made Easy | Diapers.com Everything But The Baby | DPReview Digital Photography | East Dane Designer Men's Fashion | Fabric Sewing, Quilting & Knitting | Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities |
| Junglee.com Shop Online in India | Kindle Direct Publishing Indie Digital Publishing Made Easy | MYHABIT Private Fashion Designer Sales | Shopbop Designer Fashion Brands | Soap.com Health, Beauty & Home Essentials | TenMarks.com Math Activities for Kids & Schools | Wag.com Everything For Your Pet |
| | Warehouse Deals Open-Box Discounts | Whispercast Discover & Distribute Digital Content | Woot! Discounts and Shenanigans | Yoyo.com A Happy Place To Shop For Toys | Zappos Shoes & Clothing | |

EX. 7, p. 76

Amazon.com : SNOWHALE Running Belt&Fitness Workout Belt Runner Waist Pack Ru...   Page 6 of 6

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016, Amazon.com, Inc. or its affiliates

Amazon.com : Pardus™ Unisex Designed Runner Waist Pack- Pockets for Keys, Money,...   Page 1 of 4





Amazon.com : Pardus™ Unisex Designed Runner Waist Pack- Pockets for Keys, Money,...   Page 2 of 4



**Weightlifting Belt Workout Clothes for Bodybuilder, Powerlifter or Weightlifter - Keep Your Core ...**
5
$44.95

**Running Belt Fitness Belt UltraSlim Workout Sport Waist Pack 2 Pockets Expandable iPhone 6S ...**
9
$10.99

**Running Fitness Belt with Zipper Runner Waist Pack**
217
$18.95

**Terra® Outdoor Flexible Running Fuel Belt & Fitness Workout Belt for Women and Man - Best ...**
34
$21.00

**FitBelt - Running Belt with zipper for iPhone 6 / 6 Plus & Android Smartphones + Touchscreen Compatible ...**
126
$14.95

Ad feedback

## Product Details

**Shipping Weight:** 3.2 ounces (View shipping rates and policies)

**ASIN:** B00SKPMPFU

**Average Customer Review:**   (8 customer reviews)

**Amazon Best Sellers Rank:** #417,991 in Sports & Outdoors (See Top 100 in Sports & Outdoors)
#845 in Sports & Outdoors > Sports & Fitness > Exercise & Fitness > Running > **Waist Packs**

**Product Warranty:** For warranty information about this product, please click here

## Customers Viewing This Page May Be Interested In These Sponsored Links (What's this?)

- **Fitness Together**   - Want Results? Try Personal Training Call For a Free Fitness Assessment!   www.fitnesstogether.com/personaltrai

- **Fitness Equipment Denver**   - Exercise Bikes, Treadmills, Gyms Leader in fitness for over 10 years   www.coloradohomefitness.com/

## Customer Questions & Answers

Have a question? Search for answers

Typical questions asked about products:
- Is the item durable?
- Is this item easy to use?
- What are the dimensions of this item?

## Customer Reviews

8

2.8 out of 5 stars

| | |
|---|---|
| 5 star | 0% |
| 4 star | 50% |
| 3 star | 0% |
| 2 star | 25% |
| 1 star | 25% |

Share your thoughts with other customers

Write a customer review

See all 8 customer reviews

## Top Customer Reviews

Ad feedback

**Save your money.**
By AlyDA on July 4, 2015

Size Large   Color Black   Verified Purchase

The sizing is wrong. It has very little stretch. My GS5 doesn't fit so clearly nothing along the lines of an iPhone 6 plus would fit. I wore it twice and the seams started separating and coming apart. Definitely not worth the price.

### Most Recent Customer Reviews

**Four Stars**
Does not fit iPhone 6
Published 6 months ago by enjola

Amazon.com : Pardus™ Unisex Designed Runner Waist Pack- Pockets for Keys, Money,... Page 3 of 4

Comment   Was this review helpful to you?  Yes | No   Report abuse

**Almost perfect**

By Amazon Customer on August 4, 2015

Size: M   Color: Black   Verified Purchase

I love it. Use it when running or walking away from home to keep keys. I even took it kayaking to keep my Id and some cash on my body. However I have a galaxy nota 3 and it will not fit inside which is why I purchased it in the first place.

1 Comment   Was this review helpful to you?  Yes | No   Report abuse

**Worth it.**

By Haley on May 23, 2015

Size: M   Color: Black   Verified Purchase

This is a nice belt, I bought a medium which fits snug (in a good way). The only problem I have with this is it doesn't fit my iPhone 6+. The slits are about 1-2 inches wide with hardly any give. Which is all on me. I thought the reviews had mentioned it fitting. I just took some scissors to one of the slits and it works like a charm. Went for a run yesterday and my phone stayed firmly in place.

1 Comment   Was this review helpful to you?  Yes | No   Report abuse

**Cheaper than a fitbelt, but not better.**

By Sandra Heinz on June 15, 2015

Size: Large   Color: Black   Verified Purchase

Not as helpful as I hoped. The pocket openings were too small for my phone, and I have a small phone. The whole belt could be wider. I have no idea how one would fit a large phone into this.

1 Comment   One person found this helpful. Was this review helpful to you?  Yes | No   Report abuse

**See all 8 customer reviews (newest first)**

Write a customer review

**Four Stars**

Its perfect for carrying my cell phone when I don't have pockets

Published 7 months ago by Dorothy Beadle-Haring

**One Star**

Opening to small to use

Published 9 months ago by TR

**Two Stars**

was small to size

Published 9 months ago by Valerie moravi

**Search Customer Reviews**

[                    ]  Search

Save Big on Amazon
Open-Box & Used

Ad feedback

Back to top

**Get to Know Us**

Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Reload Your Balance
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Amazon Assistant
Help

amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| 6pm | AbeBooks | ACX | Alexa | Amazon Business | AmazonFresh | AmazonGlobal |
|---|---|---|---|---|---|---|
| Score deals on fashion brands | Rare Books & Textbooks | Audiobook Publishing Made Easy | Actionable Analytics for the Web | Everything For Your Business | Groceries & More Right To Your Door | Ship Orders Internationally |

Amazon.com : Pardus™ Unisex Designed Runner Waist Pack- Pockets for Keys, Money,...   Page 4 of 4

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Casa.com
Kitchen, Storage
& Everything Home

ComiXology
Thousands of
Digital Comics

CreateSpace
Indie Print Publishing
Made Easy

Diapers.com
Everything
But The Baby

DPReview
Digital
Photography

East Dane
Designer Men's
Fashion

Fabric
Sewing, Quilting
& Knitting

Goodreads
Book reviews
& recommendations

IMDb
Movies, TV
& Celebrities

Junglee.com
Shop Online
in India

Kindle Direct Publishing
Indie Digital Publishing
Made Easy

MYHABIT
Private Fashion
Designer Sales

Shopbop
Designer
Fashion Brands

Soap.com
Health, Beauty &
Home Essentials

TenMarks.com
Math Activities
for Kids & Schools

Wag.com
Everything
For Your Pet

Warehouse Deals
Open-Box
Discounts

Whispercast
Discover & Distribute
Digital Content

Woot!
Discounts and
Shenanigans

Yoyo.com
A Happy Place
To Shop For Toys

Zappos
Shoes &
Clothing

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2016 Amazon.com, Inc. or its affiliates