

# Report Infringement

## About this Page

This form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements such as copyright and trademark concerns. If you are not an intellectual property rights owner or their agent, Amazon will not be able to process complaints submitted through this form. Please report your concerns to Amazon through the appropriate venue:

- Sellers may use this contact us form to report inappropriate listings, other sellers, policy violations, etc.
- Buyers may use this contact us form to report problems with orders, seller policy violations, etc.

## We Do Not Enforce

**Detail Page Ownership and Image Restrictions:** When a detail page is created, it becomes a permanent catalog page on Amazon.com that will remain even if the creator's inventory sells out. Additionally, when you add your copyrighted image to a detail page, you grant Amazon and its affiliates a non-exclusive, worldwide, royalty-free, perpetual, irrevocable right to exercise all rights of publicity over the material.

Other sellers can list their items for sale against pages that you have created or added your copyrighted images to. However, we do require sellers to list only against detail pages that exactly match their items. If you believe sellers are listing against detail pages that do not exactly match their items, we ask that you report the violation directly by using the contact us form.

If your copyrighted image has been added to our catalog without your consent, please complete the form below.

**Exclusive or Selective Distribution:** Amazon respects a manufacturer's right to enter into exclusive distribution agreements for its products. However, violations of such agreements do not constitute intellectual property rights infringement. As the enforcement of these agreements is a matter between the manufacturer and the retailers, it would not be appropriate for Amazon to assist in enforcement activities.

## Allegation of Infringement

\*Are you the Rights Owner or an Agent?

◯ Rights Owner   ⦿ Agent

\*The primary complaint pertains to

trademark concerns - unauthorized use of a word, phrase, symbol, and/or design tha ▼

\*The specific concern is

other (please explain)                                                      ▼

\*Name of Brand

FlipBelt

Trademark or Patent Registration Number

US TM No. 4300574; US Pats. D691795 and D

\*Additional Information

This item is an unauthorized "replica" and infringes Ms. Mia Do's (of Level Terrain LLC dba FlipBelt) U.S. Trademark Registration No. 4,300,574 for "FLIPBELT." Specifically, the front of the infringing athletic waist band has the word "Fit" with only the first letter capitalized next to the word "Belt" with only the first letter capitalized and the font is similar to the "FlipBelt" trademark.  Using the words "FitBelt" in a similar font and location that FlipBelt uses its "FlipBelt" mark on the athletic waist band is likely to cause consumer confusion as to the source and origin of the athletic waist band or, at the very least, cause consumers to falsely believe the athletic

\*The ASIN (Amazon Standard Identification Number) or the URL of each product you are reporting. You can report up to 50 products for the same specific concern in 1 form. If you have different concerns to report, please submit 1 form for each concern.

EX. 8, p. 1

ASIN/ISBN-10          OR Product URL

| ASIN/ISBN-10 | Title | Scope | |
|---|---|---|---|
| Remove B00SUQH5AY | FIT Belt (Small) | Specific sellers ▾ | 1 selected |
| Remove B00SUQH5CM | FIT Belt (Medium) | Specific sellers ▾ | 1 selected |
| Remove B00SUQH5BI | FIT Belt (Large) | Specific sellers ▾ | 2 selected |
| Remove B00WJREAAI | Blue1one Unisex Fit Belt with Zipper Pocket | All sellers ▾ | |

## Statements

"I have a good faith belief that the content(s) described above violate(s) my rights described above or those held by the rights owner, and that the use of such content(s) is contrary to law."

"I declare, under penalty of perjury, that the information contained in this notification is correct and accurate and that I am the owner or agent of the owner of the rights described above."

☑ I have read and accept the statements above.

## Type the characters you see in this image



Try a different image.

*Type characters

PN8XU3

Submit

## Submitted Allegation of Infringement

- B013TQFP0Q: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B015PM8Z6I: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B013TQFPTW: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B013TQFOVQ: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B013K7WNGS: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WOEY: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WPH0: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WQUQ: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UQQ2: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UP9U: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UNZG: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UMSY: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WSBI: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WTS0: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch

- B013K7WVDS: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B012YAQACA: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7ULG2: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UK3Q: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UJVA: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch

## Contact Details

**Primary Contact Details** (Used by Amazon)
Kendria Pearson
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver Colorado 80202
United States
3038632986
kpearson@sheridanross.com

**Secondary Contact Details** (Used by Third Party Sellers)
Kendria Pearson
kpearson@sheridanross.com

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Help |
| | Become an Amazon Vendor | | |
| | › See all | | |

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| AmazonGlobal<br>Ship Orders<br>Internationally | Amazon Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | VineMarket.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

Try Prime    All ▾

Shop by
Department ▾    Kendra's Amazon.com   Today's Deals   Gift Cards   Sell    Hello, Kendra   Try    Wish   0
                                                                      Your Account ▾  Prime ▾  List ▾   Cart

# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

[ Submit additional allegations ]

## Submitted Allegation of Infringement

- B013TQFP0Q: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B015PM8Z6I: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B013TQFPTW: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B013TQFOVQ: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B013K7WNGS: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WOEY: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WPH0: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WQUQ: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UQQ2: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UP9U: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UNZG: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UMSY: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WSBI: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WTS0: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WVDS: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B012YAQACA: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7ULG2: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout

Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
* B013K7UK3Q: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
* B013K7UIVA: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
* B00SUQH5AY: FIT Belt (Small)
* B00SUQH5CM: FIT Belt (Medium)
* B00SUQH5BI: FIT Belt (Large)
* B00WJREAAI: Blue1one Unisex Fit Belt with Zipper Pocket

## Contact Details

**Primary Contact Details** (Used by Amazon)
Kendria Pearson
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver Colorado 80202
United States
3038632986
kpearson@sheridanross.com

**Secondary Contact Details** (Used by Third Party Sellers)
Kendria Pearson
kpearson@sheridanross.com

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Help

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| 6pm | AbeBooks | ACX | AfterSchool.com | Alexa | Amazon Business | AmazonFresh |
| Score deals on fashion brands | Rare Books & Textbooks | Audiobook Publishing Made Easy | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Everything For Your Business | Groceries & More Right To Your Door |
| AmazonGlobal | Amazon Home Services | Amazon Web Services | Audible | BeautyBar.com | Book Depository | Casa.com |
| Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Scalable Cloud Computing Services | Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Kitchen, Storage & Everything Home |
| ComiXology | CreateSpace | Diapers.com | DPReview | East Dane | Fabric | Goodreads |
| Thousands of Digital Comics | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations |
| IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop | Soap.com |
| Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands | Health, Beauty & Home Essentials |
| TenMarks.com | VineMarket.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

**EX. 8, p. 5**

| | |
|---|---|
| **From:** | notice@amazon.com |
| **To:** | Kendria Pearson |
| **Subject:** | We Have Received Your Infringement Complaint about B013TQFP0Q, B015PM8Z6I, B013TQFPTW, B013TQFOVQ |
| **Date:** | Tuesday, November 17, 2015 2:26:10 PM |

Hello,

Thank you for your report. Amazon respects the intellectual property rights of others and requires third party sellers listing offers on our site do the same.

All reports are reviewed by our investigation team. You will be notified by email when we have completed our review.

Seller Performance
Amazon.com



# Report Infringement

## About this Page

This form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements such as copyright and trademark concerns. If you are not an intellectual property rights owner or their agent, Amazon will not be able to process complaints submitted through this form. Please report your concerns to Amazon through the appropriate venue:

- Sellers may use this contact us form to report inappropriate listings, other sellers, policy violations, etc.
- Buyers may use this contact us form to report problems with orders, seller policy violations, etc.

## We Do Not Enforce

**Detail Page Ownership and Image Restrictions:** When a detail page is created, it becomes a permanent catalog page on Amazon.com that will remain even if the creator's inventory sells out. Additionally, when you add your copyrighted image to a detail page, you grant Amazon and its affiliates a non-exclusive, worldwide, royalty-free, perpetual, irrevocable right to exercise all rights of publicity over the material.

Other sellers can list their items for sale against pages that you have created or added your copyrighted images to. However, we do require sellers to list only against detail pages that exactly match their items. If you believe sellers are listing against detail pages that do not exactly match their items, we ask that you report the violation directly by using the contact us form.

If your copyrighted image has been added to our catalog without your consent, please complete the form below.

**Exclusive or Selective Distribution:** Amazon respects a manufacturer's right to enter into exclusive distribution agreements for its products. However, violations of such agreements do not constitute intellectual property rights infringement. As the enforcement of these agreements is a matter between the manufacturer and the retailers, it would not be appropriate for Amazon to assist in enforcement activities.

## Allegation of Infringement

*Are you the Rights Owner or an Agent?

○ Rights Owner     ● Agent

*The primary complaint pertains to

trademark concerns - unauthorized use of a word, phrase, symbol, and/or design tha ▼

*The specific concern is

image or trademark is used without authorization                                              ▼

*Name of Brand

| FlipBelt |
| --- |

Trademark or Patent Registration Number

| U.S. Trademark Registration No. 4,300,574 |
| --- |

*Additional Information

D738,618." Level Terrain LLC's patents specifically cover an athletic waist band with the appearance shown in Level Terrain LLC's two design patents. These listings advertise the sale of an athletic waist band that is virtually identical to the athletic waist band shown in Level Terrain LLC's patents.

Given the trademark and patent infringement in the advertisement and sale of the infringing athletic waist bands on this listing on Amazon.com, we request that Amazon immediately remove this listing.

*The ASIN (Amazon Standard Identification Number) or the URL of each product you are reporting. You can report up to 50 products for the same specific concern in 1 form. If you have different concerns to report, please submit 1 form for each concern.

| ASIN/ISBN-10 | | OR Product URL | | |
| --- | --- | --- | --- | --- |

| | ASIN/ISBN-10 | Title | | Scope | |
| --- | --- | --- | --- | --- | --- |
| Remove | B00SUQH5AY | FIT Belt (Small) | | Specific sellers ▾ | 1 selected |
| Remove | B00SUQH5CM | FIT Belt (Medium) | | Specific sellers ▾ | 1 selected |
| Remove | B00SUQH5BI | FIT Belt (Large) | | Specific sellers ▾ | Close |

☑ Blue-1one *(New)*

Selected Sellers
*Blue-1one(x)*

## Statements

"I have a good faith belief that the content(s) described above violate(s) my rights described above or those held by the rights owner, and that the use of such content(s) is contrary to law."

"I declare, under penalty of perjury, that the information contained in this notification is correct and accurate and that I am the owner or agent of the owner of the rights described above."

☑ I have read and accept the statements above.

## Type the characters you see in this image

AL3GRT

Try a different image.

*Type characters

pl3grt

Submit

## Submitted Allegation of Infringement

- B013TQFP0Q: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B015PM8Z6I: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B013TQFOVQ: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B013TQFPTW: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00UQFRL9C: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00UQFRL8I: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00UQFRL9M: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00ZF3YUAS: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B0164DC91O: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces

## Contact Details

**Primary Contact Details** (Used by Amazon)
Kendria Pearson
Sheridan Ross

**EX. 8, p. 8**

1560 Broadway, Suite 1200
Denver Colorado 80202
United States
3038632986
kpearson@sheridanross.com

**Secondary Contact Details** (Used by Third Party Sellers)
Kendria Pearson
kpearson@sheridanross.com

Back to top

**Get to Know Us**
Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**
Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Help

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| 6pm | AbeBooks | ACX | AfterSchool.com | Alexa | Amazon Business | AmazonFresh |
|---|---|---|---|---|---|---|
| Score deals on fashion brands | Rare Books & Textbooks | Audiobook Publishing Made Easy | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Everything For Your Business | Groceries & More Right To Your Door |
| AmazonGlobal | Home Services | Amazon Web Services | Audible | BeautyBar.com | Book Depository | Casa.com |
| Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Scalable Cloud Computing Services | Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Kitchen, Storage & Everything Home |
| ComiXology | CreateSpace | Diapers.com | DPReview | East Dane | Fabric | Goodreads |
| Thousands of Digital Comics | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations |
| IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop | Soap.com |
| Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands | Health, Beauty & Home Essentials |
| TenMarks.com | VineMarket.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

**EX. 8, p. 9**

Try Prime        All ▾

Shop by                                                                    Hello, Kendria        Try        Your              0
Department ▾     Kendria's Amazon.com   Today's Deals   Gift Cards   Sell    Your Account ▾    Prime ▾    Lists ▾         Cart

# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

> Submit additional allegations

## Submitted Allegation of Infringement

- B013TQFP0Q: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B015PM8Z6I: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B013TQFOVQ: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B013TQFPTW: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00UQFRL9C: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00UQFRL8I: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00UQFRL9M: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00ZF3YUAS: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B0164DC91O: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00SUQH5AY: FIT Belt (Small)
- B00SUQH5CM: FIT Belt (Medium)
- B00SUQH5BI: FIT Belt (Large)

## Contact Details

**Primary Contact Details** (Used by Amazon)
Kendria Pearson
Sheridan Ross
1560 Broadway, Suite 1200
Denver Colorado 80202
United States
3038632986
kpearson@sheridanross.com

**Secondary Contact Details** (Used by Third Party Sellers)
Kendria Pearson
kpearson@sheridanross.com

Back to top

**Get to Know Us**

Careers

About Amazon

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Help

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm**<br>Score deals<br>on fashion brands. | **AbeBooks**<br>Rare Books<br>& Textbooks | **ACX**<br>Audiobook Publishing<br>Made Easy | **AfterSchool.com**<br>Kids' Sports, Outdoor<br>& Dance Gear | **Alexa**<br>Actionable Analytics<br>for the Web | **Amazon Business**<br>Everything For<br>Your Business | **AmazonFresh**<br>Groceries & More<br>Right To Your Door |
| **AmazonGlobal**<br>Ship Orders<br>Internationally | **Home Services**<br>Handpicked Pros<br>Happiness Guarantee | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services | **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Casa.com**<br>Kitchen, Storage<br>& Everything Home |
| **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography | **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>& recommendations |
| **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands | **Soap.com**<br>Health, Beauty &<br>Home Essentials |
| **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **VineMarket.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

| | |
|---|---|
| **From:** | notice@amazon.com |
| **To:** | Kendria Pearson |
| **Subject:** | We Have Received Your Infringement Complaint about B013TQFP0Q, B015PM8Z6I, B013TQFOVQ, B013TQFPTW, B00UQFRL9C, ... |
| **Date:** | Monday, November 30, 2015 3:26:31 PM |

Hello,

Thank you for your report. Amazon respects the intellectual property rights of others and requires third party sellers listing offers on our site do the same.

All reports are reviewed by our investigation team. You will be notified by email when we have completed our review.

Seller Performance
Amazon.com



# Report Infringement

## About this Page

This form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements such as copyright and trademark concerns. If you are not an intellectual property rights owner or their agent, Amazon will not be able to process complaints submitted through this form. Please report your concerns to Amazon through the appropriate venue:

- Sellers may use this contact us form to report inappropriate listings, other sellers, policy violations, etc.
- Buyers may use this contact us form to report problems with orders, seller policy violations, etc.

## We Do Not Enforce

**Detail Page Ownership and Image Restrictions:** When a detail page is created, it becomes a permanent catalog page on Amazon.com that will remain even if the creator's inventory sells out. Additionally, when you add your copyrighted image to a detail page, you grant Amazon and its affiliates a non-exclusive, worldwide, royalty-free, perpetual, irrevocable right to exercise all rights of publicity over the material.

Other sellers can list their items for sale against pages that you have created or added your copyrighted images to. However, we do require sellers to list only against detail pages that exactly match their items. If you believe sellers are listing against detail pages that do not exactly match their items, we ask that you report the violation directly by using the contact us form.

If your copyrighted image has been added to our catalog without your consent, please complete the form below.

**Exclusive or Selective Distribution:** Amazon respects a manufacturer's right to enter into exclusive distribution agreements for its products. However, violations of such agreements do not constitute intellectual property rights infringement. As the enforcement of these agreements is a matter between the manufacturer and the retailers, it would not be appropriate for Amazon to assist in enforcement activities.

## Allegation of Infringement

\*Are you the Rights Owner or an Agent?

　Rights Owner　　◉ Agent

\*The primary complaint pertains to

trademark concerns - unauthorized use of a word, phrase, symbol, and/or design tha　▼

\*The specific concern is

image or trademark is used without authorization　　　　　　　　　　　　　▼

\*Name of Brand

| FlipBelt |

Trademark or Patent Registration Number

| US TM Reg. No. 4,300,574 |

\*Additional Information

the athletic waist band or, at the very least, cause consumers to falsely believe the athletic waist band is affiliated with FlipBelt or made under a license from FlipBelt. Additionally, the front of the infringing athletic waist band has the word "Fit" with only the first letter capitalized next to the word "Belt" with only the first letter capitalized and the font is similar to the font used in the "FlipBelt" trademark. Using the words "FitBelt" in a similar font and location that FlipBelt uses its "FlipBelt" mark on the athletic waist band is likely to cause consumer confusion as to the source and origin of the athletic waist band or, at the very least, cause consumers to falsely believe the athletic waist band is affiliated with FlipBelt or made under a license from FlipBelt.

\*The ASIN (Amazon Standard Identification Number) or the URL of each product you are reporting. You can report up to 50 products for the same specific concern in 1 form. If you have different concerns to report, please submit 1 form for each concern.



## Statements

"I have a good faith belief that the content(s) described above violate(s) my rights described above or those held by the rights owner, and that the use of such content(s) is contrary to law."

"I declare, under penalty of perjury, that the information contained in this notification is correct and accurate and that I am the owner or agent of the owner of the rights described above."

☑ I have read and accept the statements above.

## Type the characters you see in this image



Try a different image.

*Type characters

eyr7ej

[ Submit ]

## Submitted Allegation of Infringement

- B00SUQH5AY: FIT Belt (Small)
- B00SUQH5CM: FIT Belt (Medium)
- B00SUQH5BI: FIT Belt (Large)

## Contact Details

**Primary Contact Details** (Used by Amazon)
Kendria Pearson
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver Colorado 80202
United States
3038632986
kpearson@sheridanross.com

**Secondary Contact Details** (Used by Third Party Sellers)
Kendria Pearson
kpearson@sheridanross.com

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Help |
| | Become an Amazon Vendor | | |
| | › See all | | |

### amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | |
|---|---|---|---|---|---|
| **6pm** Score deals on fashion brands | **AbeBooks** Rare Books & Textbooks | **ACX** Audiobook Publishing Made Easy | **AfterSchool.com** Kids' Sports, Outdoor & Dance Gear | **Alexa** Actionable Analytics for the Web | **Amazon Business** Everything For Your Business | **AmazonFresh** Groceries & More Right To Your Door |
| **AmazonGlobal** Ship Orders Internationally | **Home Services** Handpicked Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Download Audio Books | **BeautyBar.com** Prestige Beauty Delivered | **Book Depository** Books With Free Delivery Worldwide | **Casa.com** Kitchen, Storage & Everything Home |
| **ComiXology** Thousands of Digital Comics | **CreateSpace** Indie Print Publishing Made Easy | **Diapers.com** Everything But The Baby | **DPReview** Digital Photography | **East Dane** Designer Men's Fashion | **Fabric** Sewing, Quilting & Knitting | **Goodreads** Book reviews & recommendations |
| **IMDb** Movies, TV & Celebrities | **Junglee.com** Shop Online in India | **Kindle Direct Publishing** Indie Digital Publishing Made Easy | **Look.com** Kids' Clothing & Shoes | **MYHABIT** Private Fashion Designer Sales | **Shopbop** Designer Fashion Brands | **Soap.com** Health, Beauty & Home Essentials |

| TenMarks.com | VineMarket.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Math Activities | Everything | Everything | Open-Box | Discounts and | A Happy Place | Shoes & |
| for Kids & Schools | to Live Life Green | For Your Pet | Discounts | Shenanigans | To Shop For Toys | Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2015, Amazon.com, Inc. or its affiliates



# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

> Submit additional allegations

## Submitted Allegation of Infringement

- B013TQFP0Q: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B015PM8Z6I: FitBelt – Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B013TQFPTW: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B013TQFOVQ: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes

## Contact Details

**Primary Contact Details** (Used by Amazon)
Kendria Pearson
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver Colorado 80202
United States
3038632986
kpearson@sheridanross.com

**Secondary Contact Details** (Used by Third Party Sellers)
Kendria Pearson
kpearson@sheridanross.com

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Help |
| | Become an Amazon Vendor | | |
| | › See all | | |



amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| 6pm | AbeBooks | ACX | AfterSchool.com | Alexa | Amazon Business | AmazonFresh |
| Score deals on fashion brands | Rare Books & Textbooks | Audiobook Publishing Made Easy | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Everything For Your Business | Groceries & More Right To Your Door |
| AmazonGlobal | Amazon Home Services | Amazon Web Services | Audible | BeautyBar.com | Book Depository | Casa.com |
| Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Scalable Cloud Computing Services | Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Kitchen, Storage & Everything Home |
| ComiXology | CreateSpace | Diapers.com | DPReview | East Dane | Fabric | Goodreads |
| Thousands of Digital Comics | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations |
| IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop | Soap.com |
| Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands | Health, Beauty & Home Essentials |
| TenMarks.com | VineMarket.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads © 1996-2015, Amazon.com, Inc. or its affiliates



## Report Infringement

### About this Page

This form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements such as copyright and trademark concerns. If you are not an intellectual property rights owner or their agent, Amazon will not be able to process complaints submitted through this form. Please report your concerns to Amazon through the appropriate venue:

- Sellers may use this contact us form to report inappropriate listings, other sellers, policy violations, etc.
- Buyers may use this contact us form to report problems with orders, seller policy violations, etc.

### We Do Not Enforce

**Detail Page Ownership and Image Restrictions:** When a detail page is created, it becomes a permanent catalog page on Amazon.com that will remain even if the creator's inventory sells out. Additionally, when you add your copyrighted image to a detail page, you grant Amazon and its affiliates a non-exclusive, worldwide, royalty-free, perpetual, irrevocable right to exercise all rights of publicity over the material.

Other sellers can list their items for sale against pages that you have created or added your copyrighted images to. However, we do require sellers to list only against detail pages that exactly match their items. If you believe sellers are listing against detail pages that do not exactly match their items, we ask that you report the violation directly by using the contact us form.

If your copyrighted image has been added to our catalog without your consent, please complete the form below.

**Exclusive or Selective Distribution:** Amazon respects a manufacturer's right to enter into exclusive distribution agreements for its products. However, violations of such agreements do not constitute intellectual property rights infringement. As the enforcement of these agreements is a matter between the manufacturer and the retailers, it would not be appropriate for Amazon to assist in enforcement activities.

### Allegation of Infringement

*Are you the Rights Owner or an Agent?

○ Rights Owner    ● Agent

*The primary complaint pertains to

trademark concerns - unauthorized use of a word, phrase, symbol, and/or design tha  ▼

*The specific concern is

other (please explain)                                                     ▪

*Name of Brand

| FlipBelt |
|---|

Trademark or Patent Registration Number

| US TM No. 4300574; US Pats. D691795 and D |
|---|

*Additional Information

The athletic waist bands sold via this listing also infringe FlipBelt's patents. U.S. Design Patent Nos. D691,795 and D738,618. FlipBelt's patents specifically cover an athletic waist band with the appearance shown in FlipBelt's two design patents. This listing advertises the sale of an athletic waist band that is virtually identical to the athletic waist band shown in FlipBelt's patents.

Given the trademark and patent infringement in the advertisement and sale of the infringing athletic waist bands on this listing on Amazon.com, we request that Amazon immediately remove this listing.

*The ASIN (Amazon Standard Identification Number) or the URL of each product you are reporting. You can report up to 50 products for the same specific concern in 1 form. If you have different concerns to report, please submit 1 form for each concern.

ASIN/ISBN-10                        OR Product URL                                                    GO!

| ASIN/ISBN-10 | | Title | Scope | |
|---|---|---|---|---|
| Remove | B013TQFP0Q | FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes | All sellers  ▼ | |
| Remove | B015PM8Z6I | FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces | Specific sellers  ▼ | 1 selected |
| Remove | B013TQFPTW | FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes | Specific sellers  ▼ | 1 selected |
| Remove | B013TQFOVQ | FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes | Specific sellers  ▼ | Close |

☑ FitBelt

Selected Sellers
*FitBelt(x)*

## Your Contact Details
This is the contact **Amazon** will use.

*Are you a seller on Amazon?
○ Yes   ● No

*First Name
Kendria

*Last Name
Pearson

Company
Sheridan Ross P.C.

*Address Line 1
1560 Broadway, Suite 1200

Address Line 2


*City
Denver

State
Colorado

*ZIP Code
80202

*Country
United States                        ▼

*Phone Number

3038632986

*E-mail Address

kpearson@sheridanross.cor

*Confirm E-mail Address

kpearson@sheridanross.cor

## Secondary Contact Details

The contact details which we will provide to **Third Party Sellers** (if relevant) for queries regarding this notification.

☑ Use the contact details provided above

*Name

Kendria Pearson

*E-mail Address

kpearson@sheridanross.cor

## Statements

"I have a good faith belief that the content(s) described above violate(s) my rights described above or those held by the rights owner, and that the use of such content(s) is contrary to law."

"I declare, under penalty of perjury, that the information contained in this notification is correct and accurate and that I am the owner or agent of the owner of the rights described above."

☑ I have read and accept the statements above.

## Type the characters you see in this image

736FEE

Try a different image.

*Type characters

736fee

[ Submit ]

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Help |
| | Become an Amazon Vendor | | |
| | › See all | | |

amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| AmazonGlobal<br>Ship Orders<br>Internationally | Amazon Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | VineMarket.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2015, Amazon.com, Inc. or its affiliates



# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

Submit additional allegations

## Submitted Allegation of Infringement

- B013TQFP0Q: FitBelt –Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B015PM8Z6I: FitBelt - Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B013TQFOVQ: FitBelt –Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B013TQFPTW: FitBelt - Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00UQFRL9C: FitBelt - Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00UQFRL8I: FitBelt - Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00UQFRL9M: FitBelt - Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00ZF3YUAS: FitBelt –Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B0164DC91O: FitBelt - Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces

## Contact Details

**Primary Contact Details** (Used by Amazon)
Kendria Pearson
Sheridan Ross
1560 Broadway, Suite 1200
Denver Colorado 80202
United States
3038632986
kpearson@sheridanross.com

**Secondary Contact Details** (Used by Third Party Sellers)
Kendria Pearson
kpearson@sheridanross.com

Back to top

**EX. 8, p. 23**

## Get to Know Us

Careers

About Amazon

Investor Relations

Amazon Devices

## Make Money with Us

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

## Amazon Payment Products

Amazon.com Rewards Visa Card

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

## Let Us Help You

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Help

### amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | |
|---|---|---|---|---|---|
| **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Rare Books<br>& Textbooks | **ACX**<br>Audiobook Publishing<br>Made Easy | **AfterSchool.com**<br>Kids' Sports, Outdoor<br>& Dance Gear | **Alexa**<br>Actionable Analytics<br>for the Web | **Amazon Business**<br>Everything For<br>Your Business | **AmazonFresh**<br>Groceries & More<br>Right To Your Door |
| **AmazonGlobal**<br>Ship Orders<br>Internationally | **Home Services**<br>Handpicked Pros<br>Happiness Guarantee | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services | **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Casa.com**<br>Kitchen, Storage<br>& Everything Home |
| **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography | **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>& recommendations |
| **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands | **Soap.com**<br>Health, Beauty &<br>Home Essentials |
| **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **VineMarket.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates



# Report Infringement

## About this Page

This form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements such as copyright and trademark concerns. If you are not an intellectual property rights owner or their agent, Amazon will not be able to process complaints submitted through this form. Please report your concerns to Amazon through the appropriate venue:

- Sellers may use this contact us form to report inappropriate listings, other sellers, policy violations, etc.
- Buyers may use this contact us form to report problems with orders, seller policy violations, etc.

## We Do Not Enforce

**Detail Page Ownership and Image Restrictions:** When a detail page is created, it becomes a permanent catalog page on Amazon.com that will remain even if the creator's inventory sells out. Additionally, when you add your copyrighted image to a detail page, you grant Amazon and its affiliates a non-exclusive, worldwide, royalty-free, perpetual, irrevocable right to exercise all rights of publicity over the material.

Other sellers can list their items for sale against pages that you have created or added your copyrighted images to. However, we do require sellers to list only against detail pages that exactly match their items. If you believe sellers are listing against detail pages that do not exactly match their items, we ask that you report the violation directly by using the contact us form.

If your copyrighted image has been added to our catalog without your consent, please complete the form below.

**Exclusive or Selective Distribution:** Amazon respects a manufacturer's right to enter into exclusive distribution agreements for its products. However, violations of such agreements do not constitute intellectual property rights infringement. As the enforcement of these agreements is a matter between the manufacturer and the retailers, it would not be appropriate for Amazon to assist in enforcement activities.

## Allegation of Infringement

\*Are you the Rights Owner or an Agent?

    Rights Owner     ● Agent

\*The primary complaint pertains to

trademark concerns - unauthorized use of a word, phrase, symbol, and/or design tha ▼

\*The specific concern is

image or trademark is used without authorization                  ▼

\*Name of Brand

FlipBelt

Trademark or Patent Registration Number

US Trademark Reg. No. 4,300,574

\*Additional Information

The athletic waist bands sold via these listings also infringe FlipBelt's patents. U.S. Design Patent Nos. D691,795 and D738,618. FlipBelt's patents specifically cover an athletic waist band with the appearance shown in FlipBelt's two design patents. These listings advertise the sale of an athletic waist band that is virtually identical to the athletic waist band shown in FlipBelt's patents.

Given the trademark and patent infringement in the advertisement and sale of the infringing athletic waist bands on this listing on Amazon.com, I request that Amazon immediately remove this listing.

\*The ASIN (Amazon Standard Identification Number) or the URL of each product you are reporting. You can report up to 50 products for the same specific concern in 1 form. If you have different concerns to report, please submit 1 form for each concern.



## Your Contact Details
This is the contact **Amazon** will use.

*Are you a seller on Amazon?
○ Yes    ○ No

*First Name

*Last Name

Company

*Address Line 1

Address Line 2

*City

State

*ZIP Code

*Country
United States ▾

*Phone Number

*E-mail Address

*Confirm E-mail Address

## Secondary Contact Details

The contact details which we will provide to **Third Party Sellers** (if relevant) for queries regarding this notification.

☐ Use the contact details provided above

*Name

*E-mail Address

## Statements

"I have a good faith belief that the content(s) described above violate(s) my rights described above or those held by the rights owner, and that the use of such content(s) is contrary to law."

"I declare, under penalty of perjury, that the information contained in this notification is correct and accurate and that I am the owner or agent of the owner of the rights described above."

☐ I have read and accept the statements above.

## Type the characters you see in this image

UJ3FKW

Try a different image.

*Type characters

Submit

Back to top

**Get to Know Us**

Careers

About Amazon

Investor Relations

Amazon Devices

**Make Money with Us**

Sell on Amazon

Sell Your Services on Amazon

Sell on Amazon Business

Sell Your Apps on Amazon

Become an Affiliate

Advertise Your Products

Self-Publish with Us

Become an Amazon Vendor

› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card

Amazon.com Store Card

Amazon.com Corporate Credit Line

Shop with Points

Credit Card Marketplace

Amazon Currency Converter

**Let Us Help You**

Your Account

Your Orders

Shipping Rates & Policies

Amazon Prime

Returns & Replacements

Manage Your Content and Devices

Help

**amazon**.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | VineMarket.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

Try Prime

All ~

Shop in
Department ~    Kendra's Amazon.com    Today's Deals    Gift Cards    Sell    Hello, Kendra
Your Account ~    Try
Prime ~    Wish
List ~    0
Cart

# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose
information is hosted on Amazon, do the same. We are in receipt of the information that you just
submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button
below.

    Submit additional allegations

## Submitted Allegation of Infringement

* B013TQFP0Q: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1
  colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces
  for shoes
* B015PM8Z6I: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-
  1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus
  Gift -Lock laces
* B013TQFPTW: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1
  colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces
  for shoes
* B013TQFOVQ: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1
  colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces
  for shoes
* B013K7WNGS: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout
  Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel
  Money Pouch
* B013K7WOEY: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout
  Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel
  Money Pouch
* B013K7WPH0: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout
  Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel
  Money Pouch
* B013K7WQUQ: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout
  Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel
  Money Pouch
* B013K7UQQ2: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout
  Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel
  Money Pouch
* B013K7UP9U: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout
  Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel
  Money Pouch
* B013K7UNZG: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout
  Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel
  Money Pouch
* B013K7UMSY: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout
  Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel
  Money Pouch
* B013K7WSBI: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout
  Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel
  Money Pouch
* B013K7WTS0: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout
  Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel
  Money Pouch
* B013K7WVDS: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout
  Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel
  Money Pouch
* B012YAQACA: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout
  Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel
  Money Pouch
* B013K7ULG2: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout

Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UK3Q: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UIVA: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch

## Contact Details

**Primary Contact Details** (Used by Amazon)
Kendria Pearson
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver Colorado 80202
United States
3038632986
kpearson@sheridanross.com

**Secondary Contact Details** (Used by Third Party Sellers)
Kendria Pearson
kpearson@sheridanross.com

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Help |
| | Become an Amazon Vendor | | |
| | › See all | | |

### amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| AmazonGlobal<br>Ship Orders<br>Internationally | Amazon Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | VineMarket.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

**EX. 8, p. 30**

Try Prime          All ⌄

Ship by
Department ⌄          Kendra's Amazon.com   Today's Deals   Gift Cards   Sell                Hello, Kendra          Try          Wish          0
                                                                                            Your Account ⌄      Prime ⌄      List ⌄               Cart

# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

    Submit additional allegations

## Submitted Allegation of Infringement

- B013TQFP0Q: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B015PM8Z6I: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B013TQFPTW: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B013TQFOVQ: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B013K7WNGS: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WOEY: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WPH0: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WQUQ: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UQQ2: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UP9U: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UNZG: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UMSY: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WSBI: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WTS0: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WVDS: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B012YAQACA: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7ULG2: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout

Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UK3Q: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UIVA: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B00SUQH5AY: FIT Belt (Small)
- B00SUQH5CM: FIT Belt (Medium)
- B00SUQH5BI: FIT Belt (Large)
- B00WJREAAI: Blue1one Unisex Fit Belt with Zipper Pocket
- B00WRVJOV6: Running Belt & Fitness Workout, Yoga & Travel Belt By Stealth – Like a Fanny Pack or Waist Pack with Reflective Jogging Belt Design - Apple iPhone 5, iPhone 6, iPhone 6 Plus, Samsung Galaxy
- B00VEAWG0W: Running Belt & Fitness Workout Cycling Belt, Yoga & Travel Belt By Stealth - Innovative, Stylish, Sleek, Like a Fanny Pack or Waist Pack with Reflective Flip Belt Design - No Buckles or Zippers for Less Bounce and Max Comfort - Apple iPhone 5, iPhone 6, iPhone 6 Plus, Samsung Galaxy, Nokia, Android - FREE Bonus Drawstring Carry-all Pouch - Size Medium
- B00WRVJRN6: Running Belt & Fitness Workout, Yoga & Travel Belt By Stealth – Like a Fanny Pack or Waist Pack with Reflective Jogging Belt Design - Apple iPhone 6, iPhone 6 Plus, Samsung Galaxy
- B00ZX06ZMY: Running Belt & Fitness Workout Cycling Belt, Yoga & Travel Belt By Stealth – Innovative, Stylish, Sleek, Like a Fanny Pack or Waist Pack with Reflective Jogging Belt Design - No Buckles or Zippers for Less Bounce and Max Comfort - Apple iPhone 5, iPhone 6, iPhone 6 Plus, Samsung Galaxy, Nokia, Android - FREE Bonus Drawstring Carry-all Pouch (X-Large)

## Contact Details

**Primary Contact Details** (Used by Amazon)
Kendria Pearson
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver Colorado 80202
United States
3038632986
kpearson@sheridanross.com

**Secondary Contact Details** (Used by Third Party Sellers)
Kendria Pearson
kpearson@sheridanross.com

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Help |
| | Become an Amazon Vendor | | |
| | › See all | | |

amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| 6pm | AbeBooks | ACX | AfterSchool.com | Alexa | Amazon Business | AmazonFresh |
| --- | --- | --- | --- | --- | --- | --- |
| Score deals on fashion brands | Rare Books & Textbooks | Audiobook Publishing Made Easy | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Everything For Your Business | Groceries & More Right To Your Door |
| AmazonGlobal | Amazon Home Services | Amazon Web Services | Audible | BeautyBar.com | Book Depository | Casa.com |
| Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Scalable Cloud Computing Services | Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Kitchen, Storage & Everything Home |

| ComiXology | CreateSpace | Diapers.com | DPReview | East Dane | Fabric | Goodreads |
|---|---|---|---|---|---|---|
| Thousands of Digital Comics | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations |
| IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop | Soap.com |
| Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands | Health, Beauty & Home Essentials |
| TenMarks.com | VineMarket.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

**EX. 8, p. 33**

Try Prime

All ▾

Shop by
Department ▾      Kendria's Amazon.com    Today's Deals    Gift Cards    Sell           Hello, Kendria      Try        Wish        0
                                                                       Your Account ▾   Prime ▾     List ▾      Cart

# Report Infringement

## About this Page

This form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements such as copyright and trademark concerns. If you are not an intellectual property rights owner or their agent, Amazon will not be able to process complaints submitted through this form. Please report your concerns to Amazon through the appropriate venue:

- Sellers may use this contact us form to report inappropriate listings, other sellers, policy violations, etc.
- Buyers may use this contact us form to report problems with orders, seller policy violations, etc.

## We Do Not Enforce

**Detail Page Ownership and Image Restrictions:** When a detail page is created, it becomes a permanent catalog page on Amazon.com that will remain even if the creator's inventory sells out. Additionally, when you add your copyrighted image to a detail page, you grant Amazon and its affiliates a non-exclusive, worldwide, royalty-free, perpetual, irrevocable right to exercise all rights of publicity over the material.

Other sellers can list their items for sale against pages that you have created or added your copyrighted images to. However, we do require sellers to list only against detail pages that exactly match their items. If you believe sellers are listing against detail pages that do not exactly match their items, we ask that you report the violation directly by using the contact us form.

If your copyrighted image has been added to our catalog without your consent, please complete the form below.

**Exclusive or Selective Distribution:** Amazon respects a manufacturer's right to enter into exclusive distribution agreements for its products. However, violations of such agreements do not constitute intellectual property rights infringement. As the enforcement of these agreements is a matter between the manufacturer and the retailers, it would not be appropriate for Amazon to assist in enforcement activities.

## Allegation of Infringement

*Are you the Rights Owner or an Agent?

○ Rights Owner    ⦿ Agent

*The primary complaint pertains to

| other concerns ▾ |
|---|

*The specific concern is

| design right infringement ▾ |
|---|

*Name of Brand

| FlipBelt |
|---|

*Additional Information

The athletic waist bands sold via this listing infringe Level Terrain LLC's (dba FlipBelt) design patents: U.S. Design Patent Nos. D691,795 and D738,618. FlipBelt's patents specifically cover an athletic waist band with the appearance shown in FlipBelt's two design patents. This listing advertises the sale of an athletic waist band that is virtually identical to the athletic waist band shown in FlipBelt's patents.

*The ASIN (Amazon Standard Identification Number) or the URL of each product you are reporting. You can report up to 50 products for the same specific concern in 1 form. If you have different concerns to report, please submit 1 form for each concern.



## Statements

"I have a good faith belief that the content(s) described above violate(s) my rights described above or those held by the rights owner, and that the use of such content(s) is contrary to law."

"I declare, under penalty of perjury, that the information contained in this notification is correct and accurate and that I am the owner or agent of the owner of the rights described above."

☑ I have read and accept the statements above.

## Type the characters you see in this image



Try a different image.

*Type characters

KNRJ3X



## Submitted Allegation of Infringement

- B013TQFP0Q: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B015PM8Z6I: FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B013TQFPTW: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes

- B013TQFOVQ: FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes
- B013K7WNGS: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WOEY: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WPH0: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WQUQ: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UQQ2: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UP9U: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UNZG: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UMSY: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WSBI: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WTS0: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7WVDS: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B012YAQACA: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7ULG2: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UK3Q: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B013K7UJVA: Reflective Running Belt flip belt - #1 Runners Belt - Running waist pack - Workout Belt - Fitness Belt - Reflective piping & flipbelt reflective logo - hands free Activity Belt & Travel Money Pouch
- B00SUQH5AY: FIT Belt (Small)
- B00SUQH5CM: FIT Belt (Medium)
- B00SUQH5BI: FIT Belt (Large)
- B00WJREAAI: Blue1one Unisex Fit Belt with Zipper Pocket

## Contact Details

**Primary Contact Details** (Used by Amazon)
Kendria Pearson
Sheridan Ross P.C.
1560 Broadway, Suite 1200
Denver Colorado 80202
United States
3038632986
kpearson@sheridanross.com

**Secondary Contact Details** (Used by Third Party Sellers)
Kendria Pearson
kpearson@sheridanross.com

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Help |
| | Become an Amazon Vendor | | |

› See all

**amazon**.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Rare Books<br>& Textbooks | ACX<br>Audiobook Publishing<br>Made Easy | AfterSchool.com<br>Kids' Sports, Outdoor<br>& Dance Gear | Alexa<br>Actionable Analytics<br>for the Web | Amazon Business<br>Everything For<br>Your Business | AmazonFresh<br>Groceries & More<br>Right To Your Door |
| AmazonGlobal<br>Ship Orders<br>Internationally | Amazon Home Services<br>Handpicked Pros<br>Happiness Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing Services | Audible<br>Download<br>Audio Books | BeautyBar.com<br>Prestige Beauty<br>Delivered | Book Depository<br>Books With Free<br>Delivery Worldwide | Casa.com<br>Kitchen, Storage<br>& Everything Home |
| ComiXology<br>Thousands of<br>Digital Comics | CreateSpace<br>Indie Print Publishing<br>Made Easy | Diapers.com<br>Everything<br>But The Baby | DPReview<br>Digital<br>Photography | East Dane<br>Designer Men's<br>Fashion | Fabric<br>Sewing, Quilting<br>& Knitting | Goodreads<br>Book reviews<br>& recommendations |
| IMDb<br>Movies, TV<br>& Celebrities | Junglee.com<br>Shop Online<br>in India | Kindle Direct Publishing<br>Indie Digital Publishing<br>Made Easy | Look.com<br>Kids' Clothing<br>& Shoes | MYHABIT<br>Private Fashion<br>Designer Sales | Shopbop<br>Designer<br>Fashion Brands | Soap.com<br>Health, Beauty &<br>Home Essentials |
| TenMarks.com<br>Math Activities<br>for Kids & Schools | VineMarket.com<br>Everything<br>to Live Life Green | Wag.com<br>Everything<br>For Your Pet | Warehouse Deals<br>Open-Box<br>Discounts | Woot!<br>Discounts and<br>Shenanigans | Yoyo.com<br>A Happy Place<br>To Shop For Toys | Zappos<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

**EX. 8, p. 37**

| | |
|---|---|
| From: | notice@amazon.com |
| To: | Kendria Pearson |
| Subject: | We Have Received Your Infringement Complaint about B00ZX06ZMY, B00WRVJRN6, B00VEAWG0W, B00WRVJOV6 |
| Date: | Monday, November 30, 2015 4:48:39 PM |

Hello,

Thank you for your report. Amazon respects the intellectual property rights of others and requires third party sellers listing offers on our site do the same.

All reports are reviewed by our investigation team. You will be notified by email when we have completed our review.

Seller Performance
Amazon.com



# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

Submit additional allegations

## Submitted Allegation of Infringement

- B00ZX06ZMY: Running Belt & Fitness Workout Cycling Belt, Yoga & Travel Belt By Stealth – Innovative, Stylish, Sleek, Like a Fanny Pack or Waist Pack with Reflective Jogging Belt Design – No Buckles or Zippers for Less Bounce and Max Comfort – Apple iPhone 5, iPhone 6, iPhone 6 Plus, Samsung Galaxy, Nokia, Android – FREE Bonus Drawstring Carry-all Pouch (X-Large)
- B00WRVJRN6: Running Belt & Fitness Workout, Yoga & Travel Belt By Stealth – Like a Fanny Pack or Waist Pack with Reflective Jogging Belt Design – Apple iPhone 6, iPhone 6 Plus, Samsung Galaxy
- B00VEAWG0W: Running Belt & Fitness Workout Cycling Belt, Yoga & Travel Belt By Stealth – Innovative, Stylish, Sleek, Like a Fanny Pack or Waist Pack with Reflective Flip Belt Design – No Buckles or Zippers for Less Bounce and Max Comfort – Apple iPhone 5, iPhone 6, iPhone 6 Plus, Samsung Galaxy, Nokia, Android – FREE Bonus Drawstring Carry-all Pouch – Size Medium
- B00WRVJOV6: Running Belt & Fitness Workout, Yoga & Travel Belt By Stealth – Like a Fanny Pack or Waist Pack with Reflective Jogging Belt Design – Apple iPhone 6, iPhone 6 Plus, Samsung Galaxy

## Contact Details

**Primary Contact Details** (Used by Amazon)
Kendria Pearson
Sheridan Ross
1560 Broadway, Suite 1200
Denver Colorado 80202
United States
3038632986
kpearson@sheridanross.com

**Secondary Contact Details** (Used by Third Party Sellers)
Kendria Pearson
kpearson@sheridanross.com

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
| --- | --- | --- | --- |
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Help |
| | Become an Amazon Vendor | | |
| | › See all | | |





# Report Infringement

## About this Page

This form is intended for use by intellectual property rights owners and their agents to notify Amazon of alleged intellectual property infringements such as copyright and trademark concerns. If you are not an intellectual property rights owner or their agent, Amazon will not be able to process complaints submitted through this form. Please report your concerns to Amazon through the appropriate venue:

- Sellers may use this contact us form to report inappropriate listings, other sellers, policy violations, etc.
- Buyers may use this contact us form to report problems with orders, seller policy violations, etc.

## We Do Not Enforce

**Detail Page Ownership and Image Restrictions:** When a detail page is created, it becomes a permanent catalog page on Amazon.com that will remain even if the creator's inventory sells out. Additionally, when you add your copyrighted image to a detail page, you grant Amazon and its affiliates a non-exclusive, worldwide, royalty-free, perpetual, irrevocable right to exercise all rights of publicity over the material.

Other sellers can list their items for sale against pages that you have created or added your copyrighted images to. However, we do require sellers to list only against detail pages that exactly match their items. If you believe sellers are listing against detail pages that do not exactly match their items, we ask that you report the violation directly by using the contact us form.

If your copyrighted image has been added to our catalog without your consent, please complete the form below.

**Exclusive or Selective Distribution:** Amazon respects a manufacturer's right to enter into exclusive distribution agreements for its products. However, violations of such agreements do not constitute intellectual property rights infringement. As the enforcement of these agreements is a matter between the manufacturer and the retailers, it would not be appropriate for Amazon to assist in enforcement activities.

## Allegation of Infringement

*Are you the Rights Owner or an Agent?

　Rights Owner　　●　Agent

*The primary complaint pertains to

other concerns                                          ▾

*The specific concern is

design right infringement                               ▾

*Name of Brand

| FlipBelt (Level Terrain) |

*Additional Information

D738,618. FlipBelt's patents specifically cover an athletic waist band with the appearance shown in FlipBelt's two design patents. This listing advertises the sale of an athletic waist band that is virtually identical to the athletic waist band shown in FlipBelt's patents.

Given the patent infringement in the advertisement and sale of the infringing athletic waist bands on this listing on Amazon.com, we request that Amazon immediately remove this listing.

*The ASIN (Amazon Standard Identification Number) or the URL of each product you are reporting. You can report up to 50 products for the same specific concern in 1 form. If you have different concerns to report, please submit 1 form for each concern.

ASIN/ISBN-10                    **OR** Product URL

[                    ]          [                                    ]          (GO)

| ASIN/ISBN-10 | Title | Scope | |
|---|---|---|---|
| Remove B00ZX06ZMY | Running Belt & Fitness Workout Cycling Belt, Yoga & Travel Belt By Stealth - Innovative, Stylish, Sleek, Like a Fanny Pack or Waist Pack with Reflective Jogging Belt Design - No Buckles or Zippers for Less Bounce and Max Comfort - Apple iPhone 5, iPhone 6, iPhone 6 Plus, Samsung Galaxy, Nokia, Android - FREE Bonus Drawstring Carry-all Pouch (X-Large) | Specific sellers ▾ | 1 selected |
| Remove B00WRVJRN6 | Running Belt & Fitness Workout, Yoga & Travel Belt By Stealth - Like a Fanny Pack or Waist Pack with Reflective Jogging Belt Design - Apple iPhone 6, iPhone 6 Plus, Samsung Galaxy | Specific sellers ▾ | 1 selected |
| Remove B00VEAWG0W | Running Belt & Fitness Workout Cycling Belt, Yoga & Travel Belt By Stealth - Innovative, Stylish, Sleek, Like a Fanny Pack or Waist Pack with Reflective Flip Belt Design - No Buckles or Zippers for Less Bounce and Max Comfort - Apple iPhone 5, iPhone 6, iPhone 6 Plus, Samsung Galaxy, Nokia, Android - FREE Bonus Drawstring Carry-all Pouch - Size Medium | Specific sellers ▾ | 1 selected |
| Remove B00WRVJOV6 | Running Belt & Fitness Workout, Yoga & Travel Belt By Stealth - Like a Fanny Pack or Waist Pack with Reflective Jogging Belt Design - Apple iPhone 6, iPhone 6 Plus, Samsung Galaxy | Specific sellers ▾ | Close |

☑ Bestdeals3049534 *(Used)*                    ☑ Good Nomad *(New)*

Selected Sellers
*Bestdeals3049534(x), Good Nomad(x)*

## Your Contact Details
This is the contact **Amazon** will use.

*Are you a seller on Amazon?
◯ Yes   ◉ No

*First Name
[ Kendria ]

*Last Name
[ Pearson ]

Company
[ Sheridan Ross ]

*Address Line 1
[ 1560 Broadway, Suite 1200 ]

Address Line 2
[                    ]

*City
[ Denver ]

State
[ Colorado ]

*ZIP Code

80202

*Country

United States ▼

*Phone Number

3038632986

*E-mail Address

kpearson@sheridanross.cor

*Confirm E-mail Address

kpearson@sheridanross.cor

## Secondary Contact Details

The contact details which we will provide to **Third Party Sellers** (if relevant) for queries regarding this notification.

☑ Use the contact details provided above

*Name

Kendria Pearson

*E-mail Address

kpearson@sheridanross.cor

## Statements

"I have a good faith belief that the content(s) described above violate(s) my rights described above or those held by the rights owner, and that the use of such content(s) is contrary to law."

"I declare, under penalty of perjury, that the information contained in this notification is correct and accurate and that I am the owner or agent of the owner of the rights described above."

☑ I have read and accept the statements above.

## Type the characters you see in this image

VK3LGP

Try a different image.

*Type characters

Submit

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon.com Rewards Visa Card | Your Account |
| About Amazon | Sell Your Services on Amazon | Amazon.com Store Card | Your Orders |
| Investor Relations | Sell on Amazon Business | Amazon.com Corporate Credit Line | Shipping Rates & Policies |
| Amazon Devices | Sell Your Apps on Amazon | Shop with Points | Amazon Prime |
| | Become an Affiliate | Credit Card Marketplace | Returns & Replacements |
| | Advertise Your Products | Amazon Currency Converter | Manage Your Content and Devices |
| | Self-Publish with Us | | Help |

**EX. 8, p. 43**



Become an Amazon Vendor

› See all

amazon.com

Australia  Brazil  Canada  China  France  Germany  India  Italy  Japan  Mexico  Netherlands  Spain  United Kingdom

| 6pm | AbeBooks | ACX | AfterSchool.com | Alexa | Amazon Business | AmazonFresh |
| Score deals on fashion brands | Rare Books & Textbooks | Audiobook Publishing Made Easy | Kids' Sports, Outdoor & Dance Gear | Actionable Analytics for the Web | Everything For Your Business | Groceries & More Right To Your Door |
| AmazonGlobal | Home Services | Amazon Web Services | Audible | BeautyBar.com | Book Depository | Casa.com |
| Ship Orders Internationally | Handpicked Pros Happiness Guarantee | Scalable Cloud Computing Services | Download Audio Books | Prestige Beauty Delivered | Books With Free Delivery Worldwide | Kitchen, Storage & Everything Home |
| ComiXology | CreateSpace | Diapers.com | DPReview | East Dane | Fabric | Goodreads |
| Thousands of Digital Comics | Indie Print Publishing Made Easy | Everything But The Baby | Digital Photography | Designer Men's Fashion | Sewing, Quilting & Knitting | Book reviews & recommendations |
| IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop | Soap.com |
| Movies, TV & Celebrities | Shop Online in India | Indie Digital Publishing Made Easy | Kids' Clothing & Shoes | Private Fashion Designer Sales | Designer Fashion Brands | Health, Beauty & Home Essentials |
| TenMarks.com | VineMarket.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Math Activities for Kids & Schools | Everything to Live Life Green | Everything For Your Pet | Open-Box Discounts | Discounts and Shenanigans | A Happy Place To Shop For Toys | Shoes & Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads  © 1996-2015, Amazon.com, Inc. or its affiliates

7 days left to get
FREE Two-Day Shipping for Christmas

Shop by
Department ~   Kendra's Amazon.com   Today's Deals   Gift Cards   Sell

Hello, Kendra   Try   Your   0
Your Account ~   Prime ~   Lists ~   Cart

# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

[ Submit additional allegations ]

## Submitted Allegation of Infringement

- B013K7WNGS: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7WOEY: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7WPH0: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7WQUQ: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7UQQ2: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7UP9U: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7UNZG: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7UMSY: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7WSBI: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7WTS0: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7WVDS: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B012YAQACA: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7ULG2: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7UK3Q: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7UIVA: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch

## Contact Details

**Primary Contact Details** (Used by Amazon)
Kendria Pearson
Sheridan Ross

1560 Broadway, Suite 1200
Denver Colorado 80202
United States
3038632986
kpearson@sheridanross.com

**Secondary Contact Details** (Used by Third Party Sellers)
Kendria Pearson
kpearson@sheridanross.com

Back to top

**Get to Know Us**

Careers
About Amazon
Investor Relations
Amazon Devices

**Make Money with Us**

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

**Amazon Payment Products**

Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

**Let Us Help You**

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Help

**amazon**.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

| | | | | | | |
|---|---|---|---|---|---|---|
| **6pm**<br>Score deals<br>on fashion brands | **AbeBooks**<br>Rare Books<br>& Textbooks | **ACX**<br>Audiobook Publishing<br>Made Easy | **AfterSchool.com**<br>Kids' Sports, Outdoor<br>& Dance Gear | **Alexa**<br>Actionable Analytics<br>for the Web | **Amazon Business**<br>Everything For<br>Your Business | **AmazonFresh**<br>Groceries & More<br>Right To Your Door |
| **AmazonGlobal**<br>Ship Orders<br>Internationally | **Home Services**<br>Handpicked Pros<br>Happiness Guarantee | **Amazon Web Services**<br>Scalable Cloud<br>Computing Services | **Audible**<br>Download<br>Audio Books | **BeautyBar.com**<br>Prestige Beauty<br>Delivered | **Book Depository**<br>Books With Free<br>Delivery Worldwide | **Casa.com**<br>Kitchen, Storage<br>& Everything Home |
| **ComiXology**<br>Thousands of<br>Digital Comics | **CreateSpace**<br>Indie Print Publishing<br>Made Easy | **Diapers.com**<br>Everything<br>But The Baby | **DPReview**<br>Digital<br>Photography | **East Dane**<br>Designer Men's<br>Fashion | **Fabric**<br>Sewing, Quilting<br>& Knitting | **Goodreads**<br>Book reviews<br>& recommendations |
| **IMDb**<br>Movies, TV<br>& Celebrities | **Junglee.com**<br>Shop Online<br>in India | **Kindle Direct Publishing**<br>Indie Digital Publishing<br>Made Easy | **Look.com**<br>Kids' Clothing<br>& Shoes | **MYHABIT**<br>Private Fashion<br>Designer Sales | **Shopbop**<br>Designer<br>Fashion Brands | **Soap.com**<br>Health, Beauty &<br>Home Essentials |
| **TenMarks.com**<br>Math Activities<br>for Kids & Schools | **VineMarket.com**<br>Everything<br>to Live Life Green | **Wag.com**<br>Everything<br>For Your Pet | **Warehouse Deals**<br>Open-Box<br>Discounts | **Woot!**<br>Discounts and<br>Shenanigans | **Yoyo.com**<br>A Happy Place<br>To Shop For Toys | **Zappos**<br>Shoes &<br>Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

All ▾

6 Days Left to Order for Christmas
with Prime FREE Two-Day Shipping

Sort by
Department ▾        Zach's Amazon.com   Today's Deals   Gift Cards   Sell        Hello Zach          Your        Your        0
                                                                              Your Account ▾    Prime ▾    Lists ▾      Cart

# Report Infringement

Amazon respects the intellectual property of others and requires that Third Party Sellers, whose information is hosted on Amazon, do the same. We are in receipt of the information that you just submitted and will respond to you in due course.

If you need to submit additional allegations of infringement you may do so by clicking the button below.

[ Submit additional allegations ]

## Submitted Allegation of Infringement

- B013K7UMSY: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7UIVA: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7WPH0: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7WOEY: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7WNGS: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B012YAQACA: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7WVDS: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7UQQ2: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7WTS0: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7UNZG: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7WQUQ: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7WSBI: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7ULG2: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7UP9U: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B013K7UK3Q: Reflective Running Belt flip belt – #1 Running waist pack – Runners belt – Workout Belt – Fitness Belt – Reflective belt piping & reflective flipbelt logo – Runners waist pack & Money Pouch
- B00ZF3YUAS: FitBelt -Premium Running Belt & Fitness workout belt for women and men – 2-IN-1 colors flipbelt for your Apple Iphone 6 – Great for Biking, Hiking And Travel+ Bonus Gift – Lock laces for shoes
- B00SUQH5BI: FIT Belt (Large)
- B013TQFOVQ: FitBelt – Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 – Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B0164DC90U: FitBelt – Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 – Great for Gym, Biking, Hiking, Travel + Bonus

Gift -Lock laces
- B00UQFRL9M: FitBelt – Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00UQFRL8I: FitBelt – Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B0164DC946: FitBelt – Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B013TQFOW0: FitBelt – Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00SUQH5CM: FIT Belt (Medium)
- B00SUQH5AY: FIT Belt (Small)
- B00UQFRL9C: FitBelt – Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B00UQFRL92: FitBelt – Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces
- B013TQFPTW: FitBelt – Premium Running Belt with zipper & workout belt for women and men – 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces

## Contact Details

**Primary Contact Details** (Used by Amazon)
Kendria Pearson
Sheridan Ross
1560 Broadway, Suite 1200
Denver Colorado 80202
United States
3038632986
kpearson@sheridanross.com

**Secondary Contact Details** (Used by Third Party Sellers)
Kendria Pearson
kpearson@sheridanross.com

Back to top

Get to Know Us

Careers
About Amazon
Investor Relations
Amazon Devices

Make Money with Us

Sell on Amazon
Sell Your Services on Amazon
Sell on Amazon Business
Sell Your Apps on Amazon
Become an Affiliate
Advertise Your Products
Self-Publish with Us
Become an Amazon Vendor
› See all

Amazon Payment Products

Amazon.com Rewards Visa Card
Amazon.com Store Card
Amazon.com Corporate Credit Line
Shop with Points
Credit Card Marketplace
Amazon Currency Converter

Let Us Help You

Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Help

amazon.com

Australia   Brazil   Canada   China   France   Germany   India   Italy   Japan   Mexico   Netherlands   Spain   United Kingdom

6pm
Score deals
on fashion brands

AbeBooks
Rare Books
& Textbooks

ACX
Audiobook Publishing
Made Easy

AfterSchool.com
Kids' Sports, Outdoor
& Dance Gear

Alexa
Actionable Analytics
for the Web

Amazon Business
Everything For
Your Business

AmazonFresh
Groceries & More
Right To Your Door

AmazonGlobal
Ship Orders
Internationally

Home Services
Handpicked Pros
Happiness Guarantee

Amazon Web Services
Scalable Cloud
Computing Services

Audible
Download
Audio Books

BeautyBar.com
Prestige Beauty
Delivered

Book Depository
Books With Free
Delivery Worldwide

Casa.com
Kitchen, Storage
& Everything Home

| ComiXology | CreateSpace | Diapers.com | DPReview | East Dane | Fabric | Goodreads |
| Thousands of | Indie Print Publishing | Everything | Digital | Designer Men's | Sewing, Quilting | Book reviews |
| Digital Comics | Made Easy | But The Baby | Photography | Fashion | & Knitting | & recommendations |
| IMDb | Junglee.com | Kindle Direct Publishing | Look.com | MYHABIT | Shopbop | Soap.com |
| Movies, TV | Shop Online | Indie Digital Publishing | Kids' Clothing | Private Fashion | Designer | Health, Beauty & |
| & Celebrities | in India | Made Easy | & Shoes | Designer Sales | Fashion Brands | Home Essentials |
| TenMarks.com | VineMarket.com | Wag.com | Warehouse Deals | Woot! | Yoyo.com | Zappos |
| Math Activities | Everything | Everything | Open-Box | Discounts and | A Happy Place | Shoes & |
| for Kids & Schools | to Live Life Green | For Your Pet | Discounts | Shenanigans | To Shop For Toys | Clothing |

Conditions of Use   Privacy Notice   Interest-Based Ads   © 1996-2015, Amazon.com, Inc. or its affiliates

From:        notice@amazon.com
To:          Kendria Pearson
Subject:     Your Report of Rights Infringement on Amazon.com
Date:        Thursday, December 17, 2015 1:02:22 AM

Hello,

Thank you for the information you have provided in your infringement complaint.  However, we still need additional details regarding the items listed at the end of this message.

You can re-submit your complaint using our online form located in the "Notice and Procedure for Making Claims of Infringement" section of our "Conditions of Use and Sale" page (http://www.amazon.com/gp/help/reports/infringement). You may use the Additional Comments field to provide your answers to the questions.

We look forward to hearing from you.

Seller Performance
Amazon.com

Items in Complaint
_____

FitBelt
ASIN: B0164DC946, FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces

ASIN: B013K7UIVA, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt - Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

ASIN: B013TQFPTW, FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces

Blue-1one
ASIN: B00SUQH5BI, FIT Belt (Large)

ASIN: B013K7UP9U, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt - Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

SportifyMe
ASIN: B013K7WOEY, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt - Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

FitBelt
ASIN: B013TQFOW0, FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces

FitBelt
ASIN: B00UQFRL92, FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces

Blue-1one
ASIN: B00SUQH5AY, FIT Belt (Small)

SportifyMe
ASIN: B013K7UK3Q, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt -

Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

FitBelt
ASIN: B00UQFRL9C, FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces

SportifyMe
ASIN: B012YAQACA, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt - Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

ASIN: B013K7WNGS, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt - Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

FitBelt
ASIN: B0164DC90U, FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces

FitBelt, Matrix Wholesale LLC
ASIN: B00UQFRL8I, FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces

FitBelt
ASIN: B013TQFOVQ, FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces

FitBelt
ASIN: B00UQFRL9M, FitBelt - Premium Running Belt with zipper & workout belt for women and men - 2-IN-1 colors flipbelt for your smartphones: Iphone 6 - Great for Gym, Biking, Hiking, Travel + Bonus Gift -Lock laces

ASIN: B013K7UNZG, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt - Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

ASIN: B013K7UQQ2, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt - Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

ASIN: B013K7WVDS, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt - Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

ASIN: B013K7UMSY, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt - Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

ASIN: B013K7WTS0, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt - Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

SportifyMe
ASIN: B013K7ULG2, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt - Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

ASIN: B013K7WSBI, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt - Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

Blue-1one
ASIN: B00SUQH5CM, FIT Belt (Medium)

SportifyMe
ASIN: B013K7WPH0, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt - Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

SportifyMe
ASIN: B013K7WQUQ, Reflective Running Belt flip belt - #1 Running waist pack - Runners belt - Workout Belt -
Fitness Belt - Reflective belt piping & reflective flipbelt logo - Runners waist pack & Money Pouch

Amazon Warehouse Deals, FitBelt
ASIN: B00ZF3YUAS, FitBelt -Premium Running Belt & Fitness workout belt for women and men - 2-IN-1 colors
flipbelt for your Apple Iphone 6 - Great for Biking, Hiking And Travel+ Bonus Gift - Lock laces for shoes

| From: | patents |
|---|---|
| To: | Kendria Pearson |
| Cc: | Monica Elkhatib |
| Subject: | RE: Notice of Design Patent Infringement (8204-9-1) |
| Date: | Tuesday, March 29, 2016 2:23:15 PM |

Hi Kendria,

We cannot provide mailing addresses. Any further information we may have for these sellers is confidential (e.g., could be a home address).

Sincerely,
*Eric Duggan on behalf of*
Scott Sanford
Senior Corporate Counsel, Patents

Eric Duggan | Legal Assistant - Patents | Amazon
E: patents@amazon.com

**From:** Kendria Pearson [mailto:kpearson@sheridanross.com]
**Sent:** Tuesday, March 29, 2016 12:28 PM
**To:** patents <patents@amazon.com>
**Cc:** Monica Elkhatib <melkhatib@sheridanross.com>
**Subject:** [EXTERNAL] RE: Notice of Design Patent Infringement (8204-9-1)

Scott and Eric,

Can you please provide us with the amazon.com sellers' physical addresses such that we can contact the amazon.com sellers regarding their infringing products? Otherwise, can we discuss this request over phone? I am available the remainder of today and all day tomorrow (303.863.2986).

Regards,

Kendria

### KENDRIA E. PEARSON
Attorney

**SHERIDAN ROSS PC /** attorneys at innovation
patent / trademark / copyright

1560 BROADWAY, SUITE 1200 / DENVER, CO / 80202-5145
P 303.863.2986 / F 303.863.0229 / www.sheridanross.com

This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient or a person responsible for delivering this transmission to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone or return email and delete the original transmission and its attachments without reading or saving in any manner. Thank you.
🌿 *Please consider the environment before printing this email.*

**From:** Kendria Pearson
**Sent:** Thursday, March 17, 2016 8:19 PM
**To:** 'patents'
**Cc:** Monica Elkhatib
**Subject:** RE: Notice of Design Patent Infringement (8204-9-1)

Scott and Eric,

I have not heard back from you and was wondering if you have time to talk tomorrow, Friday, March 18 or Monday, March 21. Please let me know if there is a time that is convenient for you.

Regards,

Kendria

### KENDRIA E. PEARSON
Attorney

**SHERIDAN ROSS PC** / attorneys at innovation
patent / trademark / copyright

1560 BROADWAY, SUITE 1200 / DENVER, CO / 80202-5145
P 303.863.2986 / F 303.863.0229 / www.sheridanross.com

This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient or a person responsible for delivering this transmission to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone or return email and delete the original transmission and its attachments without reading or saving in any manner. Thank you.
*Please consider the environment before printing this email.*

**From:** Kendria Pearson
**Sent:** Monday, March 07, 2016 11:00 AM
**To:** 'patents'
**Cc:** Monica Elkhatib
**Subject:** RE: Notice of Design Patent Infringement (8204-9-1)

Scott and Eric,

I am following up to my below 3/1/16 email. Please let me know if Amazon will provide the sellers' physical addresses or if we need to consider other means to acquire the sellers' addresses (e.g., a subpoena).

Regards,

Kendria

**KENDRIA E. PEARSON**
Attorney

**SHERIDAN ROSS PC / attorneys at innovation**
patent / trademark / copyright

1560 BROADWAY, SUITE 1200 / DENVER, CO / 80202-5145
P 303.863.2986 / F 303.863.0229 / www.sheridanross.com

This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient or a person responsible for delivering this transmission to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone or return email and delete the original transmission and its attachments without reading or saving in any manner. Thank you.
*Please consider the environment before printing this email.*

**From:** Kendria Pearson
**Sent:** Tuesday, March 01, 2016 11:18 AM
**To:** 'patents'
**Cc:** Monica Elkhatib
**Subject:** RE: Notice of Design Patent Infringement (8204-9-1)

Scott and Eric,

Thank you for sending the below information. Can you please provide us with the sellers' physical addresses such that we can contact the sellers regarding their products, which we believe infringe our client's design patents and/or trademarks?

Regards,

Kendria

**KENDRIA E. PEARSON**
Attorney

**SHERIDAN ROSS PC / attorneys at innovation**
patent / trademark / copyright

1560 BROADWAY, SUITE 1200 / DENVER, CO / 80202-5145
P 303.863.2986 / F 303.863.0229 / www.sheridanross.com

This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient or a person responsible for delivering this transmission to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone or return email and delete the original transmission and its attachments without reading or saving in any manner. Thank you.
*Please consider the environment before printing this email.*

**From:** patents [mailto:patents@amazon.com]
**Sent:** Thursday, February 04, 2016 5:35 PM
**To:** Kendria Pearson

**Cc:** Monica Elkhatib
**Subject:** RE: Notice of Design Patent Infringement (8204-9-1)

Hi Kendria,

I apologize, further to your multiple emails, all implicated sellers are identified below:

| Third-Party Seller | Third-Party Seller Email | Related ASIN(s) |
|---|---|---|
| Dann Pedersen/Blue-1one | customer-service@blue1one.com | B00SUQH5AY, B00SUQH5CM, B00SUQH5BI |
| Patache Razvan/FitBelt | fitbeltsports@gmail.com | B00UQFRL2Y, B013TQFPTW, B013TQFP0Q, B015PM8Z6I, B013TQFOVQ, B013TQFPTW, B00UQFRL9C, B00UQFRL8I, B00UQFRL9M, B00ZF3YUAS, B0164DC91O |
| Good Nomad | dcjoe.mail@gmail.com | B00WRVJOV6, B00VEAWG0W, B00WRVJRN6, B00ZX06ZMY |
| Activate Yourself/SportifyMe | activeyou007@gmail.com | B013K7WNGS, B013K7WOEY, B013K7WPH0, B013K7WQUQ, B013K7UQQ2, B013K7UP9U, B013K7UNZG, B013K7UMSY, B013K7WSBI, B013K7WTS0, B013K7WVDS, B012YAQACA, B013K7ULG2, B013K7UK3Q, B013K7UIVA |

Sincerely,
*Eric Duggan on behalf of*
Scott Sanford
Senior Corporate Counsel, Patents

Eric Duggan  |  Legal Assistant - Patents  |  Amazon
E: patents@amazon.com

**From:** patents
**Sent:** Thursday, February 04, 2016 4:26 PM
**To:** Kendria Pearson <kpearson@sheridanross.com>
**Cc:** Monica Elkhatib <melkhatib@sheridanross.com>
**Subject:** RE: Notice of Design Patent Infringement (8204-9-1)

Hello Kendria,

This is further to your submission of December 15, 2015, alleging that certain products offered for sale on Amazon.com ("Amazon") by third-party sellers infringe your intellectual property rights.

**EX. 8, p. 56**

As a neutral e-commerce platform, we believe that the third-party sellers are the appropriate parties to respond to your allegations. Amazon does not resolve intellectual property infringement disputes between patent owners and the seller of record (the third-party sellers). We have notified the third-party sellers currently offering these products of your claim, and have requested that they resolve this matter with you directly. Contact information for each of the sellers is listed below.

| Third-Party Seller | Third-Party Seller Email | Related ASIN(s) |
|---|---|---|
| Dann Pedersen/Blue-1one | customer-service@blue1one.com | B00SUQH5AY; B00SUQH5CM; B00SUQH5BI |

The ASIN(s) listed below are no longer available for sale on Amazon.com: B00SUQH590

At this time we consider this matter closed and we will take no further action with regard to the ASIN(s) listed in your complaint. We cannot remove ASINs unless you provide a court order against the specific product and/or seller.

Sincerely,
*Eric Duggan on behalf of*
Scott Sanford
Senior Corporate Counsel, Patents

Eric Duggan  |  Legal Assistant - Patents  |  Amazon
E: patents@amazon.com

---

**From:** Kendria Pearson [mailto:kpearson@sheridanross.com]
**Sent:** Tuesday, January 26, 2016 2:49 PM
**To:** patents <patents@amazon.com>
**Cc:** Monica Elkhatib <melkhatib@sheridanross.com>
**Subject:** [EXTERNAL] RE: Notice of Design Patent Infringement (8204-9-1)

Scott and Eric:

I have filed at least four notices of design patent infringement on behalf of Level Terrain LLC and all notices have included a claim chart comparing the product to Level Terrain's two design patents (an example of one such claim chart is attached). However, none of the products have been taken down.

Can you please provide some insight into what I should submit or what is missing from my submissions? Please feel free to call me at 303.863.2986 if that is easier.

Regards,

Kendria

**KENDRIA E. PEARSON**
Attorney

**SHERIDAN ROSS PC** / attorneys at innovation
patent / trademark / copyright

1560 BROADWAY, SUITE 1200 / DENVER, CO / 80202-5145
P 303.863.2986 / F 303.863.0223 / www.sheridanross.com

This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient or a person responsible for delivering this transmission to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone or return email and delete the original transmission and its attachments without reading or saving in any manner. Thank you.

🌿 Please consider the environment before printing this email.

**From:** patents [mailto:patents@amazon.com]
**Sent:** Wednesday, December 16, 2015 11:09 AM
**To:** Kendria Pearson
**Cc:** Monica Elkhatib
**Subject:** RE: Notice of Design Patent Infringement (8204-9-1)

Hello,

We have received your correspondence. Amazon respects the valid intellectual property rights of others, and we will investigate your allegation of patent infringement. Please direct all future correspondence regarding this matter to my attention.

Sincerely,
*Eric Duggan on behalf of*
Scott Sanford
Senior Corporate Counsel, Patents

Eric Duggan | Legal Assistant - Patents | Amazon
E: patents@amazon.com

**From:** Kendria Pearson [mailto:kpearson@sheridanross.com]
**Sent:** Tuesday, December 15, 2015 9:35 PM
**To:** patents
**Cc:** Monica Elkhatib
**Subject:** [EXTERNAL] Notice of Design Patent Infringement (8204-9-1)

Amazon Legal Department, Patents Team:

The below listing infringes Level Terrain LLC's (dba FlipBelt) U.S. Design Patent Nos. D691,795 and D738,618: http://www.amazon.com/Blue1one-FIT-Belt-Small/dp/B00SUQH5AY

ASINs: B00SUQH590, B00SUQH5AY, B00SUQH5CM, B00SUQH5BI

These items clearly infringe Level Terrain LLC's design patents, as is shown in the attached

 claim chart.

> Intellectual Property Owner: Level Terrain LLC (dba FlipBelt)
> Name and Title: Kendria E. Pearson, Attorney for Owner
> Company: Sheridan Ross P.C.
> Address: 1560 Broadway, Suite 1200
> City, State, and Zip: Denver, CO 80202
> Email Address: kpearson@sheridanross.com
> Telephone: 303.863.2986
> Website: www.sheridanross.com

I have a good faith belief that the content described above violates the rights held by the rights owner (Level Terrain LLC) described above, and that the use of such content is contrary to law.

I declare, under penalty of perjury, that the information contained in this notification is correct and accurate and that I am the agent of the owner of the rights described above.

Date: December 15, 2015

Regards,

Signature: /Kendria E. Pearson/

## KENDRIA E. PEARSON
Attorney

**SHERIDAN ROSS PC** / attorneys at innovation
patent / trademark / copyright

1560 BROADWAY, SUITE 1200 / DENVER, CO / 80202-5145
P 303.863.2986 / F 303.863.0223 / www.sheridanross.com

This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient or a person responsible for delivering this transmission to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone or return email and delete the original transmission and its attachments without reading or saving in any manner. Thank you.
 Please consider the environment before printing this email.