IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:16-cv-01020-MJW

LEVEL TERRAIN, LLC,
a Colorado limited liability company,

      Plaintiff,

v.

AMAZON.COM, INC., a Delaware corporation, and
AMAZON TECHNOLOGIES, INC., a Nevada corporation,

      Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Level Terrain, LLC hereby voluntarily dismisses all claims asserted in its Complaint [Doc. No. 1] against Defendants Amazon.com, Inc. and Amazon Technologies, Inc., in the above-identified action, with prejudice. Defendants Amazon.com, Inc. and Amazon Technologies, Inc. have not filed an answer or otherwise responded to the Complaint.

DATED: June 30, 2016                    Respectfully submitted,

                                              By: s/ Benjamin B. Lieb
                                                  Benjamin B. Lieb
                                                      blieb@sheridanross.com
                                                  John C. Heuton
                                                      jheuton@sheridanross.com
                                                 Kendria E. Pearson
                                                     kpearson@sheridanross.com
                                                 SHERIDAN ROSS P.C.
                                                 1560 Broadway, Suite 1200
                                                 Denver, Colorado 80202 5141
                                                 Telephone:   303.863.9700
                                                 Email: litigation@sheridanross.com

                                                 ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on this June 30, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served a true and correct copy by electronic mail upon counsel for the Defendants Amazon.com, Inc. and Amazon Technologies, Inc.:

| | |
|---|---|
| Robert T. Cruzen | Sonali Maitra |
| rob.cruzen@klarquist.com | smaitra@durietangri.com |
| Klarquist | Durie Tangri LLP |
| 121 S.W. Salmon Street | 217 Leidesdorff St. |
| Suite 1600 | San Francisco, California 94111 |
| Portland, OR 97204 | |

s/Sage R. Primm
Sage R. Primm
Assistant to Benjamin B. Lieb
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, CO  80202-5141
Telephone:  303-863-9700
Facsimile:  303-863-0223
Email:  sprimm@sheridanross.com
litigation@sheridanross.com